ERIC P. ISRAEL (State Bar No. 132426)
EPI@LNBYG.COM
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Brad D. Krasnoff, Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:15-bk-12721-BB |
| DAMIEN STEPHEN NAVARRO, | Chapter 7 |
| Debtor. | **TRUSTEE'S NOTICE OF HEARING ON MOTION TO APPROVE COMPROMISE WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES** |
| | Date:  September 10, 2025<br>Time:  1:00 p.m.<br>Place: Courtroom 1539<br>       255 E. Temple St.<br>       Los Angeles, CA 90012 |

PLEASE TAKE NOTICE THAT on September 10, 2025, at 1:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 1539 at 255 E. Temple Street, Los Angeles, California, Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") for the estate of Damien Stephen Navarro (the "Debtor" and the "Estate"), will and hereby does move the Court for an order (the "Motion") approving a Settlement Agreement between the Trustee and the Roman Catholic Archbishop of Los Angeles (the "RCALA") with respect to the Debtor's abuse claims (the "Abuse Claims"), and for authority to allow and pay, on a final basis, the contingency fee of 40% plus expenses of $8,171.35 of the Trustee's special litigation counsel, Freese & Goss, PLLC ("Special Counsel") and their co-counsel.

The Motion is made on the following grounds: The only known asset of potential value to the Estate is the Debtor's interest in the Abuse Claims against the RCALA. The Debtor has had

1

litigation pending for some time against the RCALA (Los Angeles County Superior Court case number 20STCV20378) (the "Litigation"). The proposed settlement resolves the Litigation.

The Claims Processor for the RCALA (the "Claims Processor") issued a proposed allocation to the Debtor, which he appealed. The final allocation is $783,839.36, payable 75% after August 1, 2025, and 25% after April 1, 2026 (the "Settlement Payment" and the "Settlement"). There is a reserve of 1.5% for medical liens, although Special Counsel advises that there are no medical liens, so an additional recovery may be received if the Claims Processor confirms that there are no medical liens. The Trustee notes that the claims filed against the Estate do not appear to include debts for medical bills.

The Trustee previously retained the law firm of Freese & Goss, PLLC ("Special Counsel"), together with any of Special Counsel's co-counsel, on a 40% contingency fee basis. By this motion, the Trustee also seeks to pay Special Counsel and co-counsel their contingency fee plus expenses of $8,171.35.

Under a separate, prior a settlement, the Trustee and the Debtor agreed to split evenly (50/50) the net proceeds of any settlement after the fees and costs of Special Counsel and co-counsel.

The proposed settlement will allow the Trustee to pay a meaningful distribution to creditors without further delay. Although it is possible that circumstances will change before the case is closed, the Trustee makes the following projections:

| | |
|---|---:|
| Settlement amount (net after medical liens and admin. fee): | $783,839.36 |
| Less:  40% contingency fee | <$313,535.73> |
| Costs | <$8,171.35> |
| Subtotal | $462,132.28 |
| 50/50 split with Debtor: | @$231,066.14 |
| Less other admin. expenses (projected, subject to allowance) | |
| Trustee (statutory fee) | $30,685[1] |

---

[1] Based on $783,839.36 of total distributions, less $231,066.14 going to the Debtor.

2

| | | |
|---|---|---|
| 1 | Danning, Gill, Israel & Krasnoff, LLP | $31,648 |
| 2 | Levene, Neale, Bender, Yoo & Golubchik L.L.P.(estimate) | $30,000 |
| 3 | Accountants (estimate) | $7,500 |
| 4 | Reserve | $10,000 |
| 5 | Subtotal for Creditors (estimated) | $121,233.14 |

At this time, 4 proofs of claim have been filed against the Estate aggregating $192,022.67.

By the Motion, the Trustee seeks approval of the Settlement and authority to pay Special Counsel and its co-counsel their 40% contingency fee plus expenses of $8,171.35.

The Motion will be based on this notice and the Motion, the Memorandum of Points and Authorities, the Declarations of Brad D. Krasnoff and Peter De La Cerda and the Request for Judicial Notice, all of which are attached thereto, the papers and pleadings in the Debtor's bankruptcy case, and such other evidence that may be presented at the hearing. For further information, see the Motion.

NOTICE IS HEREBY FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 9013-1(f), any response to the Motion shall be in writing, filed with the Court and served upon counsel for the Trustee named in the upper left-hand corner of this notice, and the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, not less than 14 days before the hearing. Failure to do so may be deemed to be consent to the granting of the Motion.

