```
 1 │ BRAD D. KRASNOFF (State Bar No. 125065)
   │ bdk@lnbyg.com
 2 │ 2818 La Cienega Avenue
   │ Los Angeles, CA 90034
 3 │ Telephone: (310) 229-1234
   │ Facsimile: (310) 229-1244
 4 │
   │ Chapter 7 Trustee
 5 │
 6 │
   │               UNITED STATES BANKRUPTCY COURT
 7 │
   │                CENTRAL DISTRICT OF CALIFORNIA
 8 │
   │                     LOS ANGELES DIVISION
 9 │
10 │
11 │ In re                              ) Case No. 2:15-bk-12721-BB
   │                                    )         [Chapter 7]
12 │ DAMIEN STEPHEN NAVARRO,            )
   │                                    ) CHAPTER 7 TRUSTEE'S NOTICE OF
13 │                         Debtor.    ) APPLICATION TO EMPLOY LEA
   │                                    ) ACCOUNTANCY, LLP AS ACCOUNTANT
14 │                                    )
   │                                    ) [No Hearing Unless Requested;
15 │ _____    ) Local Bankruptcy Rule 2014-1]
16 │
17 │ TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE,
18 │ THE UNITED STATES TRUSTEE, DEBTOR, ALL CREDITORS AND OTHER
19 │ INTERESTED PARTIES:
20 │      PLEASE TAKE NOTICE that Brad D. Krasnoff, the Chapter 7
21 │ Trustee ("Trustee") of the above-captioned estate, has filed an
22 │ Application seeking authority to employ LEA Accountancy, LLP
23 │ ("LEA"), as his accountant.  Trustee is requesting that LEA's
24 │ employment be effective as of the date services were first
25 │ requested, August 12, 2025.  LEA is to be employed for the
26 │ express purpose of assisting Trustee in the accounting matters
27 │ and tax preparation aspects of the administration of this estate,
28 │ to advise Trustee of any tax consequences derived from the liqui-
```

dation of estate assets and to assist in any other accounting or tax matters as may arise in connection with the administration of this estate.  LEA's services may include:

    (a)  review the Debtor's prior accounting and tax records, the petition, schedules and the estate's documents related to its financial transactions;

    (b)  review and analysis of the estate's financial transactions to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations;

    (c)  assist the Trustee in the preparation and filing of the estate's Federal and California corporate income tax returns to reflect the transactions of the estate and, if necessary, preparation of any delinquent tax returns that may be required by taxing authorities for the estate. Such delinquent tax returns can be, but are not limited to income tax, sales tax, city, county or similar tax filings;

    (d)  preparation, as needed, of pre-petition tax returns;

    (e)  preparation, as needed, of estate payroll tax filings and/or filings for the Employer Retention Tax Credit refund;

    (f)  communicate with taxing authorities on behalf of the estate;

    (g)  request the required tax clearance from the Internal Revenue Service and state taxing authorities for the estate's tax returns;

1              (h)  provide litigation support, valuation, cash flow
2  services and, if requested, expert witness services for the
3  Trustee;
4              (i)  assistance in the preparation of monthly operating
5  reports, as needed;
6              (j)  securing of source documents including, but not
7  limited to, bank records, general ledgers, insurance documents,
8  books and records, including Quickbooks or similar accounting
9  data; filed pre-petition tax returns and assets of the estate.
10 Such services may include site visit(s) to investigate and/or
11 securing of the site to preserve source documentation and/or
12 assets for the Trustee;
13             (k)  as requested, assist Trustee in any required
14 termination of ERISA qualified pension plan(s) of the Debtor;
15             (l)  assisting in gather and organizing Debtor's
16 documents in order to analyze and investigate avoidable transfers
17 made by the Debtor, including preferential and fraudulent
18 transfers; and
19             (m)  perform any other financial analysis, investiga-
20 tion, consulting general and/or forensic accounting services as
21 requested by the Trustee. Address any other tax matters which may
22 be requested by the Trustee to properly administer the estate and
23 maintain tax compliance.
24    Trustee proposes that LEA will be employed pursuant to 11
25 U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. § 330(a).
26 LEA will bill the estate on an hourly basis with reasonable fees
27 to be approved by application to the Court after proper notice
28 and hearing.  The only source of payment of compensation to LEA

