ERIC P. ISRAEL (State Bar No. 132426)
EPI@LNBYG.COM
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Brad D. Krasnoff,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:15-bk-12721-BB |
| DAMIEN STEPHEN NAVARRO, | Chapter 7 |
| Debtor. | **NOTICE TO PROFESSIONALS OF SCHEDULED HEARING DATE FOR INTERIM FEE APPLICATIONS** |
| | Date:  October 29, 2025<br>Time:  2:00 p.m.<br>Place: Courtroom "1539"<br>          255 East Temple Street<br>          Los Angeles, California |

**TO ALL PROFESSIONALS EMPLOYED PURSUANT TO COURT ORDER IN THE ABOVE-CAPTIONED BANKRUPTCY CASE:**

PLEASE TAKE NOTICE that the Court will hear interim applications for awards of compensation and reimbursement of expenses by professionals in this case on **October 29, 2025, at 2:00 p.m.**, in Courtroom "1539" of the United States Bankruptcy Court, Los Angeles Division, 255 East Temple Street, Los Angeles, California 90012.

In compliance with Local Bankruptcy Rule 2016-1, the Trustee hereby notifies all professionals as follows:

Other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner.

1

Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Any professional seeking interim fees at this time must comply with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, the Guidelines of the Office of the United States Trustee, and the relevant provisions of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that any professional who desires to be included in the Notice of Hearing in connection with fee applications must, not later than noon on **October 6, 2025,** advise Eric P. Israel at *EPI@LNBYG.COM*, of the amounts of the requested compensation and expenses and the relevant time period for such compensation and expenses.

DATED: September 3, 2025           LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:      /s/ Eric P. Israel
ERIC P. ISRAEL
Attorneys for Brad D. Krasnofff,
Chapter 7 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **NOTICE TO PROFESSIONALS OF SCHEDULED HEARING DATE FOR INTERIM FEE APPLICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 3, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott     Leslie.Klott@carringtonmh.com
- Christopher A, Minier     cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Zev Shechtman     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Johnny White     JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**: On **September 3, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Damien Stephen Navarro | Damien Stephen Navarro | Sam S. Leslie |
| 8012 Happy Lane | 4328 Edenhurst Ave. | 1130 S. Flower Street, Suite 312 |
| Los Angeles, CA 90046 | Los Angeles, CA 90039 | Los Angeles, CA 90015 |

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 3, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL**
- Brad D Krasnoff    bdktrustee@lnbyg.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 3, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                        F 9013-3.1.PROOF.SERVICE