| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>EPI@LNBYG.COM<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>Phone:  310-229-1234<br>Fax:      310-229-1244<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Brad D. Krasnoff, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>DAMIEN STEPHEN NAVARRO,<br><br><br><br><br><br>Debtor(s) | CASE NO.: Case No. 2:15-12721-BB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br><u>TRUSTEE'S NOTICE OF MOTION AND MOTION TO APPROVE COMPROMISE WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS OF BRAD D. KRASNOFF AND PETER DE LA CERDA AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF</u> |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES [DKT 100]</u> was lodged on (*date*) <u>September 9, 2025</u> and is attached.  This order relates to the motion which is docket number <u>100</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034
Phone:  310-229-1234
Fax:      310-229-1244

Attorneys for Brad D. Krasnoff, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>DAMIEN STEPHEN NAVARRO,<br><br>Debtor. | Case No. 2:15-12721-BB<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES [DKT 100]**<br><br>DATE:   September 10, 2025<br>TIME:   1:00 p.m.<br>PLACE: Courtroom 1539<br>              255 E. Temple St.<br>              Los Angeles, CA |

On September 10, 2025, at 1:00 p.m., there came before the Court for hearing the Motion to Approve Settlement with Roman Catholic Archbishop of Los Angeles (the "Motion") filed by Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") for the estate of Damen Stephen Navarro (the "Debtor"), the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding.

The Court having reviewed and considered the Motion, and all of the other pleadings filed in the Debtor's case, having noted the lack of any response and having issued a tentative ruling which shall be the final ruling granting the Motion and waiving appearances, having found that notice of the Motion was adequate and proper, good cause appearing, it is

ORDRED THAT:

1. The Motion is granted in its entirety.

1

2. The compromise described in the Motion and the Allocation[1] attached thereto as Exhibit "1" are both approved.

3. The Trustee is authorized to accept $783,839.36 (the "Settlement Payment") in full satisfaction of the claims of the Trustee and the Debtor against the Roman Catholic Archbishop of Los Angeles.

4. The fees and costs set forth below are allowed to Special Litigation Counsel and co-counsel on a final basis, and the Trustee is authorized to pay those sums, all on a final basis:

| Firm | Fees | Costs |
| --- | --- | --- |
| Edwards & De La Cerda, PLLC | $31,353.57 | $0 |
| The Schroeder Firm (20%) | $56,436.43 | $0 |
| Freese & Goss, PLLC (25%) | $70,545.54 | $8,171.35 |
| Matthews & Associates (25%) | $70,545.54 | $0 |
| Ferrer Poirot & Wansbrough (30%) | $84,654.65 | $0 |

As the Settlement Payment is to be made in 2 or more installments, the Trustee shall pay Freese & Goss and Co-Counsel their applicable percentages pro-rata as payments are received.

5. .The Trustee is authorized to dismiss the Lawsuit.

6. Pursuant to the order approving the Trustee's earlier settlement with the Debtor on the division of funds [Dkt 83], the Trustee is authorized to pay to the Debtor 50% of the net funds after attorneys' fees and costs allowed in paragraph 4 above as they are received.

7. The Trustee is authorized to take any other steps needed to implement the settlement described in the Motion.

###

---

[1] Capitalized terms shall have the same meanings as defined in the Motion.

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, California 90034

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 9, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Leslie M Klott    Leslie.Klott@carringtonmh.com
- Brad D Krasnoff (TR)    bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Christopher A, Minier    cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2**. **SERVED BY UNITED STATES MAIL**: On (*date*) **September 9, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Damien Stephen Navarro
8012 Happy Lane
Los Angeles, CA 90046

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 9, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA EMAIL**
- Peter De La Certa    peter@freeseandgoss.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**