ERIC P. ISRAEL (State Bar No. 132426)
EPI@LNBYG.COM
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034
Phone: 310-229-1234
Fax:    310-229-1244

Attorneys for Brad D. Krasnoff, Chapter 7 Trustee

FILED & ENTERED

SEP 10 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAMIEN STEPHEN NAVARRO,<br><br>Debtor. | Case No. 2:15-12721-BB<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES [DKT 100]**<br><br>DATE: September 10, 2025<br>TIME: 1:00 p.m.<br>PLACE: Courtroom 1539<br>         255 E. Temple St.<br>         Los Angeles, CA |

On September 10, 2025, at 1:00 p.m., there came before the Court for hearing the Motion to Approve Settlement with Roman Catholic Archbishop of Los Angeles (the "Motion") filed by Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") for the estate of Damen Stephen Navarro (the "Debtor"), the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding.

The Court having reviewed and considered the Motion, and all of the other pleadings filed in the Debtor's case, having noted the lack of any response and having issued a tentative ruling which shall be the final ruling granting the Motion and waiving appearances, having found that notice of the Motion was adequate and proper, good cause appearing, it is

**IT IS HEREBY ORDERED as follows:**

1. The Motion is granted in its entirety.

2. The compromise described in the Motion and the Allocation[1] attached thereto as Exhibit "1" are both approved.

3. The Trustee is authorized to accept $783,839.36 (the "Settlement Payment") in full satisfaction of the claims of the Trustee and the Debtor against the Roman Catholic Archbishop of Los Angeles.

4. The fees and costs set forth below are allowed to Special Litigation Counsel and co-counsel on a final basis, and the Trustee is authorized to pay those sums, all on a final basis:

| Firm | Fees | Costs |
|---|---|---|
| Edwards & De La Cerda, PLLC | $31,353.57 | $0 |
| The Schroeder Firm (20%) | $56,436.43 | $0 |
| Freese & Goss, PLLC (25%) | $70,545.54 | $8,171.35 |
| Matthews & Associates (25%) | $70,545.54 | $0 |
| Ferrer Poirot & Wansbrough (30%) | $84,654.65 | $0 |

As the Settlement Payment is to be made in 2 or more installments, the Trustee shall pay Freese & Goss and Co-Counsel their applicable percentages pro-rata as payments are received.

5. The Trustee is authorized to dismiss the Lawsuit.

//
//
//
//
//
//
//
//

---

[1] Capitalized terms shall have the same meanings as defined in the Motion.

2

6. Pursuant to the order approving the Trustee's earlier settlement with the Debtor on the division of funds [Dkt 83], the Trustee is authorized to pay to the Debtor 50% of the net funds after attorneys' fees and costs allowed in paragraph 4 above as they are received.

7. The Trustee is authorized to take any other steps needed to implement the settlement described in the Motion.

###

Date: September 10, 2025

Sheri Bluebond
United States Bankruptcy Judge

3