United States Bankruptcy Court

Central District of California

In re:  
Damien Stephen Navarro  
    Debtor

Case No. 15-12721-BB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 10, 2025      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Damien Stephen Navarro, 8012 Happy Lane, Los Angeles, CA 90046-2013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Brad D Krasnoff (TR)  
    bdktrustee@lnbyg.com  bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com

Christopher A, Minier  
    on behalf of Interested Party Courtesy NEF cminier@go2.law  kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law

Eric P Israel  
    on behalf of Trustee Brad D Krasnoff (TR) epi@lnbyg.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Jeffrey S Kwong  
    on behalf of Creditor The Hercules Campus  LLC jsk@lnbyg.com, jsk@ecf.inforuptcy.com

Johnny White  
    on behalf of Debtor Damien Stephen Navarro JWhite@wrslawyers.com  jlee@wrslawyers.com

Kurt Ramlo  
    on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 10, 2025 | Form ID: pdf042 | Total Noticed: 1

Kurt Ramlo
    on behalf of Creditor The Hercules Campus LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Leslie M Klott
    on behalf of Creditor Frontier State Bank Leslie.Klott@carringtonmh.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Trustee Brad D Krasnoff (TR) Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 11

ERIC P. ISRAEL (State Bar No. 132426)
EPI@LNBYG.COM
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034
Phone: 310-229-1234
Fax:     310-229-1244

Attorneys for Brad D. Krasnoff, Chapter 7 Trustee

**FILED & ENTERED**

**SEP 10 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:15-12721-BB |
| DAMIEN STEPHEN NAVARRO, | Chapter 7 |
| Debtor. | **ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES [DKT 100]** |
| | DATE: September 10, 2025<br>TIME: 1:00 p.m.<br>PLACE: Courtroom 1539<br>255 E. Temple St.<br>Los Angeles, CA |

On September 10, 2025, at 1:00 p.m., there came before the Court for hearing the Motion to Approve Settlement with Roman Catholic Archbishop of Los Angeles (the "Motion") filed by Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") for the estate of Damen Stephen Navarro (the "Debtor"), the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding.

The Court having reviewed and considered the Motion, and all of the other pleadings filed in the Debtor's case, having noted the lack of any response and having issued a tentative ruling which shall be the final ruling granting the Motion and waiving appearances, having found that notice of the Motion was adequate and proper, good cause appearing, it is

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted in its entirety.

1

2. The compromise described in the Motion and the Allocation[1] attached thereto as Exhibit "1" are both approved.

3. The Trustee is authorized to accept $783,839.36 (the "Settlement Payment") in full satisfaction of the claims of the Trustee and the Debtor against the Roman Catholic Archbishop of Los Angeles.

4. The fees and costs set forth below are allowed to Special Litigation Counsel and co-counsel on a final basis, and the Trustee is authorized to pay those sums, all on a final basis:

| Firm | Fees | Costs |
|---|---|---|
| Edwards & De La Cerda, PLLC | $31,353.57 | $0 |
| The Schroeder Firm (20%) | $56,436.43 | $0 |
| Freese & Goss, PLLC (25%) | $70,545.54 | $8,171.35 |
| Matthews & Associates (25%) | $70,545.54 | $0 |
| Ferrer Poirot & Wansbrough (30%) | $84,654.65 | $0 |

As the Settlement Payment is to be made in 2 or more installments, the Trustee shall pay Freese & Goss and Co-Counsel their applicable percentages pro-rata as payments are received.

5. The Trustee is authorized to dismiss the Lawsuit.

//
//
//
//
//
//
//
//

---

[1] Capitalized terms shall have the same meanings as defined in the Motion.

2

6. Pursuant to the order approving the Trustee's earlier settlement with the Debtor on the division of funds [Dkt 83], the Trustee is authorized to pay to the Debtor 50% of the net funds after attorneys' fees and costs allowed in paragraph 4 above as they are received.

7. The Trustee is authorized to take any other steps needed to implement the settlement described in the Motion.

###

Date: September 10, 2025

Sheri Bluebond
United States Bankruptcy Judge

3