| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SAM S. LESLIE, CPA<br>1130 S. Flower Street.<br>Suite 312<br>Los Angeles, CA 90015<br>213/987-5780 – Telephone<br>213/987-5763 – Facsimile<br>Email: trustee@trusteeleslie.com<br><br>Proposed Accountant for Brad D. Krasnoff, Chapter 7 Trustee<br><br>☒ *Movant(s) appearing without an attorney*<br>☐ Attorney for Movant(s) | **FILED**<br><br>SEP 1 2 2025<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                      Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>DAMIEN STEPHEN NAVARRO,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-12721-BB<br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 08/20/2025   Movant(s) filed a motion or application (Motion) entitled: Trustee's Application to Employ LEA Accountancy, LLP as Accountant

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 08/20/2025   Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17   days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

ORIGINAL

9.  Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: <u>09/10/2025</u>

<u>Signature</u>

<u>Sam S. Leslie</u>
Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                          Page 2                    F 9013-1.2.NO.REQUEST.HEARING.DEC

BRAD D. KRASNOFF (State Bar No. 125065)
bdk@lnbyg.com
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:15-bk-12721-BB |
| | [Chapter 7] |
| DAMIEN STEPHEN NAVARRO, | |
| | CHAPTER 7 TRUSTEE'S APPLICATION |
| Debtor. | TO EMPLOY LEA ACCOUNTANCY, LLP |
| | AS ACCOUNTANT; DECLARATIONS |
| | OF BRAD D. KRASNOFF AND SAM |
| | S. LESLIE IN SUPPORT THEREOF |
| | |
| | [No Hearing Unless Requested; |
| | Local Bankruptcy Rule 2014-1] |

Brad D. Krasnoff, the duly appointed and acting Chapter 7 Trustee ("Trustee") of the above-captioned estate, respectfully represents:

1.    Damien Stephen Navarro ("Debtor") filed for relief under Chapter 7 of the United States Bankruptcy Code on February 24, 2015.

2.    Trustee was appointed as Chapter 7 Trustee on or about February 24, 2015, and accepted such appointment thereafter.

3.    Trustee requires an accountant to assist him in the accounting matters and tax preparation aspects of the administration of this estate, to advise Trustee of any tax consequences

derived from liquidation of estate assets and to assist in any other accounting or tax matters as may arise in connection with the administration of this estate.

4.    For all the foregoing and all other necessary and proper purposes, Trustee desires to retain LEA Accountancy, LLP ("LEA") as his accountant. Trustee is requesting that LEA's employment be effective as of the date services were first requested, August 12, 2025. (LEA's resume highlighting the qualifications of the professionals that may work on this case is attached to the Declaration of Sam S. Leslie as Exhibit A and incorporated herein by this reference.) LEA's professional services as are appropriate in this case, may include the following:

(a)    review the Debtor's prior accounting and tax records, the petition, schedules and the estate's documents related to its financial transactions;

(b)    review and analysis of the estate's financial transactions to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations;

(c)    assist the Trustee in the preparation and filing of the estate's Federal and California corporate income tax returns to reflect the transactions of the estate and, if necessary, preparation of any delinquent tax returns that may be required by taxing authorities for the estate. Such delinquent tax returns can be, but are not limited to income tax, sales tax, city, county or similar tax filings;

(d)    preparation, as needed, of pre-petition tax returns;

(e)    preparation, as needed, of estate payroll tax filings and/or filings for the Employer Retention Tax Credit refund;

(f)    communicate with taxing authorities on behalf of the estate;

(g)    request the required tax clearance from the Internal Revenue Service and state taxing authorities for the estate's tax returns;

(h)    provide litigation support, valuation, cash flow services and, if requested, expert witness services for the Trustee;

(i)    assistance in the preparation of monthly operating reports, as needed;

(j)    securing of source documents including, but not limited to, bank records, general ledgers, insurance documents, books and records, including Quickbooks or similar accounting data; filed pre-petition tax returns and assets of the estate. Such services may include site visit(s) to investigate and/or securing of the site to preserve source documentation and/or assets for the Trustee;

(k)    as requested, assist Trustee in any required termination of ERISA qualified pension plan(s) of the Debtor;

(l)    assisting in gather and organizing Debtor's documents in order to analyze and investigate avoidable transfers made by the Debtor, including preferential and fraudulent transfers; and

(m)   perform any other financial analysis, investiga-
tion, consulting general and/or forensic accounting services as
requested by the Trustee. Address any other tax matters which may
be requested by the Trustee to properly administer the estate and
maintain tax compliance.

5.   Trustee proposes that LEA be employed pursuant to 11
U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. § 330(a)
on an hourly basis with reasonable fees to be approved by
application to the Court after proper notice and hearing.  The
only source of payment of compensation to LEA will be from the
estate.  No retainer or other payment has been made or is
requested and, apart from this Application and subsequent order,
there will be no other written or separate agreement for
employment.  A schedule of the fees charged by LEA to all of its
clients is attached to the Declaration of Sam S. Leslie as
Exhibit B and incorporated herein by this reference. LEA reserves
the right to change its hourly rates from time to time in
accordance with its usual terms and conditions as communicated to
Trustee. The only source of payment of compensation to LEA will
be from the estate.

6.   To the best of Trustee's knowledge, and as set forth
in the Declaration of Sam S. Leslie, LEA, the approval of whose
employment is requested, is a "disinterested person" as required
by the Bankruptcy Code.  See also, "Statement of Disinterested-
ness for Employment of Professional Person Under F.R.B.P. 2014"
attached to the Declaration of Sam S. Leslie as Exhibit C and
incorporated herein by this reference.

///

-4-

7.    Trustee also wishes to disclose for the record that from time to time, Sam S. Leslie ("Leslie"), who is a partner in LEA and who is also a member of the Chapter 7 trustee panel in this district, engages Trustee's firm as general bankruptcy counsel in cases where he is the trustee.  Further, LEA provides accounting services for other unrelated estates under Trustee's administration.  Trustee also socializes with Mr. Leslie on occasion.  Leslie and Trustee bill the respective estates when engaged to provide professional services at their usual rates. There is absolutely no fee sharing agreement or any other such arrangement between Trustee and Leslie.

8.    Notice of the Application as required by Local Bank-ruptcy Rule 2014-1(b)(2)(A), has been provided to interested parties.  A true and correct copy of such Notice is attached to the Declaration of Sam S. Leslie as Exhibit D and incorporated herein by this reference.

WHEREFORE, Trustee respectfully requests that this Court enter an Order authorizing the employment of LEA Accountancy, LLP to render services as described herein.

Respectfully submitted,

Dated: August 19, 2025

Brad D. Krasnoff, Chapter 7 Trustee

-5-

### DECLARATION OF BRAD D. KRASNOFF

I, Brad D. Krasnoff, declare:

1.    I am an attorney at law admitted to practice in the state of California and before this Court.

2.    I am the duly appointed, qualified and acting Chapter 7 Trustee of the estate of Damien Stephen Navarro ("Debtor"), by virtue of my appointment on or about February 24, 2015, and my acceptance of such appointment thereafter.

3.    In my business judgment in my capacity as Chapter 7 Trustee and for all the reasons set forth in the accompanying Application, which are incorporated herein by this reference, I believe that I require an accountant to assist me with various accounting and tax matters relating to the administration of this estate. Although the services included in the Application are described broadly, I will engage LEA only to perform those services which are necessary for the administration of this case as the circumstances require.

