SAM S. LESLIE, CPA
1130 S. Flower Street, Suite 312
Los Angeles, CA 90015
Telephone: (323) 987-5780
Facsimile:  (323) 987-5763
Email: trustee@trusteeleslie.com

Proposed Accountant for Brad D. Krasnoff, Chapter 7 Trustee



**FILED & ENTERED**

**SEP 18 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

DAMIEN STEPHEN NAVARRO,

                Debtor.

) Case No. 2:15-bk-12721-BB
)             [Chapter 7]
)
) ORDER APPROVING APPLICATION
) AUTHORIZING TRUSTEE TO
) EMPLOY LEA ACCOUNTANCY,
) LLP AS ACCOUNTANT
)
) [No Hearing Required]

The Court, having considered the Chapter 7 Trustee's Application to Employ Accountant, LEA Accountancy, LLP ("LEA"), the Declarations of Brad D. Krasnoff and Sam S. Leslie in Support Thereof (Docket No. 102), and it appearing that LEA does not hold or represent any interest adverse to the estate of Damien Stephen Navarro in the matters on which it is to be employed, that it is a disinterested person as defined in Section 101(14), that its employment is in the best interest of this estate and that no hearing is required,

    **IT IS HEREBY ORDERED** that the Chapter 7 Trustee is authorized to employ LEA Accountancy, LLP on the terms set forth in the Application, with

-1-

1  compensation to be approved after proper notice and hearing pursuant to 11
2  U.S.C. § 327(a) and subject to Court approval, pursuant to 11 U.S.C. §
3  330(a) effective August 12, 2025.
4       IT IS SO ORDERED.

# # #

Date: September 18, 2025

Sheri Bluebond
United States Bankruptcy Judge