United States Bankruptcy Court

Central District of California

In re:  
Damien Stephen Navarro  
    Debtor

Case No. 15-12721-BB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 18, 2025      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

**Recip ID     Recipient Name and Address**  
db     + Damien Stephen Navarro, 8012 Happy Lane, Los Angeles, CA 90046-2013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

**Name      Email Address**

Brad D Krasnoff (TR)  
     bdktrustee@lnbyg.com bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com

Christopher A, Minier  
     on behalf of Interested Party Courtesy NEF cminier@go2.law kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law

Eric P Israel  
     on behalf of Trustee Brad D Krasnoff (TR) epi@lnbyg.com danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Jeffrey S Kwong  
     on behalf of Creditor The Hercules Campus LLC jsk@lnbyg.com, jsk@ecf.inforuptcy.com

Johnny White  
     on behalf of Debtor Damien Stephen Navarro JWhite@wrslawyers.com jlee@wrslawyers.com

Kurt Ramlo  
     on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 18, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Kurt Ramlo
    on behalf of Creditor The Hercules Campus  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Leslie M Klott
    on behalf of Creditor Frontier State Bank Leslie.Klott@carringtonmh.com

Sam S Leslie
    admin@leaaccountancy.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Trustee Brad D Krasnoff (TR) Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 12

SAM S. LESLIE, CPA
1130 S. Flower Street, Suite 312
Los Angeles, CA 90015
Telephone: (323) 987-5780
Facsimile:  (323) 987-5763
Email: trustee@trusteeleslie.com

Proposed Accountant for Brad D. Krasnoff, Chapter 7 Trustee

**FILED & ENTERED**

**SEP 18 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAMIEN STEPHEN NAVARRO,<br><br>                Debtor. | Case No. 2:15-bk-12721-BB<br>        [Chapter 7]<br><br>ORDER APPROVING APPLICATION AUTHORIZING TRUSTEE TO EMPLOY LEA ACCOUNTANCY, LLP AS ACCOUNTANT<br><br>[No Hearing Required] |

    The Court, having considered the Chapter 7 Trustee's Application to Employ Accountant, LEA Accountancy, LLP ("LEA"), the Declarations of Brad D. Krasnoff and Sam S. Leslie in Support Thereof (Docket No. 102), and it appearing that LEA does not hold or represent any interest adverse to the estate of Damien Stephen Navarro in the matters on which it is to be employed, that it is a disinterested person as defined in Section 101(14), that its employment is in the best interest of this estate and that no hearing is required,

    **IT IS HEREBY ORDERED** that the Chapter 7 Trustee is authorized to employ LEA Accountancy, LLP on the terms set forth in the Application, with

-1-

compensation to be approved after proper notice and hearing pursuant to 11 U.S.C. § 327(a) and subject to Court approval, pursuant to 11 U.S.C. § 330(a) effective August 12, 2025.

IT IS SO ORDERED.

# # #

Date: September 18, 2025

Sheri Bluebond
United States Bankruptcy Judge