ERIC P. ISRAEL (State Bar No. 132426)
EPI@LNBYG.COM
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Phone: 310-229-1234
Fax: 310-229-1244

Attorneys for Brad D. Krasnoff, Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DAMIEN STEPHEN NAVARRO,<br><br>    Debtor. | Case No. 2:15-bk-12721-BB<br><br>Chapter 7<br><br>**STIPULATION FOR PAYMENT OF SECURED CLAIM AGAINST DEBTOR'S SHARE OF RECOVERY UNDER SETTLEMENT WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES**<br><br>**[No Hearing Required]** |

      Brad D. Krasnoff, the Chapter 7 trustee (the "**Trustee**") for the estate of Damien Stephen Navarro (the "**Debtor**"), and the Debtor (collectively the "**Parties**") enter into this Stipulation with respect to the following facts:

      A.      On or about February 24, 2015 (the "**Petition Date**"), the Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Brad D. Krasnoff accepted appointment as the Chapter 7 for the Debtor's estate.

      B.      The case was erroneously closed on or about October 29, 2015. On or about November 2, 2015, the case was reopened.

      C.      After obtaining a judgment in a pending lawsuit, the Trustee filed a motion to leave that judgment unadministered. The Court granted that motion, and the Trustee filed his no asset report. The case was closed again on or about January 25, 2017.

D. The case was reopened yet again on May 18, 2020, to administer a later-filed lawsuit against the Roman Catholic Archbishop of Los Angeles ("**RCALA**") based on claims that arose before the Petition Date.

E. Pursuant to an order entered on or about July 27, 2020 (*docket no. 83*), the Court approved a settlement between the Trustee and the Debtor whereunder the Trustee and the Debtor would split equally any recovery on the RCALA Lawsuit after attorneys' fees and costs of special litigation counsel.

F. Pursuant to an order entered on or about September 10, 2025 (*docket no. 106*) (the "**Compromise Order**"), the Court approved a compromise between the Trustee and RCALA (the "**RCALA Settlement**"). Under the Compromise Order, RCALA is to pay the Trustee $783,839.26, who will distribute those sums as follows:

Settlement amount (net after medical liens and admin. fee): $783,839.36

Less: 40% contingency fee <$313,535.73>

Costs <$8,171.35>

Subtotal $462,132.28

50/50 split with Debtor: @$231,066.14

G. The Debtor and special litigation counsel advise that the Debtor took an advance on his share of the recovery from US Claims Litigation Funding ("**US Funding**"), secured by a lien against the Debtor's share of the recovery from RCALA.

H. US Funding has provided a demand seeking $103,136.72 (the "**Payoff Sum**"). The Debtor agrees with the Payoff Sum and has asked the Trustee to pay US Funding that amount from the Debtor's share of the recovery.

///

///

///

///

///

///

2

**THEREFORE, THE PARTIES STIPULATE AS FOLLOWS AND REQUEST THAT THE COURT APPROVE THIS STIPULATION:**

1. From the Debtor's $231,066.14 share of the recovery under the RCALA Settlement, the Trustee shall pay US Funding $103,136.72.

Dated: September 24, 2025        LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: _____
   ERIC P. ISRAEL
Attorneys for Brad D. Krasnoff, Trustee

Dated: September 22, 2025

_____
DAMIEN STEPHEN NAVARRO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **STIPULATION FOR PAYMENT OF SECURED CLAIM AGAINST DEBTOR'S SHARE OF RECOVERY UNDER SETTLEMENT WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 24, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    Leslie.Klott@carringtonmh.com
- Sam S Leslie    admin@leaaccountancy.com
- Christopher A, Minier    cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**: On **September 24, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Damien Stephen Navarro         Damien Stephen Navarro
8012 Happy Lane                4328 Edenhurst Ave.
Los Angeles, CA 90046          Los Angeles, CA 90039

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 24, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 24, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE