| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>EPI@LNBYG.COM<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>Phone:  310-229-1234<br>Fax:     310-229-1244 | |
| ☐  Individual *appearing without an attorney*<br>☒  *Attorney for: Brad D. Krasnoff, Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>DAMIEN STEPHEN NAVARRO,<br><br><br><br><br><br>Debtor(s) | CASE NO.: Case No. 2:15-12721-BB<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br><br><u>STIPULATION FOR PAYMENT OF SECURED CLAIM AGAINST DEBTOR'S SHARE OF RECOVERY UNDER SETTLEMENT WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING STIPULATION FOR PAYMENT OF SECURED CLAIM AGAINST DEBTOR'S SHARE OF RECOVERY UNDER SETTLEMENT WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES [DKT NO. 111]</u> was lodged on (*date*) <u>September 24, 2025</u> and is attached.  This order relates to the motion which is docket number <u>111</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Phone: 310-229-1234
Fax: 310-229-1244

Attorneys for Brad D. Krasnoff, Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

|  |  |
|---|---|
| In re<br><br>DAMIEN STEPHEN NAVARRO,<br><br>    Debtor. | Case No. 2:15-bk-12721-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION FOR PAYMENT OF SECURED CLAIM AGAINST DEBTOR'S SHARE OF RECOVERY UNDER SETTLEMENT WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES [DKT NO. 111]** |

On September 24, 2025, Brad D. Krasnoff, the Chapter 7 trustee (the "**Trustee**") for the estate of Damien Stephen Navarro (the "**Debtor**"), filed the Stipulation for Payment of Secured Claim against Debtor's Share of Recovery under Settlement with Roman Catholic Archbishop of Los Angeles [Dkt no. 111] (the "**Stipulation**").   The Court having read and considered the Stipulation, good cause appearing, it is

**ORDERED THAT:**

1.  The Stipulation is approved.

2.  The Trustee is authorized to pay $103,136.72 to US Claims Litigation Funding from first funds received on the Debtor's share of the recovery against the Roman Catholic Archbishop of Los Angeles.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, California 90034

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 24, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    Leslie.Klott@carringtonmh.com
- Sam S Leslie    admin@leaaccountancy.com
- Christopher A, Minier    cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **September 24, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Damien Stephen Navarro                      Damien Stephen Navarro
8012 Happy Lane                              4328 Edenhurst Ave.
Los Angeles, CA 90046                        Los Angeles, CA 90039

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 24, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 24, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.