United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 15-12721-BB |
| Damien Stephen Navarro | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 24, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

**Recip ID      Recipient Name and Address**
db     + Damien Stephen Navarro, 8012 Happy Lane, Los Angeles, CA 90046-2013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 26, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Brad D Krasnoff (TR)
    bdktrustee@lnbyg.com  bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com

Christopher A, Minier
    on behalf of Interested Party Courtesy NEF cminier@go2.law  kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law

Eric P Israel
    on behalf of Trustee Brad D Krasnoff (TR) epi@lnbyg.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Jeffrey S Kwong
    on behalf of Creditor The Hercules Campus  LLC jsk@lnbyg.com, jsk@ecf.inforuptcy.com

Johnny White
    on behalf of Debtor Damien Stephen Navarro JWhite@wrslawyers.com  jlee@wrslawyers.com

Kurt Ramlo
    on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
    on behalf of Creditor The Hercules Campus LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Leslie M Klott
    on behalf of Creditor Frontier State Bank Leslie.Klott@carringtonmh.com

Sam S Leslie
    admin@leaaccountancy.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Trustee Brad D Krasnoff (TR) Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 12

ERIC P. ISRAEL (State Bar No. 132426)
EPI@LNBYG.COM
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Phone: 310-229-1234
Fax: 310-229-1244

Attorneys for Brad D. Krasnoff, Trustee

**FILED & ENTERED**

**SEP 24 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAMIEN STEPHEN NAVARRO,<br><br>　　　　Debtor. | Case No. 2:15-bk-12721-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION FOR PAYMENT OF SECURED CLAIM FROM DEBTOR'S SHARE OF RECOVERY UNDER SETTLEMENT WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES [DKT NO. 111]**<br><br>(No hearing required) |

On September 24, 2025, Brad D. Krasnoff, the Chapter 7 trustee (the "**Trustee**") for the estate of Damien Stephen Navarro (the "**Debtor**"), filed the Stipulation for Payment of Secured Claim against Debtor's Share of Recovery under Settlement with Roman Catholic Archbishop of Los Angeles [Dkt no. 111] (the "**Stipulation**").  The Court having read and considered the Stipulation, good cause appearing, it is

**ORDERED THAT:**

1. The Stipulation is approved.

///

///

///

2. The Trustee is authorized to pay $103,136.72 to US Claims Litigation Funding from first funds received on account of the Debtor's share of the recovery from the Roman Catholic Archbishop of Los Angeles.

###

Date: September 24, 2025

Sheri Bluebond
United States Bankruptcy Judge