| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sam S. Leslie, CPA<br>LEA Accountancy, LLP<br>1130 S. Flower Street, Ste 312<br>Los Angeles, CA 90015<br>Telephone (323) 987-5780<br>Facsimile (323) 987-5763<br><br>☐ *Individual appearing without attorney*<br>☒ *Accountant for:* Chapter 7 Trustee, Brad D. Krasnoff | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>DAMIEN STEPHEN NAVARRO, | CASE NO.: 2:15-bk-12721-BB<br><br>CHAPTER: 7 |
|---|---|
| | **APPLICATION FOR PAYMENT OF:**<br><br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br><br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)** |
| Debtor(s). | DATE: 10/29/2025<br>TIME: 2:00 pm<br>COURTROOM: 1539<br>PLACE: 255 E. Temple St.<br>        Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): LEA Accountancy, LLP

2. Type of services rendered:
   a. ☐ Attorney for (*specify*): _____
   b. ☒ Accountant for (*specify*): Brad D. Krasnoff, Ch 7 Trustee _____
   c. ☐ Other professional (*specify*): _____

3. Date of filing of petition under chapter 7 of the Bankruptcy Code: 02/24/2015

4. Date of entry of Order Approving Applicant's Employment: 09/18/2025

5. Date of filing of last Fee and/or Expense Application: _____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6.  Total fees allowed or paid to Applicant to date (including retainers and prior
    approved fee applications): $ 0.00

    a.  Retainer received: $ 0.00

    b.  Retainer remaining as of the date of this Application: $ 0.00

    c.  Total amount requested in all prior applications: $ 0.00

    d.  Total amount actually paid pursuant to prior approved applications: $ 0.00

    e.  Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

    f.  Total amount allowed but reserved pending final fee application: $ 0.00

7.  **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Sam S. Leslie  (2025) | $ 585.00 | X 6.2 | | = | $ 3,627.00 |
| b. Terry Fussell (2025) | $ 395.00 | X 4.4 | | = | $ 1,738.00 |
| c. Aaron Robson (2025) | $ 245.00 | X 1.1 | | = | $ 269.50 |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

    g.  ☐  Continued on attached page

8.  The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as
    follows:                                                              ☐ See attached page

9.  Bonus requested (final fee applications only): $ 0.00
    (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 5,634.50

11. Total expenses paid to Applicant to date (including retainers and prior
    approved expense applications): $ 0.00

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 2                    F 2016-1.2.APP.PAYMENT.FEES

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 0.00

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

      See attached Declaration of Sam S. Leslie

15. Total number of attached pages of supporting documentation: _____

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/4/2025 | Sam S. Leslie | _Signature_ |
|---|---|---|
| *Date* | *Printed Name* | |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                               Page 3                          **F 2016-1.2.APP.PAYMENT.FEES**

DECLARATION OF SAM S. LESLIE

I, Sam S. Leslie, declare:

1. I am a Certified Public Accountant licensed under the laws of the State of California. I am a partner at LEA Accountancy, LLP ("LEA"), accountant to Brad D. Krasnoff, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Damien Stephen Navarro, case number 2:15-bk-12721-BB.

2. Damien Stephen Navarro ("Debtor") filed for relief under Chapter 7 of the United States Bankruptcy Code on February 24, 2015. Brad D. Krasnoff was appointed as the Chapter 7 Trustee ("Trustee") shortly thereafter, in which capacity he continues to serve.

3. As part of the administration of the estate, the Trustee is required to file federal and state fiduciary income tax returns to comply with applicable federal and state tax laws and the United States Trustee's guidelines set forth in its "Handbook for Chapter 7 Trustees". Trustee engaged LEA to assist him in complying with these tax filing requirements. In addition, LEA was engaged to perform any other financial analysis, tax analysis, investigation, general and/or forensic accounting services and address any other accounting and tax matters including reviewing tax consequences which may be required by the Trustee to properly administer the Estate and maintain tax compliance.