DATED: August 14, 2025

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:     */s/ Eric P. Israel*
     ERIC P. ISRAEL
     Attorneys for Brad D. Krasnoff, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **TRUSTEE'S NOTICE OF HEARING ON MOTION TO APPROVE COMPROMISE WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 14, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    Leslie.Klott@carringtonmh.com
- bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com
- Christopher A, Minier    cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**: On **August 14, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| The Schroeder Firm, LLC<br>138 33rd Avenue S.<br>Jacksonville Beach, FL 32250 | Freese & Goss, PLLC<br>3500 Maple Avenue, Suite 1100<br>Dallas, TX 75219 | Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098 |
|---|---|---|
| Ferrer Poirot & Wansbrough<br>2603 Oak Lawn Avenue, Suite 300<br>Dallas, TX 75219-9109 | Damien Stephen Navarro<br>4328 Edenhurst Ave.<br>Los Angeles, CA 90039 | Peter De La Cerda<br>Freese & Goss, PLLC<br>3500 Maple Avenue, Suite 1100<br>Dallas, TX 75219 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 14, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL**
- Damien Stephen Navarro - damiensnavarro@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 14, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:15-bk-12721-BB<br>Central District of California<br>Los Angeles<br>Thu Aug 14 11:04:09 PDT 2025 | DANNING GILL DIAMOND & KOLLITZ, LLP<br>2029 Century Park East<br>Third Floor<br>Los Angeles, CA 90067-2901 | Frontier State Bank<br>c/o Law Offices of Les Zieve<br>30 Corporate Park<br>Suite 450<br>Irvine, CA 92606-3401 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 |
| (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Blaine Behringer<br>10866 Washington Blvd, #188<br>Culver City, CA 90232-3610 |
| Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Citi Cards<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | County of LA - Sheriff's Department<br>Court Services Division<br>Case #BC540637<br>110 N. Grand Ave; Room 525<br>Los Angeles, CA 90012-3014 |
| Dovenmuehle Mortgage, Inc<br>PO Box 7168<br>Pasadena, CA 91109-7168 | EDD - Taxpayer Assistance Center<br>PO Box 856880<br>Sacramento, CA 94280-0001 | Eventful, Inc<br>12626 High Bluff Drive, Ste 100<br>San Diego, CA 92130-2072 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Financial Pacific Leasing<br>Attn: Keith Tomasch<br>PO Box 4568<br>Federal Way, WA 98063-4568 | (p)FIRSTREX AGREEMENT CORP<br>P O BOX 26800<br>SAN FRANCISCO CA 94126-6800 |
| Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | GECRB/PayPal Cr<br>Attn:Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Google LLC<br>White and Williams LLP, c/o Amy Vulpio<br>1650 Market st.<br>Suite 1800<br>Philadelphia, PA 19103-7304 |
| Google, Inc<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043-1351 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Joyce J. Cho, Esq<br>Knaefsey & Friend, LLP<br>RE: BC540637<br>800 Wilshire Blvd, Suite 710<br>Los Angeles, CA 90017-2612 |
| Law Office of Ellen Michele Stern<br>17630 El Mineral Road<br>Perris, CA 92570-7400 | Law Office of Katherine Kane<br>1009 WIlshire Blvd, Ste 221<br>Santa Monica, CA 90401-1931 | LinkedIn Corporation<br>2029 Stierlin Cy<br>Mountain View, CA 94043-4655 |
| List Solutions<br>800 West Main Street, Ste 206<br>Freehold, NJ 07728-2555 | Mercedes Benz Financial Services<br>PO Box 685<br>Roanoke, TX 76262-0685 | Navitas Lease Corp<br>Attn: Ellen M. Stern, Esq.<br>111 Executive Center Drive, Ste 102<br>Columbia, SC 29210-8414 |

| | | |
|---|---|---|
| PAI Contributions<br>1300 Enterprise Drive<br>De Pere, WI 54115-4934 | Pandora Media, Inc.<br>2101 Webster Street<br>Oakland, CA 94612-3011 | (p)PAWNEE LEASING CORPORATION ATTN SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 |
| Roger M Rosen<br>Rosenberg Mendlin & Rosen, LLP<br>528 Colorado Ave<br>Santa Monica, CA 90401-2408 | Session M<br>311 Summer Street, Ste 110<br>Boston, MA 02210-1700 | StorQuest<br>12821 W Jefferson Blvd<br>Los Angeles, CA 90066-7022 |
| Volkswagon Credit Inc<br>National Bankruptcy Services<br>9441 Lbj Freeway, Suite 250<br>Dallas, TX 75243-4640 | Brad D Krasnoff (TR)<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | Damien Stephen Navarro<br>8012 Happy Lane<br>Los Angeles, CA 90046-2013 |
| Johnny White<br>Wolf, Rifkin, Shapiro, Schulman & Rabkin<br>11400 Olympic Boulevard, 9th Floor<br>Los Angeles, CA 90064-1550 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Banc Of California/dov<br>1 Corporate Dr Ste 360<br>Lake Zurich, IL 60047 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | FirstREX Agreement Corp<br>Attn: Lisa Swanson<br>50 California Street, Ste 1625<br>San Francisco, CA 94111 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 | Pawnee Leasing Corporation<br>3801 Automation Way, Ste 207<br>Fort Collins, CO 80525 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Freese & Goss PLLC | (u)LEVENE NEALE BENDER YOO & GOLUBCHIK, L.L.P |
| (u)The Hercules Campus, LLC | End of Label Matrix<br>Mailable recipients   39<br>Bypassed recipients    4<br>Total                  43 | |