-3-

1 will be from the estate.  No retainer or other payment has been
2 made or is requested and, apart from this Application and
3 subsequent order, there will be no other written or separate
4 agreement for employment.  A schedule of the fees customarily
5 charged by LEA to all of its clients is attached hereto as
6 Exhibit 1 and incorporated herein by this reference. LEA reserves
7 the right to change its hourly rates from time to time in
8 accordance with its usual terms and conditions as communicated to
9 Trustee.
10     Trustee also wishes to disclose for the record that from
11 time to time, Sam S. Leslie ("Leslie"), who is a partner in LEA
12 and who is also a member of the Chapter 7 trustee panel in this
13 district, engages Trustee's firm as general bankruptcy counsel
14 in cases where he is the trustee.  Further, LEA provides
15 accounting services for other unrelated estates under Trustee's
16 administration.  Trustee also socializes with Mr. Leslie on
17 occasion.  Billings by Trustee and LEA to the respective estates
18 when engaged to provide professional services are always at their
19 usual rates.  There is absolutely no fee sharing agreement or any
20 other such arrangement between Trustee and Leslie.
21     A copy of the Trustee's Application can be obtained from the
22 Trustee at the address in the upper left hand corner of the first
23 page of this Notice or from Trustee's proposed accountant:
24                 Sam S. Leslie, CPA
                  LEA Accountancy, LLP
25                1130 South Flower Street
                  Suite 312
26                Los Angeles, CA 90015
27     PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy
28 Rule ("LBR") 9013-1(o), the deadline to file and serve a written

response and request for a hearing is fourteen (14) days after the date of service of the notice of motion, plus three (3) additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). Any opposition or response must be filed with the United States Bankruptcy Court (255 East Temple Street, Room 100 (on the Terrace Level of the Edward R. Roybal Federal Building and U.S. Courthouse), Los Angeles, CA 90012, and served upon (i) Trustee at the address in the upper left hand corner of the first page of this Notice, (ii) LEA Accountancy, LLP, Attn: Sam S. Leslie, 1130 South Flower Street, Suite 312, Los Angeles, CA 90015, and (iii) the Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017, a request for a hearing and a written response in the form required by LBR 9013-1(f)(1). A hearing will then be set and noticed.

PLEASE TAKE FURTHER NOTICE that pursuant to LBR 9013-1(h) any objection not timely filed and served may be deemed by the Court to be consent to the relief requested and may result in the Court's issuance of an order without further notice or hearing.

Dated: August 19, 2025

Brad D. Krasnoff, Chapter 7 Trustee

Service Date: August 20, 2025

-5-

```
EXHIBIT 1
```

## LEA Accountancy, LLP
## Professional Rate Summary

| Professional | Rate |
|---|---|
| SAM S. LESLIE<br>Partner | $ 585.00 |
| MARIANNA FALCO<br>Tax Manager & Bankruptcy Coordinator | $ 440.00 |
| TERRY R. FUSSELL<br>Senior Tax Specialist | $ 395.00 |
| IRINA MCDONALD<br>Tax and Accounting Specialist | $ 335.00 |
| THOMAS G. BALLOU<br>Partner, Business Manager | $ 295.00 |
| AUSTIN MARTIN<br>Bankruptcy Accountant | $ 245.00 |
| AARON ROBSON<br>Senior Accountant | $ 245.00 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Notice of Trustee's Application to Employ LEA Accountancy, LLP as Accountant will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 20, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    | | |
    |---|---|
    | Eric P Israel | epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
    | Leslie M Klott | Leslie.Klott@carringtonmh.com |
    | Brad D Krasnoff (TR) | bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com |
    | Jeffrey S Kwong | jsk@lnbyg.com, jsk@ecf.inforuptcy.com |
    | Christopher A, Minier | cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law |
    | Kurt Ramlo | RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
    | Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com; hannah.richmond@saul.com;LitigationDocketing@saul.com |
    | United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
    | Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |

    ☐   Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL:** On August 20, 2025, by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    ■   Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2025, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    ☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 20, 2025