4.    I have selected LEA Accountancy, LLP ("LEA"), to be my accountant for this estate.  I am requesting that LEA's employ-ment be effective as of the date services were first requested, August 12, 2025.  LEA's resume highlighting the qualifications of the professionals that may work on this case is attached to the Declaration of Sam S. Leslie as Exhibit A and incorporated herein by this reference.

5.    I propose that LEA will be employed pursuant to 11 U.S.C. § 327(a) and seek compensation pursuant to 11 U.S.C. § 330(a).  LEA will bill the estate on an hourly basis for its services.  A schedule of the fees customarily charged by LEA to

all of its clients is attached to the Declaration of Sam S.
Leslie as Exhibit B and incorporated herein by this reference.
LEA reserves the right to change its hourly rates from time to
time in accordance with its usual terms and conditions as
communicated to Trustee. The only source of payment of
compensation to LEA will be from the estate.  No retainer or
other payment has been made or is requested and, apart from this
Application and subsequent order, there will be no other written
or separate agreement for employment.  No compensation will be
paid to LEA except upon application to and approval by the Court
after proper notice and hearing.

6.    To the best of my knowledge, and as set forth in the
Declaration of Sam S. Leslie, LEA, the approval of whose employ-
ment is requested, is a "disinterested person" as required by the
Bankruptcy Code.  See also, the Statement of Disinterestedness
for Employment of Professional Person Under F.R.B.P. 2014 which
is attached to the Declaration of Sam S. Leslie as Exhibit C and
incorporated herein by this reference.

7.    I also wish to disclose for the record that from time
to time, Sam S. Leslie who is a partner in LEA and who is also a
member of the Chapter 7 trustee panel in this district, engages
my firm as general bankruptcy counsel in cases where he is the
trustee.  Further, for purposes of disclosure, LEA provides
accounting services for other unrelated estates under my admin-
istration.  I may also socialize with Mr. Leslie on occasion.  We
bill the respective estates when engaged to provide professional
services at our usual rates.  There is absolutely no fee sharing
agreement or any other such arrangement between us.

8.    I have provided interested parties with notice of the Application as required by Local Bankruptcy Rule 2014-1(b)(2)(A). A true and correct copy of such Notice is attached to the Declaration of Sam S. Leslie as Exhibit D and incorporated herein by this reference.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this *19th* day of August 2025, at Los Angeles, California.

Brad D. Krasnoff

## DECLARATION OF SAM S. LESLIE

I, Sam S. Leslie, declare:

1.    I am a certified public accountant and a partner in LEA Accountancy, LLP ("LEA"), the firm that Brad D. Krasnoff, the Chapter 7 Trustee ("Trustee") for the estate of Damien Stephen Navarro, proposes to employ as accountant.  The Trustee and LEA are requesting that LEA's employment be effective as of the date services were first requested, August 12, 2025.

2.    I have reviewed the file and discussed the case with the Trustee and have determined that the professional services which may be provided as requested and appropriate for this case, may include:

(a)    review the Debtor's prior accounting and tax records, the petition, schedules and the estate's documents related to its financial transactions;

(b)    review and analysis of the estate's financial transactions to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations;

(c)    assist the Trustee in the preparation and filing of the estate's Federal and California corporate income tax returns to reflect the transactions of the estate and, if necessary, preparation of any delinquent tax returns that may be required by taxing authorities for the estate. Such delinquent tax returns can be, but are not limited to income tax, sales tax, city, county or similar tax filings;

///

1    (d) preparation, as needed, of pre-petition tax

2 returns;

3    (e) preparation, as needed, of estate payroll tax

4 filings and/or filings for the Employer Retention Tax Credit

5 refund;

6    (f) communicate with taxing authorities on behalf of

7 the estate;

8    (g) request the required tax clearance from the

9 Internal Revenue Service and state taxing authorities for the

10 estate's tax returns;

11    (h) provide litigation support, valuation, cash flow

12 services and, if requested, expert witness services for the

13 Trustee;

14    (i) assistance in the preparation of monthly operating

15 reports, as needed;

16    (j) securing of source documents including, but not

17 limited to, bank records, general ledgers, insurance documents,

18 books and records, including Quickbooks or similar accounting

19 data; filed pre-petition tax returns and assets of the estate.

20 Such services may include site visit(s) to investigate and/or

21 securing of the site to preserve source documentation and/or

22 assets for the Trustee;

23    (k) as requested, assist Trustee in any required

24 termination of ERISA qualified pension plan(s) of the Debtor;

25    (l) assisting in gather and organizing Debtor's

26 documents in order to analyze and investigate avoidable transfers

27 made by the Debtor, including preferential and fraudulent

28 transfers; and

1    (m)   perform any other financial analysis, investiga-

2  tion, consulting general and/or forensic accounting services as

3  requested by the Trustee. Address any other tax matters which may

4  be requested by the Trustee to properly administer the estate and

5  maintain tax compliance.

6    3.   LEA's resume highlighting the qualifications of the

7  professionals that may work on this case is attached hereto as

8  Exhibit A and incorporated herein by this reference.

9    4.   LEA's resume is attached hereto as Exhibit A and

10  incorporated herein by this reference.

11    5.   A schedule of LEA's fees charged to all of its clients

12  is attached hereto as Exhibit B and incorporated herein by this

13  reference.   LEA reserves the right to change its hourly rates

14  from time to time in accordance with its usual terms and

15  conditions as communicated to Trustee.

16    6.   As set forth in the Statement of Disinterestedness for

17  Employment of Professional Person Under F.R.B.P. 2014 attached

18  hereto as Exhibit C and incorporated herein by this reference,

19  neither LEA nor I have an interest adverse to the estate or its

20  creditors, and are disinterested in the outcome of this case,

21  except that LEA will exert its best efforts to assure the highest

22  and best results to the estate in connection with our services.

23    7.   I  also wish to disclose for the record that from time

24  to time LEA provides accounting services for other unrelated

25  cases under the Trustee's administration.  I am also a member of

26  the Chapter 7 Trustee panel in this district and I may engage the

27  Trustee's firm as counsel in cases where I serve as trustee.  I

28  also socialize with the Trustee on occasion.  Billings to the

1 respective estates when our firms are engaged to provide

2 professional services are always at our usual rates.  There is

3 absolutely no fee sharing agreement or any other such arrangement

4 between us.

5     8.    LEA is familiar with the Bankruptcy Code, the Bank-

6 ruptcy Rules and the Local Bankruptcy Rules and shall comply with

7 them.

8     9.    Notice of the Application as required by Local Bank-

9 ruptcy Rule 2014-1(b)(2)(A), has been provided to interested

10 parties.  A true and correct copy of such Notice is attached

11 hereto as Exhibit D and incorporated herein by this reference.