4. LEA's firm address is 1130 S. Flower, Suite 312, Los Angeles, CA 90015. LEA's Employment Application was filed on August 20, 2025, and an Order approving LEA's

employment was entered on September 18, 2025, with an effective date of August 12, 2025. The Order employing LEA is also attached to the Application as Exhibit A. LEA's resume setting forth the qualifications of the professionals and paraprofessionals is attached to the Application as Exhibit B and is incorporated herein by this reference.

5. This First Interim Fee Application for Compensation will be heard with the Interim Fee Application of the Trustee's general counsel and the history of the case as described therein is incorporated herein by this reference pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv).

6. LEA has expended considerable time, effort, and energy in the area of tax preparation and accounting during the period from August 12, 2025, through October 03, 2025, on this case. Professionals have expended no less than 11.70 hours and incurred fees totaling $5,634.50 and 0.00 expenses for this period incident to the representation of the Trustee. LEA's time records, including the professional providing the services, a description of the work performed, date, time expended, rate and amount billed are for the services are attached to the Application as Exhibit C and incorporated herein by this reference. Also attached, as Exhibit D, is a professional fee summary and a professional summary by category and, as Exhibit E, a listing of expenses.

7. At the Trustee's request, LEA assisted the Trustee by performing a tax planning analysis in regards to a

lawsuit settlement between the debtor and the Roman
Catholic Archbishop of Los Angeles ("RCALA"). In connection
with the tax planning analysis services included; (i)
review initial draft of 9019 Motion; (ii) reviewed
settlement documentation; (iii) reviewed the Trustee's
Order and Motion to Approve Compromise with RCALA (Docket
No. 100 and Docket No. 106); (iv) reviewed petition,
statement of financial affairs and schedules; (v) reviewed
proof of claims; (vi) review, perform tax research and
determine tax  ramifications; (vii) review tax reporting
requirement for payments issued to Debtor and (viii) on-
going communications with Trustee and Trustee's counsel.
The fees incurred for the tax planning analysis were
necessary and reasonable to inform the Trustee of any tax
consequences of settlement agreement (9.4 hours of time and
fees of $4,663.00).

8. LEA also prepared this fee application (2.30 hours
and fees of $971.50). The blended hourly rate for all
services is $481.58. The fees incurred for the preparation
of this fee application were necessary and reasonable to
comply with the Bankruptcy Code, the Federal Rules of
Bankruptcy Procedure and the requirements of the United
States Trustee.

9. The estate's primary receipts for this period
stemmed from the Trustee's settlement regarding the
Debtor's lawsuit against the Roman Catholic Archbishop of
Los Angeles in the amount of $587,879.52. According to the
Trustee, the estate had $587,879.52 on account as of the

1  date of this declaration.

2      10. LEA's First Interim Application for Compensation

3  and all the matters therein are true based on my own

4  personal knowledge, information, and belief. If called as a

5  witness, I could and would testify competently thereto.

6      11. I have reviewed Local Bankruptcy Rule 2016-1

7  (a)(1) and the Application as supplemented by this

8  Declaration complies with the requirements set forth

9  therein.

10      12. For all the foregoing reasons, LEA believes the

11  services provided were promptly and efficiently rendered

12  and that the total fees and expenses requested herein,

13  $5,634.50 and $0.00 respectively, are reasonable.

14      WHEREFORE, LEA prays that fees of $5,634.50 and

15  expenses of $0.00 for the subject period be awarded on an

16  interim basis as set forth herein. I declare under penalty

17  of perjury under the laws of the United States of America

18  that the foregoing is true and correct. Executed this

19  day of October 2025, at Palm Springs, California.