Karissa De La Trinidad

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1. PROOF OF SERVICE**

```
Label Matrix for local noticing          DANNING GILL DIAMOND & KOLLITZ, LLP      Frontier State Bank
0973-2                                    2029 Century Park East                   c/o Law Offices of Les Zieve
Case 2:15-bk-12721-BB                     Third Floor                              30 Corporate Park
Central District of California            Los Angeles, CA 90067-2901               Suite 450
Los Angeles                                                                        Irvine, CA 92606-3401
Wed Aug 20 07:55:55 PDT 2025

United States Trustee (LA)                Los Angeles Division                     American Express
915 Wilshire Blvd, Suite 1850             255 East Temple Street,                  PO Box 981537
Los Angeles, CA 90017-3560                Los Angeles, CA 90012-3332               El Paso, TX 79998-1537



(p)DOVENMUEHLE MORTGAGE                   (p)BANK OF AMERICA                       Blaine Behringer
1 CORPORATE DRIVE SUITE 360               PO BOX 982238                            10866 Washington Blvd, #188
LAKE ZURICH IL 60047-8945                 EL PASO TX 79998-2238                    Culver City, CA 90232-3610



Capital One, N.a.                         Citi Cards                               County of LA - Sheriff's Department
Capital One Bank (USA) N.A.               PO Box 6500                              Court Services Division
Po Box 30285                              Sioux Falls, SD 57117-6500               Case #BC540637
Salt Lake City, UT 84130-0285                                                      110 N. Grand Ave; Room 525
                                                                                   Los Angeles, CA 90012-3014


Dovenmuehle Mortgage, Inc                 EDD - Taxpayer Assistance Center         Eventful, Inc
PO Box 7168                               PO Box 856880                            12626 High Bluff Drive, Ste 100
Pasadena, CA 91109-7168                   Sacramento, CA 94280-0001                San Diego, CA 92130-2072



FRANCHISE TAX BOARD                       Financial Pacific Leasing                (p)FIRSTREX AGREEMENT CORP
BANKRUPTCY SECTION MS A340                Attn: Keith Tomasch                      P O BOX 26800
PO BOX 2952                               PO Box 4568                              SAN FRANCISCO CA 94126-6800
SACRAMENTO CA 95812-2952                  Federal Way, WA 98063-4568



Franchise Tax Board                       GECRB/PayPal Cr                          Google LLC
P.O. Box 2952                             Attn:Bankruptcy                          White and Williams LLP, c/o Amy Vulpio
Sacramento, CA 95812-2952                 Po Box 103104                            1650 Market st.
                                          Roswell, GA 30076-9104                   Suite 1800
                                                                                   Philadelphia, PA 19103-7304


Google, Inc                               (p)INTERNAL REVENUE SERVICE              Joyce J. Cho, Esq
1600 Amphitheatre Pkwy                    CENTRALIZED INSOLVENCY OPERATIONS        Knaefsey & Friend, LLP
Mountain View, CA 94043-1351              PO BOX 7346                              RE: BC540637
                                          PHILADELPHIA PA 19101-7346               800 Wilshire Blvd, Suite 710
                                                                                   Los Angeles, CA 90017-2612


Law Office of Ellen Michele Stern         Law Office of Katherine Kane             LinkedIn Corporation
17630 El Mineral Road                     1009 WIlshire Blvd, Ste 221              2029 Stierlin Cy
Perris, CA 92570-7400                     Santa Monica, CA 90401-1931              Mountain View, CA 94043-4655



List Solutions                            Mercedes Benz Financial Services         Navitas Lease Corp
800 West Main Street, Ste 206             PO Box 685                               Attn: Ellen M. Stern, Esq.
Freehold, NJ 07728-2555                   Roanoke, TX 76262-0685                   111 Executive Center Drive, Ste 102
                                                                                   Columbia, SC 29210-8414
```

| | | |
|---|---|---|
| PAI Contributions<br>1300 Enterprise Drive<br>De Pere, WI 54115-4934 | Pandora Media, Inc.<br>2101 Webster Street<br>Oakland, CA 94612-3011 | (p)PAWNEE LEASING CORPORATION ATTN SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 |
| Roger M Rosen<br>Rosenberg Mendlin & Rosen, LLP<br>528 Colorado Ave<br>Santa Monica, CA 90401-2408 | Session M<br>311 Summer Street, Ste 110<br>Boston, MA 02210-1700 | StorQuest<br>12821 W Jefferson Blvd<br>Los Angeles, CA 90066-7022 |
| Volkswagon Credit Inc<br>National Bankruptcy Services<br>9441 Lbj Freeway, Suite 250<br>Dallas, TX 75243-4640 | Brad D Krasnoff (TR)<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | Damien Stephen Navarro<br>8012 Happy Lane<br>Los Angeles, CA 90046-2013 |
| Johnny White<br>Wolf, Rifkin, Shapiro, Schulman & Rabkin<br>11400 Olympic Boulevard, 9th Floor<br>Los Angeles, CA 90064-1550 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Banc Of California/dov<br>1 Corporate Dr Ste 360<br>Lake Zurich, IL 60047 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | FirstREX Agreement Corp<br>Attn: Lisa Swanson<br>50 California Street, Ste 1625<br>San Francisco, CA 94111 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 | Pawnee Leasing Corporation<br>3801 Automation Way, Ste 207<br>Fort Collins, CO 80525 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Freese & Goss PLLC | (u)LEVENE NEALE BENDER YOO & GOLUBCHIK, L.L.P |
| (u)The Hercules Campus, LLC | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     4<br>Total                   43 | |