12     I declare under penalty of perjury under the laws of the

13 United States of America that the above is true and correct.

14     Executed this _19th_ day of August 2025, at Palm Springs,

15 California.

16

17                        Sam S. Leslie

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

# LEA Accountancy, LLP

**1130 S. Flower Street, Suite 312**
**Los Angeles, California 90015**
**T: 323-987-5780   F: 323-987-5763**
**Email: sleslie@trusteeleslie.com**

LEA Accountancy's professional staff is highly trained group of individuals who are dedicated in providing bankruptcy trustees with excellent financial analysis and tax planning and preparation services.  With the expertise he has honed since 1983, Sam S. Leslie, Managing Partner, provides both hands on services and supervises a staff that is experienced in federal and state tax law, the bankruptcy code and their application to the bankruptcy estate.   This experience assures the trustee that the estate is tax compliant and results in lower costs for these necessary services.

**Services Offered:**

- Financial Analysis and Tax Planning
- Asset Analysis
- Federal, State Income and Payroll Returns
- Bankruptcy Estate Tax Filing
- Delinquent Returns
- Accounting Reconstruction
- Preference Review and Analysis
- ERISA Plan Termination
- State Board of Equalization Sales Tax

**Client Base:**            Bankruptcy Trustees, Partnerships, Sub-Chapter S Corporations, Limited Liability Companies, other closely held businesses and high net worth individuals.

**Bankruptcy**

After practicing for 8 years, LEA Accountancy diversified to provide tax and accounting services to bankruptcy trustees. LEA Accountancy is well-versed in the peculiarities of the Internal Revenue Code and its application to Chapter 7 and Chapter 11 proceedings. The firm's extensive knowledge of bankruptcy estate tax filing requirements and related procedures assure trustees of a "prompt" determination from the IRS. LEA Accountancy provides specialized attention to identifying potential federal and state tax refunds, net operating loss carryforwards and/or carrybacks, tax basis issues and asset recovery. This focus assists the trustee in maximizing recovery of monies to the bankruptcy estate while at all times focusing on the estate closing process.

With LEA trustees rely on a team of seasoned professionals who address in detail each and every compliance and tax preparation concerns. LEA's advice includes analyzing the complexities of payroll tax and sales tax issues, as well as pre-petition delinquent returns. Boxes of "meaningless paper" are organized into financial statements that often result in recoverable assets that may not have been disclosed in the bankruptcy petition and schedules. In short, LEA strives to ensure that the best possible results are achieved for the bankruptcy estate with the least amount of complication for the trustee.

LEA staff members possess a broad array of accounting experience that allows them to address complex corporate, partnership and limited liability company tax issues, as well as consolidated multi-state returns and layered partnerships.

**Professional Staff**

**Sam S. Leslie, CPA**
**Partner**

Mr. Leslie has extensive experience in bankruptcy oversight, having provided insolvency services since 1990 and serving as a Chapter 7 Trustee in the Central District of Los Angeles since 2003. He has worked  in public accounting since 1983. In 1988, Mr. Leslie founded Leslie Accountancy (which later became known as LEA Accountancy, LLP), a full-service CPA firm serving high net worth individuals, privately owned companies and bankruptcy trustees.  In addition to his bankruptcy related experience, Mr. Leslie concentrates his services in tax planning and preparation, and financial matters, including financing, acquisitions, divestitures, restructuring and other financial advice

Over the course of his career, Mr. Leslie has acquired knowledge outside of the accounting field. In his capacity as a principal and strategic advisor, Mr. Leslie founded, operated and subsequently sold numerous businesses for a profit. These operations have centered on the sale and marketing of both products and services. Examples include bagel/deli shop and catering business, print magazine and "yellow pages" like listing publications, specialty product wholesale business (i.e. candles, scents, potpourri) supplying high-end department stores, purchase, renovation and resale of real estate and owning and operating vacation rental properties.

Mr. Leslie and his partners acquired the print magazine as a turnaround proposition. When acquired it was losing $20K a month but was generating annual revenues of $4.5M with a staff of thirty-five plus (35+).  After successful financial results were achieved by the repositioning of its two sister publications and website and performing a bottom-up review and implementing subsequent changes to the operation, the company was sold in 2006 for a significant financial return to the partners. Further, in his capacity as Chapter 7 trustee, Mr. Leslie has operated a grocery/market generating daily sales of $30K (100 employees) where cash controls and an immediate recreation of the accounting records were of critical importance. Mr. Leslie was

previously the Trustee in an individual Chapter 7 case in which he was able to substantiality consolidate that case with approximately 43 limited liability companies in which the debtor was a principal.  That case required him to manage real estate operations both in and out of state and arrange the marketing and sale of three commercial properties, six residential rental apartment buildings, ten single family residences, leased windmill farm, as well as vacant parcels land for a total of 142 parcels in the case, 92 were sold. Over the years Mr. Leslie has evaluated the viability of numerous other businesses. Mr. Leslie has extensive experience with Chapter 11 matters. He is currently serving as the Plan Agent for Art & Architecture Books of the 21st Century (DBA ACE Gallery) where he is operating pursuant to a confirmed plan of reorganization. He currently serves as the Chapter 7 Trustee for TBH19, LLC and recently, in a court supervised overbid achieved a sale of the real property owned by that debtor for $63.1 mm. He is currently serving as the Chapter 11 Trustee is the Coldwater Development, LLC and Lydda Lud, LLC cases where the asset is approximately 65.61 acres of vacant land located in the Santa Monica Mountains above Beverly Hills, California.

With these experiences, he has learned among other things the importance of customer service, internal controls, cash flow management, marketing and income and expense matching.

Mr. Leslie received his B.S. in Business Administration from the San Diego State University in 1983.   He received a CPA designation in 1986.

**Marianna Falco, CPA, CFE**
**Tax Manager and Bankruptcy Coordinator**

Ms. Falco has been associated with LEA Accountancy since 2017.   Prior to joining LEA Accountancy, Ms. Falco was a Tax & Compliance Manager for an International Medical Device organization.  She has focused her tax work on compliance, international and cross border tax issues.  She has been a practicing Fraud Examiner for 10 years conducting fraud examinations for Home Owners Associations and Partnerships.

Ms. Falco has a B.S. in Business Management and an MBA with a special emphasis in Accountancy.

**Terry Fussell, CPA**
**Senior Tax Specialist**

Mr. Fussell joined the professional staff of LEA Accountancy in 2004 and manages a client base consisting of insolvency, high net-worth individuals and their closely held businesses.  Prior to joining LEA, he worked as a Senior Accountant at Martin Werbelow, LLP, and a Pasadena, California public accounting firm concentrating on estate and gift tax clients.   During a twenty-year career based on providing tax as well as business advisory services, Mr. Fussell has served as CFO/sat on the board of directors at Nutripeak.com, Inc., a Los Angeles based sports nutrition retailer and was CFO at JLS Technology Staffing Inc in Atlanta, Georgia.   Mr. Fussell

launched his career in 1991 as Senior Associate/Controller at Frazier & Deeter, LLC, one of
Atlanta's top five CPA firms.
In addition to working with LEA Accountancy, in 2010 Mr. Fussell formed The Fussell Group, LLC,
a business advisory firm.

Mr. Fussell graduated from Georgia State University (Atlanta, Georgia) with a Bachelor of Science
in Finance in 1990.

**Irina McDonald, CPA**
**Tax and Accounting Specialist**

Ms. McDonald experience includes fifteen years of accounting experience as an accounting
manager and controller for a large Medical Device Company. Prior to joining LEA, she served as
a Tax manager for an international Medical Device Wholesale organization where she
concentrated on various compliance and tax issues. Ms. McDonald is a practicing consultant
helping her clients with forensic accounting analysis, tax, and business advisory services.