20

21

22                    Sam S. Leslie, CPA

23

24

25

26

27

28

EXHIBIT A

SAM S. LESLIE, CPA
1130 S. Flower Street, Suite 312
Los Angeles, CA 90015
Telephone: (323) 987-5780
Facsimile:  (323) 987-5763
Email: trustee@trusteeleslie.com

Proposed Accountant for Brad D.
Krasnoff, Chapter 7 Trustee

FILED & ENTERED

SEP 18 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:15-bk-12721-BB |
| | )       [Chapter 7] |
| DAMIEN STEPHEN NAVARRO, | ) |
| | ) |
| | ) ORDER APPROVING APPLICATION |
| Debtor. | ) AUTHORIZING TRUSTEE TO |
| | ) EMPLOY LEA ACCOUNTANCY, |
| | ) LLP AS ACCOUNTANT |
| | ) |
| | ) [No Hearing Required] |
| _____ | ) |

     The Court, having considered the Chapter 7 Trustee's Application to Employ Accountant, LEA Accountancy, LLP ("LEA"), the Declarations of Brad D. Krasnoff and Sam S. Leslie in Support Thereof (Docket No. 102), and it appearing that LEA does not hold or represent any interest adverse to the estate of Damien Stephen Navarro in the matters on which it is to be employed, that it is a disinterested person as defined in Section 101(14), that its employment is in the best interest of this estate and that no hearing is required,

     **IT IS HEREBY ORDERED** that the Chapter 7 Trustee is authorized to employ LEA Accountancy, LLP on the terms set forth in the Application, with

compensation to be approved after proper notice and hearing pursuant to 11 U.S.C. § 327(a) and subject to Court approval, pursuant to 11 U.S.C. § 330(a) effective August 12, 2025.

IT IS SO ORDERED.

# # #

Date: September 18, 2025

Sheri Bluebond
United States Bankruptcy Judge

EXHIBIT B

# LEA Accountancy, LLP

**1130 S. Flower Street, Suite 312**
**Los Angeles, California 90015**
**T: 323-987-5780   F: 323-987-5763**
**Email: sleslie@trusteeleslie.com**

LEA Accountancy's professional staff is highly trained group of individuals who are dedicated in providing bankruptcy trustees with excellent financial analysis and tax planning and preparation services.  With the expertise he has honed since 1983, Sam S. Leslie, Managing Partner, provides both hands on services and supervises a staff that is experienced in federal and state tax law, the bankruptcy code and their application to the bankruptcy estate.   This experience assures the trustee that the estate is tax compliant and results in lower costs for these necessary services.

**Services Offered:**

- Financial Analysis and Tax Planning
- Asset Analysis
- Federal, State Income and Payroll Returns
- Bankruptcy Estate Tax Filing
- Delinquent Returns
- Accounting Reconstruction
- Preference Review and Analysis
- ERISA Plan Termination
- State Board of Equalization Sales Tax

**Client Base:**            Bankruptcy Trustees, Partnerships, Sub-Chapter S Corporations, Limited Liability Companies, other closely held businesses and high net worth individuals.

**Bankruptcy**

After practicing for 8 years, LEA Accountancy diversified to provide tax and accounting services to bankruptcy trustees. LEA Accountancy is well-versed in the peculiarities of the Internal Revenue Code and its application to Chapter 7 and Chapter 11 proceedings.  The firm's extensive knowledge of bankruptcy estate tax filing requirements and related procedures assure trustees of a "prompt" determination from the IRS. LEA Accountancy provides specialized attention to identifying potential federal and state tax refunds, net operating loss carryforwards and/or carrybacks, tax basis issues and asset recovery. This focus assists the trustee in maximizing recovery of monies to the bankruptcy estate while at all times focusing on the estate closing process.

LEA Accountancy, LLP
Bankruptcy Estate of Damien Stephen Navarro,
Case # 2:15-bk-12721-BB
Resume

With LEA trustees rely on a team of seasoned professionals who address in detail each and every compliance and tax preparation concerns. LEA's advice includes analyzing the complexities of payroll tax and sales tax issues, as well as pre-petition delinquent returns. Boxes of "meaningless paper" are organized into financial statements that often result in recoverable assets that may not have been disclosed in the bankruptcy petition and schedules. In short, LEA strives to ensure that the best possible results are achieved for the bankruptcy estate with the least amount of complication for the trustee.