Ms. McDonald graduated magna cum laude from Belorussian Polytechnic Academy and has
received master's degree in civil engineering.

**Thomas Ballou**
**Partner, Business Manager**

Mr. Ballou joined LEA Accountancy in 1983 and is responsible for the oversight of all aspects of
business management and operations.   Prior to joining the firm, he held professional service
positions at Liberty Securities and Pharmavite Manufacturers, both located in Los Angeles,
California.

Mr. Ballou graduated with a B.S. in Computer Science from Coleman College, San Diego in 1983.


**Aaron Robson**
**Senior Accountant**

Mr. Robson joined the professional staff at LEA Accountancy's predecessor, Leslie Accountancy,
in 1997 as a staff accountant.  In 2011 Mr. Robson joined the staff of The Rocher Group as an
Accountant, Operations and Client Relationships Manager.  In 2017 he has returned to the fold
of LEA Accountancy as a Senior Accountant.  With two decades of experience in the accounting
field his primary services have included forensic accounting, income tax preparation and
QuickBooks management.

Mr. Robson graduated with a B.S. in Business Administration with an Emphasis in Accounting
and Finance from the University of Colorado, Boulder in 1992

**Austin P. Martin, CFE**
**Bankruptcy Accountant**

Mr. Martin's professional experience includes three years as an accountant and accounting manager primarily performing audits and compilations, as well as financial statement and income tax preparation for a wide range of business entities with a focus on non-profit and exempt organizations. Additionally, Mr. Martin has three years of experience assisting with forensic accounting analysis and several years of experience with small business/nonprofit organization and management.

Mr. Martin graduated with a B.S. in Business Administration with an Emphasis in Accounting from the University of Arizona, Eller College of Management in May, 2018.

**When you select LEA Accountancy, LLP as your Certified Public Accountants, you partner with an organization dedicated to operating at the highest level of professionalism; a firm that takes great pride in providing the best in customer service.**

**EXHIBIT B**

**LEA Accountancy, LLP**
**Professional Rate Summary**

| <u>Professional</u> | <u>Rate</u> |
|---|---|
| SAM S. LESLIE<br>Partner | $ 585.00 |
| MARIANNA FALCO<br>Tax Manager & Bankruptcy Coordinator | $ 440.00 |
| TERRY R. FUSSELL<br>Senior Tax Specialist | $ 395.00 |
| IRINA MCDONALD<br>Tax and Accounting Specialist | $ 335.00 |
| THOMAS G. BALLOU<br>Partner, Business Manager | $ 295.00 |
| AUSTIN MARTIN<br>Bankruptcy Accountant | $ 245.00 |
| AARON ROBSON<br>Senior Accountant | $ 245.00 |

**EXHIBIT C**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sam S. Leslie, CPA<br>LEA Accountancy, LLP<br>1130 South Flower Street<br>Suite 312<br>Los Angeles, CA 90015<br>Telephone: 323/987-5780<br>Facsimile:  323/987-5763<br>Email: sleslie@trusteeleslie.com<br><br><br>Proposed Accountant for Brad D. Krasnoff,<br>Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br><br>    DAMIEN STEPHEN NAVARRO,<br><br><br><br><br><br>                                               Debtor(s). | CASE NO.: 2:15-bk-12721-BB<br>CHAPTER: 7<br><br>**STATEMENT OF DISINTERESTEDNESS**<br>**FOR EMPLOYMENT OF PROFESSIONAL**<br>**PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)**<br><br>---<br><br>[No Hearing Required] |

1. Name, address and telephone number of the professional (Professional) submitting this Statement:
   Sam S. Leslie, CPA (Email: sleslie@trusteeleslie.com)
   LEA Accountancy, LLP
   1130 South Flower Street, Suite 312, Los Angeles, CA 90015
   Telephone: 323/987-5780; Facsimile:  323/987-5763

2. The services to be rendered by the Professional in this case are *(specify)*: To review the Debtor's prior accounting and tax records, the petition and schedules , and estate's finances to determine appropriate treatment for tax purposes. To prepare and file all necessary tax returns. To communicate with taxing authorities, and perform and other accounting and tax services required by the Trustee. Additional services are described in the Application which are incorporated herein by this reference.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:
   The requested compensation for professional services rendered to the estate shall be based upon the time expended and at the billing rates commensurate with the experience of the professional performing the services computed at the hourly rates charged by LEA to all clients.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1                          F 2014-1.STMT.DISINTEREST.PROF

4.  The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:
    No retainer has been received or is requested.

5.  The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
    I directed a conflicts check to be performed to determine whether LEA represents a party holding a claim or other adverse interest against the Debtor. Based on our comprehensive investigation, I determined that no potential or actual conflicts of interest exist. Thus, based upon these conflicts checks, I have determined that LEA does not represent any party or person holding a claim or adverse interest against the Debtor, and I have therefore concluded that the LEA is "disinterested" as that term is defined in 11 U.S.C. § 101(14).

6.  The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:
    N/A.

7.  The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:
    N/A.

8.  The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9.  The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:
    N/A.

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:
    Sam S. Leslie, CPA - Partner. (See No.1 for Address/Telephone.)

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                     Page 2                    **F 2014-1.STMT.DISINTEREST.PROF**

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

    N/A.

12. Total number of attached pages of supporting documentation:  N/A.

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| C 8/19/XX | Sam S. Leslie | *[signature]* |
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**EXHIBIT D**

```
 1  BRAD D. KRASNOFF (State Bar No. 125065)
    bdk@lnbyg.com
 2  2818 La Cienega Avenue
    Los Angeles, CA 90034
 3  Telephone: (310) 229-1234
    Facsimile: (310) 229-1244
 4
    Chapter 7 Trustee
 5
 6
                    UNITED STATES BANKRUPTCY COURT
 7
                    CENTRAL DISTRICT OF CALIFORNIA
 8
                        LOS ANGELES DIVISION
 9
10
11  In re                          )  Case No. 2:15-bk-12721-BB
                                   )          [Chapter 7]
12  DAMIEN STEPHEN NAVARRO,        )
                                   )  CHAPTER 7 TRUSTEE'S NOTICE OF
13                     Debtor.     )  APPLICATION TO EMPLOY LEA
                                   )  ACCOUNTANCY, LLP AS ACCOUNTANT
14                                 )
                                   )  [No Hearing Unless Requested;
15  _____   )  Local Bankruptcy Rule 2014-1]
16
17  TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE,
18  THE UNITED STATES TRUSTEE, DEBTOR, ALL CREDITORS AND OTHER
19  INTERESTED PARTIES:
20       PLEASE TAKE NOTICE that Brad D. Krasnoff, the Chapter 7
21  Trustee ("Trustee") of the above-captioned estate, has filed an
22  Application seeking authority to employ LEA Accountancy, LLP
23  ("LEA"), as his accountant.  Trustee is requesting that LEA's
24  employment be effective as of the date services were first
25  requested, August 12, 2025.  LEA is to be employed for the
26  express purpose of assisting Trustee in the accounting matters
27  and tax preparation aspects of the administration of this estate,
28  to advise Trustee of any tax consequences derived from the liqui-
```

dation of estate assets and to assist in any other accounting or tax matters as may arise in connection with the administration of this estate.  LEA's services may include:

     (a)   review the Debtor's prior accounting and tax records, the petition, schedules and the estate's documents related to its financial transactions;

     (b)   review and analysis of the estate's financial transactions to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations;

     (c)   assist the Trustee in the preparation and filing of the estate's Federal and California corporate income tax returns to reflect the transactions of the estate and, if necessary, preparation of any delinquent tax returns that may be required by taxing authorities for the estate. Such delinquent tax returns can be, but are not limited to income tax, sales tax, city, county or similar tax filings;

     (d)   preparation, as needed, of pre-petition tax returns;

     (e)   preparation, as needed, of estate payroll tax filings and/or filings for the Employer Retention Tax Credit refund;

     (f)   communicate with taxing authorities on behalf of the estate;

     (g)   request the required tax clearance from the Internal Revenue Service and state taxing authorities for the estate's tax returns;

(h)   provide litigation support, valuation, cash flow services and, if requested, expert witness services for the Trustee;

(i)   assistance in the preparation of monthly operating reports, as needed;

(j)   securing of source documents including, but not limited to, bank records, general ledgers, insurance documents, books and records, including Quickbooks or similar accounting data; filed pre-petition tax returns and assets of the estate. Such services may include site visit(s) to investigate and/or securing of the site to preserve source documentation and/or assets for the Trustee;

(k)   as requested, assist Trustee in any required termination of ERISA qualified pension plan(s) of the Debtor;

(l)   assisting in gather and organizing Debtor's documents in order to analyze and investigate avoidable transfers made by the Debtor, including preferential and fraudulent transfers; and

(m)   perform any other financial analysis, investigation, consulting general and/or forensic accounting services as requested by the Trustee. Address any other tax matters which may be requested by the Trustee to properly administer the estate and maintain tax compliance.

Trustee proposes that LEA will be employed pursuant to 11 U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. § 330(a). LEA will bill the estate on an hourly basis with reasonable fees to be approved by application to the Court after proper notice and hearing.  The only source of payment of compensation to LEA

1  will be from the estate.  No retainer or other payment has been

2  made or is requested and, apart from this Application and

3  subsequent order, there will be no other written or separate

4  agreement for employment.  A schedule of the fees customarily

5  charged by LEA to all of its clients is attached hereto as

6  Exhibit 1 and incorporated herein by this reference. LEA reserves

7  the right to change its hourly rates from time to time in

8  accordance with its usual terms and conditions as communicated to

9  Trustee.

10      Trustee also wishes to disclose for the record that from

11  time to time, Sam S. Leslie ("Leslie"), who is a partner in LEA

12  and who is also a member of the Chapter 7 trustee panel in this

13  district, engages Trustee's firm as general bankruptcy counsel

14  in cases where he is the trustee.  Further, LEA provides

15  accounting services for other unrelated estates under Trustee's

16  administration.  Trustee also socializes with Mr. Leslie on

17  occasion.  Billings by Trustee and LEA to the respective estates

18  when engaged to provide professional services are always at their

19  usual rates.  There is absolutely no fee sharing agreement or any

20  other such arrangement between Trustee and Leslie.

21      A copy of the Trustee's Application can be obtained from the

22  Trustee at the address in the upper left hand corner of the first

23  page of this Notice or from Trustee's proposed accountant:

24                  Sam S. Leslie, CPA
                    LEA Accountancy, LLP
25                  1130 South Flower Street
                    Suite 312
26                  Los Angeles, CA 90015

27      PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy

28  Rule ("LBR") 9013-1(o), the deadline to file and serve a written

                                -4-

response and request for a hearing is fourteen (14) days after the date of service of the notice of motion, plus three (3) additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). Any opposition or response must be filed with the United States Bankruptcy Court (255 East Temple Street, Room 100 (on the Terrace Level of the Edward R. Roybal Federal Building and U.S. Courthouse), Los Angeles, CA 90012, and served upon (i) Trustee at the address in the upper left hand corner of the first page of this Notice, (ii) LEA Accountancy, LLP, Attn: Sam S. Leslie, 1130 South Flower Street, Suite 312, Los Angeles, CA 90015, and (iii) the Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017, a request for a hearing and a written response in the form required by LBR 9013-1(f)(1). A hearing will then be set and noticed.

PLEASE TAKE FURTHER NOTICE that pursuant to LBR 9013-1(h) any objection not timely filed and served may be deemed by the Court to be consent to the relief requested and may result in the Court's issuance of an order without further notice or hearing.

Dated: August 19, 2025

Brad D. Krasnoff, Chapter 7 Trustee

Service Date: August 20, 2025

-5-

**EXHIBIT 1**

**LEA Accountancy, LLP**
**Professional Rate Summary**

| <u>Professional</u> | <u>Rate</u> |
|---|---|
| SAM S. LESLIE<br>Partner | $ 585.00 |
| MARIANNA FALCO<br>Tax Manager & Bankruptcy Coordinator | $ 440.00 |
| TERRY R. FUSSELL<br>Senior Tax Specialist | $ 395.00 |
| IRINA MCDONALD<br>Tax and Accounting Specialist | $ 335.00 |
| THOMAS G. BALLOU<br>Partner, Business Manager | $ 295.00 |
| AUSTIN MARTIN<br>Bankruptcy Accountant | $ 245.00 |
| AARON ROBSON<br>Senior Accountant | $ 245.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Notice of Trustee's Application to Employ LEA Accountancy, LLP as Accountant will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 20, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eric P Israel | epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Leslie M Klott | Leslie.Klott@carringtonmh.com |
| Brad D Krasnoff (TR) | bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com |
| Jeffrey S Kwong | jsk@lnbyg.com, jsk@ecf.inforuptcy.com |
| Christopher A, Minier | cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law |
| Kurt Ramlo | RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;<br>hannah.richmond@saul.com;LitigationDocketing@saul.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |

☐   Service information continued on attached page

**2.     SERVED BY UNITED STATES MAIL:** On August 20, 2025, by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

■   Service information continued on attached page

**3.     SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2025, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 20, 2025

Karissa De La Trinidad

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1. PROOF OF SERVICE**

Label Matrix for local noticing
0973-2
Case 2:15-bk-12721-BB
Central District of California
Los Angeles
Wed Aug 20 07:55:55 PDT 2025

DANNING GILL DIAMOND & KOLLITZ, LLP
2029 Century Park East
Third Floor
Los Angeles, CA 90067-2901

Frontier State Bank
c/o Law Offices of Les Zieve
30 Corporate Park
Suite 450
Irvine, CA 92606-3401

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

American Express
PO Box 981537
El Paso, TX 79998-1537

(p)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Blaine Behringer
10866 Washington Blvd, #188
Culver City, CA 90232-3610

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

Citi Cards
PO Box 6500
Sioux Falls, SD 57117-6500

County of LA - Sheriff's Department
Court Services Division
Case #BC540637
110 N. Grand Ave; Room 525
Los Angeles, CA 90012-3014

Dovenmuehle Mortgage, Inc
PO Box 7168
Pasadena, CA 91109-7168

EDD - Taxpayer Assistance Center
PO Box 856880
Sacramento, CA 94280-0001

Eventful, Inc
12626 High Bluff Drive, Ste 100
San Diego, CA 92130-2072

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Financial Pacific Leasing
Attn: Keith Tomasch
PO Box 4568
Federal Way, WA 98063-4568