LEA staff members possess a broad array of accounting experience that allows them to address complex corporate, partnership and limited liability company tax issues, as well as consolidated multi-state returns and layered partnerships.

## Professional Staff

**Sam S. Leslie, CPA**
**Partner**

Mr. Leslie has extensive experience in bankruptcy oversight, having provided insolvency services since 1990 and serving as a Chapter 7 Trustee in the Central District of Los Angeles since 2003. He has worked  in public accounting since 1983. In 1988, Mr. Leslie founded Leslie Accountancy (which later became known as LEA Accountancy, LLP), a full-service CPA firm serving high net worth individuals, privately owned companies and bankruptcy trustees.  In addition to his bankruptcy related experience, Mr. Leslie concentrates his services in tax planning and preparation, and financial matters, including financing, acquisitions, divestitures, restructuring and other financial advice

Over the course of his career, Mr. Leslie has acquired knowledge outside of the accounting field. In his capacity as a principal and strategic advisor, Mr. Leslie founded, operated and subsequently sold numerous businesses for a profit. These operations have centered on the sale and marketing of both products and services.  Examples include bagel/deli shop and catering business, print magazine and "yellow pages" like listing publications, specialty product wholesale business (i.e. candles, scents, potpourri) supplying high-end department stores, purchase, renovation and resale of real estate and owning and operating vacation rental properties.

Mr. Leslie and his partners acquired the print magazine as a turnaround proposition. When acquired it was losing $20K a month but was generating annual revenues of $4.5M with a staff of thirty-five plus (35+).  After successful financial results were achieved by the repositioning of its two sister publications and website and performing a bottom-up review and implementing subsequent changes to the operation, the company was sold in 2006 for a significant financial return to the partners.  Further, in his capacity as Chapter 7 trustee, Mr. Leslie has operated a grocery/market generating daily sales of $30K (100 employees) where cash controls and an

LEA Accountancy, LLP
Bankruptcy Estate of Damien Stephen Navarro,
Case # 2:15-bk-12721-BB
Resume

immediate recreation of the accounting records were of critical importance. Mr. Leslie was previously the Trustee in an individual Chapter 7 case in which he was able to substantiality consolidate that case with approximately 43 limited liability companies in which the debtor was a principal.  That case required him to manage real estate operations both in and out of state and arrange the marketing and sale of three commercial properties, six residential rental apartment buildings, ten single family residences, leased windmill farm, as well as vacant parcels land for a total of 142 parcels in the case, 92 were sold.  Over the years Mr. Leslie has evaluated the viability of numerous other businesses. Mr. Leslie has extensive experience with Chapter 11 matters. He is currently serving as the Plan Agent for Art & Architecture Books of the 21st Century (DBA ACE Gallery) where he is operating pursuant to a confirmed plan of reorganization. He currently serves as the Chapter 7 Trustee for TBH19, LLC and recently, in a court supervised overbid achieved a sale of the real property owned by that debtor for $63.1 mm. He is currently serving as the Chapter 7 Trustee (converted by S. Leslie from a Chapter 11 case) in the Coldwater Development, LLC and Lydda Lud, LLC cases where the asset of approximately 65.61 acres of vacant land located in the Santa Monica Mountains above Beverly Hills, California was sold.

With these experiences, he has learned among other things the importance of customer service, internal controls, cash flow management, marketing and income and expense matching.

Mr. Leslie received his B.S. in Business Administration from the San Diego State University in 1983.   He received a CPA designation in 1986.

**Marianna Falco, CPA, CFE**
**Tax Manager and Bankruptcy Coordinator**

Ms. Falco has been associated with LEA Accountancy since 2017.  Prior to joining LEA Accountancy, Ms. Falco was a Tax & Compliance Manager for an International Medical Device organization.  She has focused her tax work on compliance, international and cross border tax issues.  She has been a practicing Fraud Examiner for 10 years conducting fraud examinations for Home Owners Associations and Partnerships.

Ms. Falco has a B.S. in Business Management and an MBA with a special emphasis in Accountancy.