(p)FIRSTREX AGREEMENT CORP
P O BOX 26800
SAN FRANCISCO CA 94126-6800

Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952

GECRB/PayPal Cr
Attn:Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Google LLC
White and Williams LLP, c/o Amy Vulpio
1650 Market st.
Suite 1800
Philadelphia, PA 19103-7304

Google, Inc
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Joyce J. Cho, Esq
Knaefsey & Friend, LLP
RE: BC540637
800 Wilshire Blvd, Suite 710
Los Angeles, CA 90017-2612

Law Office of Ellen Michele Stern
17630 El Mineral Road
Perris, CA 92570-7400

Law Office of Katherine Kane
1009 WIlshire Blvd, Ste 221
Santa Monica, CA 90401-1931

LinkedIn Corporation
2029 Stierlin Cy
Mountain View, CA 94043-4655

List Solutions
800 West Main Street, Ste 206
Freehold, NJ 07728-2555

Mercedes Benz Financial Services
PO Box 685
Roanoke, TX 76262-0685

Navitas Lease Corp
Attn: Ellen M. Stern, Esq.
111 Executive Center Drive, Ste 102
Columbia, SC 29210-8414

PAI Contributions
1300 Enterprise Drive
De Pere, WI 54115-4934

Pandora Media, Inc
2101 Webster Street
Oakland, CA 94612-3011

(p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR
3801 AUTOMATION WAY
STE 207
FORT COLLINS CO 80525-5735


Roger M Rosen
Rosenberg Mendlin & Rosen, LLP
528 Colorado Ave
Santa Monica, CA 90401-2408

Session M
311 Summer Street, Ste 110
Boston, MA 02210-1700

StorQuest
12821 W Jefferson Blvd
Los Angeles, CA 90066-7022


Volkswagon Credit Inc
National Bankruptcy Services
9441 Lbj Freeway, Suite 250
Dallas, TX 75243-4640

Brad D Krasnoff (TR)
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Damien Stephen Navarro
8012 Happy Lane
Los Angeles, CA 90046-2013


Johnny White
Wolf, Rifkin, Shapiro, Schulman & Rabkin
11400 Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1550


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Banc Of California/dov
1 Corporate Dr Ste 360
Lake Zurich, IL 60047

Bk Of Amer
Po Box 982235
El Paso, TX 79998

FirstREX Agreement Corp
Attn: Lisa Swanson
50 California Street, Ste 1625
San Francisco, CA 94111


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114

Pawnee Leasing Corporation
3801 Automation Way, Ste 207
Fort Collins, CO 80525


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

(u)Freese & Goss PLLC

(u)LEVENE NEALE BENDER YOO & GOLUBCHIK, L.L.P


(u)The Hercules Campus, LLC

End of Label Matrix
Mailable recipients    39
Bypassed recipients     4
Total                  43

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Trustee's Application to Employ LEA Accountancy, LLP as Accountant will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 20, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eric P Israel | epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Leslie M Klott | Leslie.Klott@carringtonmh.com |
| Brad D Krasnoff (TR) | bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com |
| Jeffrey S Kwong | jsk@lnbyg.com, jsk@ecf.inforuptcy.com |
| Christopher A, Minier | cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law |
| Kurt Ramlo | RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;<br>hannah.richmond@saul.com;LitigationDocketing@saul.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |

☐   Service information continued on attached page

**2.      SERVED BY UNITED STATES MAIL:** On August 20, 2025, by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Damien Stephen Navarro
8012 Happy Lane
Los Angeles, CA 90046

☐   Service information continued on attached page

**3.      SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2025, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 20, 2025

Karissa De La Trinidad

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1. PROOF OF SERVICE**

## Other Professional Filings :

2:15-bk-12721-BB Damien Stephen Navarro

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Los Angeles) |
| Assets: y | Debtor disposition: Standard Discharge | Judge: BB |

Case Flag: REOPENED

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from entered on 8/20/2025 at 9:37 AM PDT and filed on 8/20/2025
**Case Name:**      Damien Stephen Navarro
**Case Number:**    2:15-bk-12721-BB
**Document Number:** 102

**Docket Text:**
Application to Employ LEA Accountancy, LLP as Accountant Filed by Accountant LEA Accountancy, LLP.
(Leslie, Sam)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** LEA - App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/20/2025] [FileNumber=109063103
-0] [b924f925d30445d591eaf38bb18a0e3ef4a6189baea900c281ac44375534ea824
13e7574bb45e63fcc996488f0dc9ad572879a0c1142ffff770086cc4b521cce]]

**2:15-bk-12721-BB Notice will be electronically mailed to:**

Eric P Israel on behalf of Trustee Brad D Krasnoff (TR)
epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Leslie M Klott on behalf of Creditor Frontier State Bank
Leslie.Klott@carringtonmh.com

Brad D Krasnoff (TR)
bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com

Jeffrey S Kwong on behalf of Creditor The Hercules Campus, LLC
jsk@lnbyg.com, jsk@ecf.inforuptcy.com

Christopher A, Minier on behalf of Interested Party Courtesy NEF
cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law

Kurt Ramlo on behalf of Creditor The Hercules Campus, LLC
RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo on behalf of Interested Party Courtesy NEF
RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Zev Shechtman on behalf of Interested Party Courtesy NEF
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman on behalf of Trustee Brad D Krasnoff (TR)
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Johnny White on behalf of Debtor Damien Stephen Navarro
JWhite@wrslawyers.com, jlee@wrslawyers.com

**2:15-bk-12721-BB Notice will not be electronically mailed to:**

DANNING GILL DIAMOND & KOLLITZ, LLP
2029 Century Park East
Third Floor
Los Angeles, CA 90067

Freese & Goss PLLC
,

LEA Accountancy, LLP
1130 S. Flower Street, Suite 312
Los Angeles, CA 90015

LEVENE NEALE BENDER YOO & GOLUBCHIK, L.L.P.
,

1 | BRAD D. KRASNOFF (State Bar No. 125065)
bdk@lnbyg.com
2 | 2818 La Cienega Avenue
Los Angeles, CA 90034
3 | Telephone: (310) 229-1234
Facsimile: (310) 229-1244
4 |
Chapter 7 Trustee
5 |

6 |
UNITED STATES BANKRUPTCY COURT
7 |
CENTRAL DISTRICT OF CALIFORNIA
8 |
LOS ANGELES DIVISION
9 |

10 |

11 | In re                          ) Case No. 2:15-bk-12721-BB
                                   )           [Chapter 7]
12 | DAMIEN STEPHEN NAVARRO,        )
                                   ) CHAPTER 7 TRUSTEE'S NOTICE OF
13 |                    Debtor.     ) APPLICATION TO EMPLOY LEA
                                   ) ACCOUNTANCY, LLP AS ACCOUNTANT
14 |                                )
                                   ) [No Hearing Unless Requested;
15 | _____) Local Bankruptcy Rule 2014-1]

16 |

17 | TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE,

18 | THE UNITED STATES TRUSTEE, DEBTOR, ALL CREDITORS AND OTHER

19 | INTERESTED PARTIES:

20 |      PLEASE TAKE NOTICE that Brad D. Krasnoff, the Chapter 7

21 | Trustee ("Trustee") of the above-captioned estate, has filed an

22 | Application seeking authority to employ LEA Accountancy, LLP

23 | ("LEA"), as his accountant.  Trustee is requesting that LEA's

24 | employment be effective as of the date services were first

25 | requested, August 12, 2025.  LEA is to be employed for the

26 | express purpose of assisting Trustee in the accounting matters

27 | and tax preparation aspects of the administration of this estate,

28 | to advise Trustee of any tax consequences derived from the liqui-

dation of estate assets and to assist in any other accounting or tax matters as may arise in connection with the administration of this estate.   LEA's services may include:

(a)   review the Debtor's prior accounting and tax records, the petition, schedules and the estate's documents related to its financial transactions;

(b)   review and analysis of the estate's financial transactions to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations;

(c)   assist the Trustee in the preparation and filing of the estate's Federal and California corporate income tax returns to reflect the transactions of the estate and, if necessary, preparation of any delinquent tax returns that may be required by taxing authorities for the estate. Such delinquent tax returns can be, but are not limited to income tax, sales tax, city, county or similar tax filings;

(d)   preparation, as needed, of pre-petition tax returns;

(e)   preparation, as needed, of estate payroll tax filings and/or filings for the Employer Retention Tax Credit refund;

(f)   communicate with taxing authorities on behalf of the estate;

(g)   request the required tax clearance from the Internal Revenue Service and state taxing authorities for the estate's tax returns;

-2-

(h)    provide litigation support, valuation, cash flow services and, if requested, expert witness services for the Trustee;

(i)    assistance in the preparation of monthly operating reports, as needed;

(j)    securing of source documents including, but not limited to, bank records, general ledgers, insurance documents, books and records, including Quickbooks or similar accounting data; filed pre-petition tax returns and assets of the estate. Such services may include site visit(s) to investigate and/or securing of the site to preserve source documentation and/or assets for the Trustee;

(k)    as requested, assist Trustee in any required termination of ERISA qualified pension plan(s) of the Debtor;

(l)    assisting in gather and organizing Debtor's documents in order to analyze and investigate avoidable transfers made by the Debtor, including preferential and fraudulent transfers; and

(m)    perform any other financial analysis, investiga-tion, consulting general and/or forensic accounting services as requested by the Trustee. Address any other tax matters which may be requested by the Trustee to properly administer the estate and maintain tax compliance.

Trustee proposes that LEA will be employed pursuant to 11 U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. § 330(a). LEA will bill the estate on an hourly basis with reasonable fees to be approved by application to the Court after proper notice and hearing.  The only source of payment of compensation to LEA

1  will be from the estate.  No retainer or other payment has been

2  made or is requested and, apart from this Application and

3  subsequent order, there will be no other written or separate

4  agreement for employment.  A schedule of the fees customarily

5  charged by LEA to all of its clients is attached hereto as

6  Exhibit 1 and incorporated herein by this reference. LEA reserves

7  the right to change its hourly rates from time to time in

8  accordance with its usual terms and conditions as communicated to

9  Trustee.

10      Trustee also wishes to disclose for the record that from

11  time to time, Sam S. Leslie ("Leslie"), who is a partner in LEA

12  and who is also a member of the Chapter 7 trustee panel in this

13  district, engages Trustee's firm as general bankruptcy counsel

14  in cases where he is the trustee.  Further, LEA provides

15  accounting services for other unrelated estates under Trustee's

16  administration.  Trustee also socializes with Mr. Leslie on

17  occasion.  Billings by Trustee and LEA to the respective estates

18  when engaged to provide professional services are always at their

19  usual rates.  There is absolutely no fee sharing agreement or any

20  other such arrangement between Trustee and Leslie.

21      A copy of the Trustee's Application can be obtained from the

22  Trustee at the address in the upper left hand corner of the first

23  page of this Notice or from Trustee's proposed accountant:

24              Sam S. Leslie, CPA
             LEA Accountancy, LLP
25              1130 South Flower Street
             Suite 312
26              Los Angeles, CA 90015

27      PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy

28  Rule ("LBR") 9013-1(o), the deadline to file and serve a written

-4-

1  response and request for a hearing is fourteen (14) days after

2  the date of service of the notice of motion, plus three (3)

3  additional days if served by mail, or pursuant to F.R.Civ.P.

4  5(b)(2)(D) or (F).  Any opposition or response must be filed

5  with the United States Bankruptcy Court (255 East Temple Street,

6  Room 100 (on the Terrace Level of the Edward R. Roybal Federal

7  Building and U.S. Courthouse), Los Angeles, CA 90012, and served

8  upon (i) Trustee at the address in the upper left hand corner of

9  the first page of this Notice, (ii) LEA Accountancy, LLP, Attn:

10 Sam S. Leslie, 1130 South Flower Street, Suite 312, Los Angeles,

11 CA 90015, and (iii) the Office of the United States Trustee, 915

12 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017, a request for

13 a hearing and a written response in the form required by LBR

14 9013-1(f)(1).  A hearing will then be set and noticed.

15      PLEASE TAKE FURTHER NOTICE that pursuant to LBR 9013-1(h)

16 any objection not timely filed and served may be deemed by the

17 Court to be consent to the relief requested and may result in the

18 Court's issuance of an order without further notice or hearing.

19

20 Dated: August 19, 2025

   Brad D. Krasnoff, Chapter 7 Trustee

21

22

23

24

25

26

27

28 Service Date: August 20, 2025

-5-

**EXHIBIT 1**

**LEA Accountancy, LLP**
**Professional Rate Summary**

| Professional | Rate |
|---|---|
| SAM S. LESLIE<br>Partner | $ 585.00 |
| MARIANNA FALCO<br>Tax Manager & Bankruptcy Coordinator | $ 440.00 |
| TERRY R. FUSSELL<br>Senior Tax Specialist | $ 395.00 |
| IRINA MCDONALD<br>Tax and Accounting Specialist | $ 335.00 |
| THOMAS G. BALLOU<br>Partner, Business Manager | $ 295.00 |
| AUSTIN MARTIN<br>Bankruptcy Accountant | $ 245.00 |
| AARON ROBSON<br>Senior Accountant | $ 245.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Notice of Trustee's Application to Employ LEA Accountancy, LLP as Accountant will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.** __TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):__ Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 20, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eric P Israel | epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Leslie M Klott | Leslie.Klott@carringtonmh.com |
| Brad D Krasnoff (TR) | bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com |
| Jeffrey S Kwong | jsk@lnbyg.com, jsk@ecf.inforuptcy.com |
| Christopher A, Minier | cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law |
| Kurt Ramlo | RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com; hannah.richmond@saul.com;LitigationDocketing@saul.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |

☐   Service information continued on attached page

**2.** __SERVED BY UNITED STATES MAIL:__ On August 20, 2025, by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

■   Service information continued on attached page

**3.** __SERVED BY PERSONAL DELIVERY - N/A:__ Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2025, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 20, 2025

_Karissa De La Trinidad_

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                    **F 9013-3.1. PROOF OF SERVICE**

Label Matrix for local noticing
0973-2
Case 2:15-bk-12721-BB
Central District of California
Los Angeles
Wed Aug 20 07:55:55 PDT 2025

DANNING GILL DIAMOND & KOLLITZ, LLP
2029 Century Park East
Third Floor
Los Angeles, CA 90067-2901