**Terry Fussell, CPA**
**Senior Tax Specialist**

Mr. Fussell joined the professional staff of LEA Accountancy in 2004 and manages a client base consisting of insolvency, high net-worth individuals and their closely held businesses.   Prior to joining LEA, he worked as a Senior Accountant at Martin Werbelow, LLP, and a Pasadena, California public accounting firm concentrating on estate and gift tax clients.   During a twenty-year career based on providing tax as well as business advisory services, Mr. Fussell has served as CFO/sat on the board of directors at Nutripeak.com, Inc., a Los Angeles based sports nutrition

LEA Accountancy, LLP

Bankruptcy Estate of Damien Stephen Navarro,

Case # 2:15-bk-12721-BB

Resume

retailer and was CFO at JLS Technology Staffing Inc in Atlanta, Georgia.   Mr. Fussell launched his career in 1991 as Senior Associate/Controller at Frazier & Deeter, LLC, one of Atlanta's top five CPA firms.

In addition to working with LEA Accountancy, in 2010 Mr. Fussell formed The Fussell Group, LLC, a business advisory firm.

Mr. Fussell graduated from Georgia State University (Atlanta, Georgia) with a Bachelor of Science in Finance in 1990.

**Irina McDonald, CPA**
**Tax and Accounting Specialist**

Ms. McDonald experience includes fifteen years of accounting experience as an accounting manager and controller for a large Medical Device Company. Prior to joining LEA, she served as a Tax manager for an international Medical Device Wholesale organization where she concentrated on various compliance and tax issues. Ms. McDonald is a practicing consultant helping her clients with forensic accounting analysis, tax, and business advisory services.

Ms. McDonald graduated magna cum laude from Belorussian Polytechnic Academy and has received master's degree in civil engineering.

**Thomas Ballou**
**Partner, Business Manager**

Mr. Ballou joined LEA Accountancy in 1983 and is responsible for the oversight of all aspects of business management and operations.   Prior to joining the firm, he held professional service positions at Liberty Securities and Pharmavite Manufacturers, both located in Los Angeles, California.

Mr. Ballou graduated with a B.S. in Computer Science from Coleman College, San Diego in 1983.

**Austin P. Martin, CFE**
**Bankruptcy Accountant**

Mr. Martin's professional experience includes three years as an accountant and accounting manager primarily performing audits and compilations, as well as financial statement and income tax preparation for a wide range of business entities with a focus on non-profit and exempt organizations. Additionally, Mr. Martin has three years of experience assisting with forensic accounting analysis and several years of experience with small business/nonprofit organization and management.

Mr. Martin graduated with a B.S. in Business Administration with an Emphasis in Accounting from the University of Arizona, Eller College of Management in May, 2018.

LEA Accountancy, LLP
Bankruptcy Estate of Damien Stephen Navarro,
Case # 2:15-bk-12721-BB
Resume

**Aaron Robson**
**<u>Senior Accountant</u>**

Mr. Robson joined the professional staff at LEA Accountancy's predecessor, Leslie Accountancy, in 1997 as a staff accountant.  In 2011 Mr. Robson joined the staff of The Rocher Group as an Accountant, Operations and Client Relationships Manager.  In 2017 he has returned to the fold of LEA Accountancy as a Senior Accountant.  With two decades of experience in the accounting field his primary services have included forensic accounting, income tax preparation and QuickBooks management.

Mr. Robson graduated with a B.S. in Business Administration with an Emphasis in Accounting and Finance from the University of Colorado, Boulder in 1992.