Frontier State Bank
c/o Law Offices of Les Zieve
30 Corporate Park
Suite 450
Irvine, CA 92606-3401

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

American Express
PO Box 981537
El Paso, TX 79998-1537

(p)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Blaine Behringer
10866 Washington Blvd, #188
Culver City, CA 90232-3610

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

Citi Cards
PO Box 6500
Sioux Falls, SD 57117-6500

County of LA - Sheriff's Department
Court Services Division
Case #BC540637
110 N. Grand Ave; Room 525
Los Angeles, CA 90012-3014

Dovenmuehle Mortgage, Inc
PO Box 7168
Pasadena, CA 91109-7168

EDD - Taxpayer Assistance Center
PO Box 856880
Sacramento, CA 94280-0001

Eventful, Inc
12626 High Bluff Drive, Ste 100
San Diego, CA 92130-2072

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Financial Pacific Leasing
Attn: Keith Tomasch
PO Box 4568
Federal Way, WA 98063-4568

(p)FIRSTREX AGREEMENT CORP
P O BOX 26800
SAN FRANCISCO CA 94126-6800

Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952

GECRB/PayPal Cr
Attn:Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Google LLC
White and Williams LLP, c/o Amy Vulpio
1650 Market st.
Suite 1800
Philadelphia, PA 19103-7304

Google, Inc
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Joyce J. Cho, Esq
Knaefsey & Friend, LLP
RE: BC540637
800 Wilshire Blvd, Suite 710
Los Angeles, CA 90017-2612

Law Office of Ellen Michele Stern
17630 El Mineral Road
Perris, CA 92570-7400

Law Office of Katherine Kane
1009 Wilshire Blvd, Ste 221
Santa Monica, CA 90401-1931

LinkedIn Corporation
2029 Stierlin Cy
Mountain View, CA 94043-4655

List Solutions
800 West Main Street, Ste 206
Freehold, NJ 07728-2555

Mercedes Benz Financial Services
PO Box 685
Roanoke, TX 76262-0685

Navitas Lease Corp
Attn: Ellen M. Stern, Esq.
111 Executive Center Drive, Ste 102
Columbia, SC 29210-8414

PAI Contributions
1300 Enterprise Drive
De Pere, WI 54115-4934

Pandora Media, Inc
2101 Webster Street
Oakland, CA 94612-3011

(p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR
3801 AUTOMATION WAY
STE 207
FORT COLLINS CO 80525-5735


Roger M Rosen
Rosenberg Mendlin & Rosen, LLP
528 Colorado Ave
Santa Monica, CA 90401-2408

Session M
311 Summer Street, Ste 110
Boston, MA 02210-1700

StorQuest
12821 W Jefferson Blvd
Los Angeles, CA 90066-7022


Volkswagon Credit Inc
National Bankruptcy Services
9441 Lbj Freeway, Suite 250
Dallas, TX 75243-4640

Brad D Krasnoff (TR)
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Damien Stephen Navarro
8012 Happy Lane
Los Angeles, CA 90046-2013


Johnny White
Wolf, Rifkin, Shapiro, Schulman & Rabkin
11400 Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1550



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Banc Of California/dov
1 Corporate Dr Ste 360
Lake Zurich, IL 60047

Bk Of Amer
Po Box 982235
El Paso, TX 79998

FirstREX Agreement Corp
Attn: Lisa Swanson
50 California Street, Ste 1625
San Francisco, CA 94111


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114

Pawnee Leasing Corporation
3801 Automation Way, Ste 207
Fort Collins, CO 80525



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

(u)Freese & Goss PLLC

(u)LEVENE NEALE BENDER YOO & GOLUBCHIK, L.L.P



(u)The Hercules Campus, LLC

End of Label Matrix
Mailable recipients     39
Bypassed recipients      4
Total                   43

## Other Professional Filings :

2:15-bk-12721-BB Damien Stephen Navarro

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Los Angeles) |
| Assets: y | Debtor disposition: Standard Discharge | Judge: BB |

Case Flag: REOPENED

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from entered on 8/20/2025 at 9:39 AM PDT and filed on 8/20/2025

**Case Name:**      Damien Stephen Navarro
**Case Number:**    2:15-bk-12721-BB
**Document Number:** 103

**Docket Text:**
Notice of motion/application *to Employ LEA Accountancy, LLP as Accountant* Filed by Accountant LEA Accountancy, LLP (RE: related document(s)[102] Application to Employ LEA Accountancy, LLP as Accountant Filed by Accountant LEA Accountancy, LLP.). (Leslie, Sam)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** LEA - N.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/20/2025] [FileNumber=109063113
-0] [932744ab7dfa988262899678b21bd66770d01deb4ea0cec6ab7ba80412eb61c42
1215b95782dc275d1b94ac72259b150b9c13229e2d8ea7a8c0709ac7e2e3f80]]

**2:15-bk-12721-BB Notice will be electronically mailed to:**

Eric P Israel on behalf of Trustee Brad D Krasnoff (TR)
epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Leslie M Klott on behalf of Creditor Frontier State Bank
Leslie.Klott@carringtonmh.com

Brad D Krasnoff (TR)
bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com

Jeffrey S Kwong on behalf of Creditor The Hercules Campus, LLC
jsk@lnbyg.com, jsk@ecf.inforuptcy.com

Christopher A, Minier on behalf of Interested Party Courtesy NEF
cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law

Kurt Ramlo on behalf of Creditor The Hercules Campus, LLC
RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo on behalf of Interested Party Courtesy NEF

RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Zev Shechtman on behalf of Interested Party Courtesy NEF
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman on behalf of Trustee Brad D Krasnoff (TR)
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Johnny White on behalf of Debtor Damien Stephen Navarro
JWhite@wrslawyers.com, jlee@wrslawyers.com

**2:15-bk-12721-BB Notice will not be electronically mailed to:**

DANNING GILL DIAMOND & KOLLITZ, LLP
2029 Century Park East
Third Floor
Los Angeles, CA 90067

Freese & Goss PLLC
,

LEA Accountancy, LLP
1130 S. Flower Street, Suite 312
Los Angeles, CA 90015

LEVENE NEALE BENDER YOO & GOLUBCHIK, L.L.P.
,

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Declaration That No Party Requested a Hearing on Trustee's Application to Employ LEA Accountancy, LLP as Accountant will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1.     <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 11, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eric P Israel | epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Leslie M Klott | Leslie.Klott@carringtonmh.com |
| Brad D Krasnoff (TR) | bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com |
| Jeffrey S Kwong | jsk@lnbyg.com, jsk@ecf.inforuptcy.com |
| Christopher A, Minier | cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law |
| Kurt Ramlo | RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com; hannah.richmond@saul.com;LitigationDocketing@saul.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |

☐     Service information continued on attached page

2.     <u>SERVED BY UNITED STATES MAIL:</u>  On September 11, 2025, by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Honorable Sheri Bluebond
United States Bankruptcy Judge
255 East Temple Street
Suite 1534
Los Angeles, CA 90012

☐     Service information continued on attached page

3.     <u>SERVED BY PERSONAL DELIVERY - N/A:</u>  Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2025, I arranged for service on the following person as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 11, 2025

_____
Karissa De La Trinidad

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1. PROOF OF SERVICE**