---

**When you select LEA Accountancy, LLP as your Certified Public Accountants, you partner with an organization dedicated to operating at the highest level of professionalism; a firm that takes great pride in providing the best in customer service.**

EXHIBIT C

LEA Accountancy, LLP
Bankruptcy Estate of Damien Stephen Navarro
Case # 2:15-bk-12721-BB
Time Detail

| Employee | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| **Tax Planning Analysis** | | | | | |
| Sam Leslie | 08/12/25 | 0.60 | 585.00 | 351.00 | Initial review of settlement documents, emails with Trustee, B Krasnoff, tax returns are required, sexual abuse claim against the Roman Catholic Church of Los Angeles |
| Sam Leslie | 08/12/25 | 0.50 | 585.00 | 292.50 | Review emails, Eric Isreal counsel, additional documents initial review 1st Am Compliant, Global settlement terms, allocation protocol., amended individua settlement agreement and releases executed by Damien S Navarro |
| Sam Leslie | 08/12/25 | 0.40 | 585.00 | 234.00 | Ongoing review of  review of settlements agreement', call with T Fussell, paragraph  29  of settlement relating to tax allocation |
| Sam Leslie | 08/12/25 | 0.10 | 585.00 | 58.50 | Initial review of Draft  9019 motion |
| Sam Leslie | 08/12/25 | 0.20 | 585.00 | 117.00 | Ongoing review of Draft 9019 motion, reviewed  no taxes due disclosure |
| Sam Leslie | 08/13/25 | 0.80 | 585.00 | 468.00 | on going review of definitive documents   the  taxation of settlement final executed settlement agreement, Allocation Protocol for Abuse Claims in 5101 Litigation Re: Settlement, RCALA JCCP 5101 GLOBAL SETTLEMENT TERM SHEET |
| Sam Leslie | 08/13/25 | 0.90 | 585.00 | 526.50 | review of definitive documents  with Terry Fussell regarding allocations if any under  IRS code section 104(a)(2), there were no settlement allocation  for punitive, lost wages and other economic damages, taxable  components |

LEA Accountancy, LLP
Bankruptcy Estate of Damien Stephen Navarro
Case # 2:15-bk-12721-BB
Time Detail

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Sam Leslie | 08/13/25 | 0.10 | 585.00 | 58.50 | Review email from counsel, Eric Isreal, regarding 9019 motion and taxation of settlement |
| Terry Fussell | 08/13/25 | 0.60 | 395.00 | 237.00 | Initial review of case document prepared  Inventory of work papers, ongoing  review, discuss with S Leslie |
| Terry Fussell | 08/13/25 | 1.10 | 395.00 | 434.50 | Reviewed settlement agreement to determine and verify that the settlement pertained to and qualified for as a personal injury not subject to tax |
| Terry Fussell | 08/13/25 | 0.80 | 395.00 | 316.00 | Conference call with Sam Leslie regarding tax exemption |
| Terry Fussell | 08/13/25 | 1.00 | 395.00 | 395.00 | Initial research  Internal Revenue Code section  104(a)(2) and the qualifications for physical injury, review settlement document |
| Terry Fussell | 08/13/25 | 0.30 | 395.00 | 118.50 | Ongoing tax research Internal Revenue Code Section 104(a)(2) and the qualifications for physical injury, review with S Leslie |
| Sam Leslie | 08/14/25 | 0.70 | 585.00 | 409.50 | Ongoing review of Internal Revenue Code section  104, continued review of documents,  update email to B Krasnoff and  regarding Settlement Agreement for the Debtor, Daniel Stephen Navarro, Section 29, |
| Sam Leslie | 08/14/25 | 0.40 | 585.00 | 234.00 | review of tax reporting  1099 reporting requirement for payments issued to the Debtor. 1099-MISC with the amount paid included in box 3, Other Income, which does not define the taxable character of the amount reported. , update email to Trustee |
| Sam Leslie | 08/14/25 | 0.30 | 585.00 | 175.50 | final review of emails  tax research  on going updates  email to B Krasnoff  email Brad K |
| Terry Fussell | 08/14/25 | 0.60 | 395.00 | 237.00 | Initial draft of  email regarding determination of tax exemption if settlement award |
| Sub-Total | | 9.40 | | $ 4,663.00 | |

LEA Accountancy, LLP
Bankruptcy Estate of Damien Stephen Navarro
Case # 2:15-bk-12721-BB
Time Detail

**Interim Fee Application Preparation**

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| Sam Leslie | 08/12/25 | 0.20 | 117.00 | Initial review preparation application employ, emails regarding same |
| Sam Leslie | 08/19/25 | 0.20 | 117.00 | review and execute application to employ |
| Sam Leslie | 08/19/25 | 0.20 | 117.00 | review & edit application to employ LEA |
| Sam Leslie | 09/13/25 | 0.20 | 117.00 | review notice to professionals, review folder regarding services initial preparation of fee application |
| Aaron Robson | 09/26/25 | 0.70 | 245.00 | Continued preparation of final fee application, assistance drafting of declaration |
| Sam Leslie | 09/26/25 | 0.30 | 175.50 | Services re: drafting summary of fee application, review folders regarding services: tax planning and initial tax preparation |
| Sam Leslie | 10/03/25 | 0.10 | 58.50 | Final review and edit fee application |
| Aaron Robson | 10/03/25 | 0.40 | 98.00 | Continued preparation of final fee application |
| Sub-Total | | 2.30 | 245.00 | |
| **Total Professional Fees** | | 11.70 | $ 5,634.50 | |
| **Total Expenses** | | | $ - | |
| **Total Professional Fees and Expenses** | | | $ 5,634.50 | |

EXHIBIT D

LEA Accountancy, LLP

Bankruptcy Estate of Damien Stephen Navarro

Case # 2:15-bk-12721-BB

Time Summary

| Employee | Hours | Rate | Amount |
|---|---|---|---|
| **Summary by Professional** | | | |
| Sam S. Leslie (2025) | 6.2 | 585.00 | 3,627.00 |
| Terry Fussell (2025) | 4.4 | 395.00 | 1,738.00 |
| Aaron Robson (2025) | 1.1 | 245.00 | 269.50 |
| **Total Professional Fees and Time** | 11.7 | | $ 5,634.50 |
| | | | |
| Average Professional Fees | | | $ 481.58 |
| | | | |
| **Time by Professional by Category:** | | | |
| | | | |
| **Tax  Planning Analysis** | | | |
| Sam S. Leslie (2025) | 5.0 | 585.00 | 2,925.00 |
| Terry Fussell (2025) | 4.4 | 395.00 | 1,738.00 |
| **Total** | 9.4 | | $ 4,663.00 |
| | | | |
| **Interim Fee Application Preparation** | | | |
| Sam S. Leslie (2025) | 1.2 | 585.00 | 702.00 |
| Aaron Robson (2025) | 1.1 | 245.00 | 269.50 |
| **Total** | 2.3 | | $ 971.50 |

EXHIBIT E

LEA Accountancy, LLP

Bankruptcy Estate of Damien Stephen Navarro

Case # 2:15-bk-12721-BB

Expenses

| Accountancy, LLP | Amount | Description |
|---|---|---|
| | -- None at this time | |
| Total | $    - | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Application for Payment of Interim Fees and/or Expenses for LEA Accountancy, LLP will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 6, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eric P Israel | epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Leslie M Klott | Leslie.Klott@carringtonmh.com |
| Brad D Krasnoff (TR) | bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com |
| Jeffrey S Kwong | jsk@lnbyg.com, jsk@ecf.inforuptcy.com |
| Sam S Leslie | admin@leaaccountancy.com |
| Christopher A, Minier | cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law |
| Kurt Ramlo | RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com; hannah.richmond@saul.com;LitigationDocketing@saul.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |

☐      Service information continued on attached page

**2.      SERVED BY UNITED STATES MAIL:** On October 6, 2025, by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court          Damien Stephen Navarro
The Honorable Sheri Bluebond            8012 Happy Lane
United States Bankruptcy Judge          Los Angeles, CA 90046
255 East Temple Street
Suite 1534
Los Angeles, CA 90012

☐      Service information continued on attached page

**3.      SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2025, I arranged for service on the following person as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 6, 2025

Shawn Sterrett

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-3.1. PROOF OF SERVICE**