1  ERIC P. ISRAEL (State Bar No. 132426)
   *EPI@LNBYG.COM*
2  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
   2818 La Cienega Ave.
3  Los Angeles, California 90034
   Telephone: (310) 229-1234
4  Facsimile:  (310) 229-1244

5  Applicant as Successor General Bankruptcy
   Counsel for Brad D. Krasnoff, Trustee

6

                **UNITED STATES BANKRUPTCY COURT**
7
                **CENTRAL DISTRICT OF CALIFORNIA**
8
                    **LOS ANGELES DIVISION**
9

| In re | Case No. 2:15-bk-12721-BB |
|---|---|
| DAMIEN STEPHEN NAVARRO, | Chapter 7 |
| Debtor. | **FIRST INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL TO TRUSTEE; DECLARATIONS OF ERIC P. ISRAEL AND BRAD D. KRASNOFF IN SUPPORT THEREOF** |
| | **[Covering the period from February 1, 2025, through September 30, 2025]** |
| | Date:    October 29, 2025 |
| | Time:    2:00 p.m. |
| | Place:   Courtroom 1539 |
| | 255 East Temple Street |
| | Los Angeles, California 90012 |

        Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("applicant" or "Levene-Neale") presents

its First Interim Application for Award of Compensation and Reimbursement of Expenses as

Successor General Bankruptcy Counsel for Trustee (the "application") and respectfully represents

as follows:

/ / /

/ / /

                                 1

1. **Identity of Applicant**

The applicant is Levene, Neale, Bender, Yoo & Golubchik L.L.P.

2. **Nature of Representation**

Applicant represented Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") in this case as his successor general bankruptcy counsel.

Prior to February 1, 2025, with approval of the Court, the law firm of Danning, Gill, Israel & Krasnoff, LLP (Danning-Gill") represented the Trustee in this case as his general bankruptcy counsel.

On February 1, 2025, Danning-Gill ceased rendering legal services. Brad Krasnoff and the lead attorney handling this matter for the Trustee, Eric Israel, joined Levene-Neale as of February 1, 2025.

3. **Employment of Applicant**

The order authorizing applicant's employment was entered on or about March 21, 2025, effective as of February 1, 2025 (*docket no. 98*). Exhibit "6."

4. **Procedural Status and History of Case**

On or about February 24, 2015 (the "petition date"), Damien Stephen Navarro (the "debtor") commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Brad D. Krasnoff accepted appointment as the Chapter 7 for the debtor's estate.

The case was erroneously closed on or about October 29, 2015. That closure order was vacated.

On or about May 5, 2016, the Trustee filed his report of no assets after leaving a judgment unadministered, and the case was closed again on January 25, 2017.

Pursuant to an order entered on or about May 18, 2020, the Court reopened the debtor's case yet again to administer a previously undisclosed asset – the RCALA Lawsuit discussed below

2

1  in category AD.  Brad D. Krasnoff was re-appointed as the Chapter 7 for the debtor's estate and

2  continues to serve in that capacity.

3

4          5.      **Funds on Hand with the Trustee and Administrative Expenses**

5          The Trustee has received the first 75% of the settlement payment with RCALA of

6  $587,879.52.  The next 25% is payable after April 1, 2026, with a small additional sum anticipated

7  thereafter if there are no medical liens as the Trustee has been told.  The only other known accrued

8  outstanding administrative expenses are the Trustee's fee and costs, of approximately $35,785.00[1];

9  contingency fees of special litigation counsel of  $235,151.81 (based on 40% of the first payment)

10  and costs of $8,171.35; the fees and costs of Danning-Gill in the sums of $31,443.00 and $622.12;

11  and the fees and costs of the Trustee's accountants in the sum of approximately $6,000.

12

13          6.      **Prior Fee Applications and Payments to Applicant**

14          This is applicant's first interim application for compensation and reimbursement of

15  expenses.  No retainer or compensation has been paid to applicant to date.  There is no provision or

16  agreement for payment to applicant in this case, except from this estate in such sums as the Court

17  may allow.

18

19          7.      **Period Covered by Application**

20          This application covers the period from February 1, 2025, through September 30, 2025 (the

21  "subject period").

22  / / /

23  / / /

24  / / /

25  / / /

26

27  _____
[1]  Based on $783,839.36 of estimated total receipts, less approximately $120,000.00 going back to

28  the debtor.

3

8.    **Summary of Requested Compensation**

Applicant requests that the Court allow it, on an interim basis, fees and costs of $23,175.00 and $516.63, respectively.  Applicant requests that the Court authorize the Trustee to pay those allowed sums at this time, on an interim basis.

9.    **Exhibits**

The following exhibits in support of this application are attached:

| EXHIBIT | DESCRIPTION |
| --- | --- |
| "1" | Detailed billing records of time spent by each professional for applicant during the subject period, including a breakdown by activity code. |
| "2" | Detailed records of out-of-pocket expenses advanced by applicant during the subject period. |
| "3" | Aggregate summaries of fees and costs incurred in this case during the subject period. |
| "4" | Summary of the fees for each professional who rendered services in this case. |
| "5" | Detailed biographies of each professional employed by applicant. |
| "6" | Copy of the order authorizing applicant's employment as the Trustee's successor general counsel entered on or about March 21, 2025 (*docket no. 98*). |
| "7" | Summary Sheet. |

10.    **Narrative of Services**

The details of applicant's services in this case are set forth in Exhibit "1."  Without limiting the detail provided in Exhibit "1," applicant provides the following narrative summary:

a.    **Asset Disposition ("AD"):**

Applicant monitored the Trustee's lawsuit against the Roman Catholic Archbishop of Los Angeles ("RCALA" and the "RCALA Lawsuit").  One test case (not the debtor's) was litigated and appealed.  After the ruling thereon, the Trustee was advised that global negotiations

4

followed with the many plaintiffs.  The RCALA threatened to file bankruptcy if a settlement was not reached.

Recently, special litigation counsel handling the RCALA Lawsuit advised that a settlement had been reached.  A settlement administrator was assigned to evaluate all claims.  The settlement administrator issued a tentative award to the debtor, but the debtor was dissatisfied with the award and appealed.  Upon review, the debtor's award was significantly increased.  At that point, the Trustee asked applicant to prepare the 9019 motion.

Applicant drafted and filed the compromise motion and notice.  The Court granted that motion, and applicant prepared the order thereon.  The Trustee is to receive approximately $783,000 thereunder, payable 75% after August 1, 2025, and 25% after April 1, 2026.  The first payment of 75%, or $587,879.52, has been received.  The Trustee may be entitled to additional sums if the settlement administrator confirms that there are no medical liens.  It is anticipated that all of the funds in this estate will originate from this settlement.

Shortly after the settlement order was entered, the debtor advised that he had taken an advance against his share of the settlement.  Applicant reviewed the litigation finance documentation and prepared a stipulation and order concerning that payment.  The $103,136.72 payoff is to come from the debtor's share of the settlement.

During the subject period, applicant expended an aggregate of 20.60 hours of time in this category, valued at $12,900.00.

b.    **Case Administration ("CA"):**

Applicant rendered legal services typically required of the Trustee's general counsel in aid of his administration of the estate.

During the subject period, applicant expended an aggregate of 2.40 hours of time in this category, valued at $1,200.00.

/ / /

/ / /

/ / /

c.    **Claim Objections ("CL"):**

Applicant reviewed proofs of claim filed against the debtor's estate as they were served via ECF.  The debtor advised that he wished to contact creditors and ask them to voluntarily reduce or waive their claims.  Applicant discussed the debtor's intended actions with the Trustee and forwarded information on claims to him.

During the subject period, applicant expended an aggregate of 2.20 hours of time in this category, valued at $1,650.00.

d.    **Fee/Employment Application ("FA"):**

Applicant prepared its own employment application, as well as the related declaration of non-opposition and the order thereon.  Exhibit "6'.

Applicant began preparing the within first interim fee application for applicant.

During the subject period, applicant expended an aggregate of 9.60 hours of time in this category, valued at $4,425.00.

e.    **Fee/Employment Applications of Others ("FO"):**

Applicant began preparing the final fee application for Danning-Gill.

Applicant also reviewed the employment pleadings for the Trustee's accountants.

During the subject period, applicant expended an aggregate of 4.00 hours of time in this category, valued at $3,000.00.

11.    **Summary of Fees by Professionals**

A summary of the fees for each professional who rendered services in this case is part of Exhibit "4".

The rates provided are the normal hourly rates that applicant charges to its regularly paying non-bankruptcy clients for similar services.  The blended hourly rate for applicant's attorneys who rendered services for the Trustee is $750.00.

1        12.    **Expenses**

2        During the subject period, applicant advanced costs aggregating $516.63 in this case.

3    Attached as Exhibit "2" are detailed statements of the expenses incurred by applicant.  Applicant

4    requests allowance of costs of $516.63, on an interim basis.  Applicant requests payment of that

5    sum, on an interim basis.

6

7        13.    **Factors Affecting the Award of Compensation**

8        Applicant did not receive a retainer payment when it accepted employment in this case.

9    Moreover, at that time there were no funds in the estate and no assurance that free and clear funds

10    could be generated.  Ultimately, no funds were generated in this case for 10 years.  Applicant truly

11    accepted this engagement on a contingency basis.  Nevertheless, applicant took prompt action and

12    performed vital and important services in this case, all of which were necessary and of value to the

13    estate.  All of the funds in the estate are the direct result of the services of special litigation,

14    applicant and successor general counsel.  It presently appears that there will be sufficient funds to

15    pay a very significant distribution to creditors in this case.

16        Applicant has utilized its experience and expertise in this case in a variety of matters and

17    issues in representing trustees, including analyzing lawsuits and negotiating settlements.

18        Applicant, and each of its partners and associates, specializes in the areas of insolvency,

19    commercial law and reorganization.  Resumes for the professionals who rendered services for the

20    Trustee in this case are contained in the attached Exhibit "5."

21

22        14.    **No Sharing of Compensation**

23        No agreement, directly or indirectly, and no understanding exists, exists for a division of

24    any compensation awarded herein between applicant and any other persons contrary to the

25    provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or applicable

26    provisions of state law.

27    / / /

28    / / /

7

15.    **<u>Compliance with Guidelines of United States Trustee</u>**

Applicant's records for time and costs billed to the Trustee are maintained in the format required by Guidelines of the Office of the United States Trustee, except that costs could not be attributed to separate activity codes under applicant's computerized billing system for most of the subject period.  As indicated by the attached declaration, the Trustee has reviewed, and has no unresolved concerns about this application.  The Summary Sheet is attached as Exhibit "7."

16.    **<u>Prayer</u>**

Applicant requests that the Court allow it, on an interim basis, fees and costs of $23,175.00 and $516.63, respectively.  Applicant requests that the Court authorize the Trustee to pay those allowed sums in full at this time, on an interim basis.  Applicant further prays for all other appropriate relief.

DATED:  October 7, 2025                     LEVENE, NEALE, BENDER, YOO & GOLUBCHIK
LLP

By:    _____
                          */s/ Eric P. Israel*
                          ERIC P. ISRAEL
                          Applicant as Attorneys for Brad D. Krasnoff,
                          Trustee

## <u>DECLARATION OF ERIC P. ISRAEL</u>

I, Eric P. Israel, declare as follows:

1.      I am an attorney, duly licensed and entitled to practice law in the State of California and before this Court.  I am a partner in the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("Levene-Neale"), the duly employed successor general bankruptcy counsel for Brad D. Krasnoff, the Chapter 7 trustee in this case.  Before that, I was the principal of a professional corporation that was a partner in Danning, Gill, Israel & Krasnoff, L.L.P. ("Danning-Gill"), which was the duly employed precedessor general bankruptcy counsel for the Trustee in this case.

2.      I have personal knowledge of the facts in this declaration and, if called as a witness, could testify competently to these facts.

3.      Effective as of February 1, 2025, Danning-Gill closed its doors and ceased rendering legal services.

4.      I have prepared the within First Interim Application for Award of Compensation and Reimbursement of Expenses of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as Successor General Bankruptcy Counsel for Trustee (the "application").  The facts stated therein are true of my own knowledge, except for such matters as may be stated upon information or belief, which I believe to be true.

5.      I believe that applicant's records for time billed comply with the format required by the Guidelines of the Office of the United States Trustee, except as disclosed and justified in the application.

6.      I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and believe that the application complies with that rule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2025, at Los Angeles, California.


                                              _____
                                                    */s/ Eric P. Israel*
                                              ERIC P. ISRAEL

## DECLARATION OF BRAD D. KRASNOFF

I, Brad D. Krasnoff, declare as follows:

1.　　I am the Chapter 7 trustee for the bankruptcy estate of Damien Stephen Navarro.

2.　　I have personal knowledge of the facts in this declaration and, if called as a witness, could testify competently to such facts.

3.　　I have reviewed the within First Interim Application for Award of Compensation and Reimbursement of Expenses of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as Successor General Bankruptcy Counsel for Trustee (the "application").

4.　　I have no unresolved objections to the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2025, at Los Angeles, California.

BRAD D. KRASNOFF

# EXHIBIT "1"

## FEE  APPLICATION

**Brad D. Krasnoff, Trustee**

**10/3/2025**

,

**Damien Stephen Navarro**                    **BDK**
**OUR FILE #:  10812**

**PROFESSIONAL SERVICE RENDERED**    **1/1/2000**    **THROUGH**    **9/30/2025**

**TOTAL PROFESSIONAL HOURS**    **38.8**    **FEES**    **$23,175.00**

### COSTS

| | | |
|---|---|---|
| REPRODUCTION COSTS | 381.80 | |
| POSTAGE | 134.83 | |
| **TOTAL COSTS** | | **$516.63** |

**CURRENT PERIOD TOTAL PROFESSIONAL FEES AND COSTS**    **$23,691.63**

**DETAILED ACTIVITIES**

**Damien Stephen Navarro**

**CASE  #      10812**

10/3/2025          Page #          1

**From Date              1/1/2000**
**To Date          9/30/2025**

### 02  -  ASSET DISPOSITION

3/4/2025   REVIEW MEMO FROM P. DE LA CERTA RE UPDATE ON SETTLEMENT, CLAIM PROCESS

| 2789826 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

5/13/2025   TELEPHONE CONFERENCE WITH TRUSTEE RE UPDATE ON SETTLEMENT, 9019 ISSUES

| 2809409 | EPI | 750.00 | $150.00 | 0.2 |
|---|---|---|---|---|

6/30/2025   REVIEW SETTLEMENT AND EMPLOYMENT AGREEMENT; PREPARE PROJECTED OUTCOME

| 2822278 | EPI | 750.00 | $150.00 | 0.2 |
|---|---|---|---|---|

7/1/2025   REVIEW MEMO FROM P. DE LA CERTA RE TENTATIVE AWARD TO DEBTOR IN SETTLEMENT, DEBTOR'S INTENTION TO APPEAL; REVIEW NOTICE; REVIEW MEMO FROM TRUSTEE RE SAME; MULTIPLE

| 2824075 | EPI | 750.00 | $225.00 | 0.3 |
|---|---|---|---|---|

7/1/2025   PREPARATION OF MEMO TO P. DE LA CERDA RE POSSIBLE MEDICAL LIENS; RESPOND

| 2825172 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

7/8/2025   PREPARATION OF MEMO TO P. DE LA CERTA RE  MEDICAL LIENS; REVIEW RESPONSE

| 2825241 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

8/3/2025   REVIEW MEMO FROM P. DE LA CERDA RE UPDATE ON FINAL ALLOCATION; REVIEW MEMO FROM TRUSTEE (.10) REVIEW NOTICE OF FINAL ALLOCATION (.10)

| 2835453 | EPI | 750.00 | $150.00 | 0.2 |
|---|---|---|---|---|

8/4/2025   PREPARATION OF 9019 MOTION

| 2830629 | EPI | 750.00 | $2,400.00 | 3.2 |
|---|---|---|---|---|

8/4/2025   PREPARATION OF MEMO TO TRUSTEE AND P. DE LA CERDA RE LITIGATION ALLOCATION, 9019 MOTION; REVIEW RESPONSE; MULTIPLE

| 2835458 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

8/4/2025   PREPARATION OF MEMO TO TRUSTEE RE SETTLEMENT WITH DEBTOR, ATTORNEYS' FEE ALLOCATION, CALCULATE PROJECTIONS FOR ESTATE

| 2835465 | EPI | 750.00 | $450.00 | 0.6 |
|---|---|---|---|---|

8/4/2025   PREPARATION OF MEMO TO P. DE LA CERDA RE QUESTIONS ON SETTLEMENT

| 2835471 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Damien Stephen Navarro**                    10/3/2025          Page #         **2**

**CASE #      10812**                    **From Date**          **1/1/2000**
                                          **To Date**           **9/30/2025**

8/8/2025   REVISE SETTLEMENT AGREEMENT

| 2832221 | EPI | 750.00 | $675.00 | 0.9 |

8/8/2025   TELEPHONE CONFERENCE WITH TRUSTEE RE REVISIONS TO 9019 MOTION

| 2832275 | EPI | 750.00 | $375.00 | 0.5 |

8/8/2025   REVIEW MEMO FROM TRUSTEE RE DEBTOR'S EMAIL INTENDING TO CONTACT CREDITORS, RESPOND

| 2832325 | EPI | 750.00 | $150.00 | 0.2 |

8/8/2025   REVISE 9019 MOTION

| 2836305 | EPI | 750.00 | $525.00 | 0.7 |

8/8/2025   PREPARATION OF MEMO TO P. DE LA CERDA RE QUESTIONS FOR 9019 MOTION

| 2836306 | EPI | 750.00 | $375.00 | 0.5 |

8/8/2025   REVIEW MEMO FROM P. DE LA CERDA RE ANSWERS TO QUESTIONS FOR 9019 MOTION; RESPOND RE CONFIDENTIALITY

| 2836311 | EPI | 750.00 | $150.00 | 0.2 |

8/8/2025   PREPARATION OF MEMO TO P. DE LA CERDA RE CONFIDENTIALITY ISSUES, PRIOR DISCLOSURES, RUNNING 9019 MOTION BY DEBTOR

| 2836325 | EPI | 750.00 | $150.00 | 0.2 |

8/8/2025   REVIEW MEMO FROM TRUSTEE RE 9019 MOTION, SETTLEMENT DOCUMENTS, MULTIPLE

| 2836345 | EPI | 750.00 | $150.00 | 0.2 |

8/12/2025   REVIEW MEMO FROM P. DE LA CERDA RE DEBTOR'S APPROVAL OF DISCLOSURES; RESPOND RE PROCEEDING WITH 9019 MOTION

| 2836693 | EPI | 750.00 | $75.00 | 0.1 |

8/12/2025   REVISE 9019 MOTION AND DECLARATION OF P. DE LA CERDA

| 2836717 | EPI | 750.00 | $375.00 | 0.5 |

8/12/2025   REVIEW MEMO FROM TRUSTEE RE TAX ANALYSIS OF SETTLEMENT; RESPOND; PREPARE MEMO TO S. LESLIE RE SAME; REVIEW RESPONSE; MULTIPLE

| 2836721 | EPI | 750.00 | $150.00 | 0.2 |

8/12/2025   REVIEW MEMO FROM P. DE LA CERDA RE FURTHER REVISIONS TO HIS DECLARATION; REVISE MOTION

| 2836723 | EPI | 750.00 | $225.00 | 0.3 |

**DETAILED ACTIVITIES**

**Damien Stephen Navarro**

**CASE #    10812**

10/3/2025        Page #        **3**

**From Date**        **1/1/2000**
**To Date**        **9/30/2025**

| Date | Description | | | |
|---|---|---|---|---|
| 8/12/2025 | REVIEW MEMO FROM P. DE LA CERDA RE PAYMENT PROCEDURES; RESPOND; PREPARE MEMO TO TRUSTEE RE SAME; REVIEW RESPONSE; MULTIPLE | | | |
| 2836738 | EPI | 750.00 | $75.00 | 0.1 |
| 8/12/2025 | REVISE 9019 MOTION | | | |
| 2836756 | EPI | 750.00 | $225.00 | 0.3 |
| 8/13/2025 | CONFERENCE WITH TRUSTEE RE TAX EFFECT OF SETTLEMENT | | | |
| 2833896 | EPI | 750.00 | $75.00 | 0.1 |
| 8/13/2025 | PREPARATION OF MEMO TO ACCOUNTANTS RE THOUGHTS ON TAX PROJECTIONS FROM SETTLEMENT | | | |
| 2836901 | EPI | 750.00 | $75.00 | 0.1 |
| 8/13/2025 | PREPARATION OF MEMO TO TRUSTEE RE NO ADVERSE TAX CONSEQUENCES FROM SETTLEMENT, EXECUTING DECLARATION | | | |
| 2836903 | EPI | 750.00 | $75.00 | 0.1 |
| 8/13/2025 | PREPARATION OF MEMO FROM ACCOUNTANTS RE WHETHER SETTLEMENT PAYMENT IS TAXABLE | | | |
| 2837187 | EPI | 750.00 | $75.00 | 0.1 |
| 8/13/2025 | TELEPHONE CONFERENCE WITH ACCOUNTANTS RE TAX RAMIFICATIONS OF SETTLEMENT | | | |
| 2837300 | EPI | 750.00 | $150.00 | 0.2 |
| 8/14/2025 | PREPARATION OF **TRUSTEE'S NOTICE OF HEARING ON MOTION TO APPROVE COMPROMISE WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES** | | | |
| 2834074 | DAMON0 | 0.00 | $0.00 | 0.5 |
| 8/14/2025 | PREPARATION OF **TRUSTEE'S NOTICE OF MOTION AND MOTION TO APPROVE COMPROMISE WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS OF BRAD D. KRASNOFF AND PETER DE LA CERDA AND** | | | |
| 2834075 | DAMON0 | 0.00 | $0.00 | 0.7 |
| 8/14/2025 | REVISE 9019 MOTION | | | |
| 2834149 | EPI | 750.00 | $1,050.00 | 1.4 |
| 8/14/2025 | PREPARATION OF NOTICE OF HEARING ON 9019 MOTION; REVISE SAME | | | |
| 2834150 | EPI | 750.00 | $375.00 | 0.5 |
| 8/14/2025 | PREPARATION OF MEMO TO  TRUSTEE RE REVISED 9019 MOTION, DECLARATION | | | |
| 2836948 | EPI | 750.00 | $75.00 | 0.1 |

# DETAILED ACTIVITIES

**Damien Stephen Navarro**

**CASE #      10812**

10/3/2025          Page #       **4**

**From Date**          **1/1/2000**
**To Date**          **9/30/2025**

| Date | Description | | | |
|---|---|---|---|---|
| 8/14/2025 | REVIEW MEMO FROM TRUSTEE CONFIRMING NO TAXES PROJECTED TO BE DUE FROM SETTLEMENT | | | |
| 2837301 | EPI | 750.00 | $75.00 | 0.1 |
| 9/3/2025 | PREPARATION OF **NOTICE TO PROFESSIONALS OF SCHEDULED HEARING DATE FOR INTERIM FEE APPLICATIONS** | | | |
| 2838821 | DAMON0 | 0.00 | $0.00 | 0.4 |
| 9/8/2025 | PREPARATION OF ORDER APPROVING 9019 MOTION WITH CATHOLIC ARCHBISHOP | | | |
| 2840755 | EPI | 750.00 | $600.00 | 0.8 |
| 9/8/2025 | REVIEW TENTATIVE RULING ON 9019 MOTION; PREPARE MEMO TO TRUSTEE RE SAME, DRAFTING ORDER | | | |
| 2844251 | EPI | 750.00 | $150.00 | 0.2 |
| 9/8/2025 | PREPARATION OF MEMO TO TRUSTEE RE DRAFT ORDER ON 9019 MOTION; REVIEW RESPONSE | | | |
| 2844253 | EPI | 750.00 | $75.00 | 0.1 |
| 9/9/2025 | PREPARATION OF **ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES [DKT 100]** | | | |
| 2840797 | DAMON0 | 0.00 | $0.00 | 0.2 |
| 9/9/2025 | PREPARATION OF NOL RE: **ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES [DKT 100]** | | | |
| 2840798 | DAMON0 | 0.00 | $0.00 | 0.5 |
| 9/9/2025 | REVIEW MEMO FROM P. DE LA CERDA RE FORM OF ORDER, DISMISSAL TIMING, PAYMENT; RESPOND; PREPARE MEMO TO TRUSTEE RE SAME; REVIEW RESPONSE; MULTIPLE | | | |
| 2844653 | EPI | 750.00 | $375.00 | 0.5 |
| 9/9/2025 | REVISE ORDER APPROVING SETTLEMENT; PREPARE FOR LODGING AND SERVICE | | | |
| 2844659 | EPI | 750.00 | $150.00 | 0.2 |
| 9/11/2025 | REVIEW ENTERED ORDER APPROVING COMPROMISE | | | |
| 2844901 | EPI | 750.00 | $75.00 | 0.1 |
| 9/17/2025 | REVIEW MEMOS TO AND FROM P. DE LA CERDA AND TRUSTEE RE SETTLEMENT PAYMENT, DEBTOR'S LOAN AGAINST SETTLEMENT PROCEEDS, PAYMENT, BACKUP DOCUMENTS; MULTIPLE (.20); REVIEW ATTACHED DOCUMENTS (.50) | | | |
| 2845062 | EPI | 750.00 | $525.00 | 0.7 |
| 9/17/2025 | PREPARATION OF MEMO TO TRUSTEE RE STIPULATION AND ORDER TO DOCUMENT PAYMENT FOR LITIGATION LOAN ADVANCE; REVIEW RESPONSE; MULTIPLE | | | |
| 2845063 | EPI | 750.00 | $75.00 | 0.1 |

**DETAILED ACTIVITIES**

**Damien Stephen Navarro**

**CASE #      10812**

10/3/2025          Page #       **5**

**From Date**          **1/1/2000**
**To Date**          **9/30/2025**

| | | | | |
|---|---|---|---|---|
| 9/17/2025 | REVIEW MEMO FROM P. DE LA CERDA TO DEBTOR RE INSTRUCTION TO PAY OFF LOAN ADVANCE; RESPOND | | | |
| 2845066 | EPI | 750.00 | $75.00 | 0.1 |
| 9/18/2025 | PREPARATION OF MEMO TO P. DE LA CERDA REQUESTING EXPLANATION OF LOAN HISTORY; REVIEW RESPONSE | | | |
| 2845104 | EPI | 750.00 | $150.00 | 0.2 |
| 9/18/2025 | PREPARATION OF STIPULATION TO PAY OFF LITIGATION ADVANCE FROM DEBTOR'S SHARE OF PROCEEDS | | | |
| 2845107 | EPI | 750.00 | $525.00 | 0.7 |
| 9/18/2025 | PREPARATION OF MEMO TO TRUSTEE RE STIPULATION; REVIEW RESPONSE; MULTIPLE | | | |
| 2845117 | EPI | 750.00 | $75.00 | 0.1 |
| 9/19/2025 | REVIEW MEMO FROM C. SCHROEDER RE RESULTS OF HEARING ON SETTLEMENT MOTION; RESPOND; MULTIPLE | | | |
| 2845309 | EPI | 750.00 | $75.00 | 0.1 |
| 9/20/2025 | REVISE STIPULATION TO PAY LITIGATION LENDER; PREPARE FOR FILING AND SERVICE | | | |
| 2845303 | EPI | 750.00 | $75.00 | 0.1 |
| 9/22/2025 | PREPARATION OF MEMO TO DEBTOR RE SIGNING STIPULATION TO PAY LITIGATION FUNDER; REVIEW RESPONSE; MULTIPLE | | | |
| 2845992 | EPI | 750.00 | $75.00 | 0.1 |
| 9/24/2025 | PREPARATION OF STIPULATION FOR PAYMENT OF SECURED CLAIM AGAINST DEBTOR'S SHARE OF RECOVERY UNDER SETTLEMENT WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES | | | |
| 2844065 | DAMON0 | 0.00 | $0.00 | 0.4 |
| 9/24/2025 | PREPARATION OF **ORDER APPROVING STIPULATION FOR PAYMENT OF SECURED CLAIM AGAINST DEBTOR'S SHARE OF RECOVERY UNDER SETTLEMENT WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES [DKT NO. 111]** | | | |
| 2844096 | DAMON0 | 0.00 | $0.00 | 0.2 |
| 9/24/2025 | PREPARATION OF NOL RE: **ORDER APPROVING STIPULATION FOR PAYMENT OF SECURED CLAIM AGAINST DEBTOR'S SHARE OF RECOVERY UNDER SETTLEMENT WITH ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES [DKT NO. 111]** | | | |
| 2844097 | DAMON0 | 0.00 | $0.00 | 0.5 |
| 9/24/2025 | REVIEW MEMO FROM DEBTOR WITH EXECUTED STIPULATION; PREPARE STIPULATION FOR FILING AND SERVICE | | | |
| 2845999 | EPI | 750.00 | $75.00 | 0.1 |
| 9/24/2025 | REVISE ORDER ON STIPULATION TO PAY LITIGATION FUNDER | | | |
| 2846000 | EPI | 750.00 | $75.00 | 0.1 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Damien Stephen Navarro** | | 10/3/2025 | Page # | **6** |
| **CASE #** | **10812** | **From Date** | | **1/1/2000** |
| | | **To Date** | | **9/30/2025** |

9/29/2025   REVIEW ENTERED ORDER APPROVING STIPULATION TO PAY LITIGATION FUNDING CO.

| 2846056 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

| | | **Total** | **$12,900.00** | **20.6** |
|---|---|---|---|---|

**04 – CASE ADMINISTRATION**

2/26/2025   PREPARATION OF BRIEF MEMO TO K. RAMLO AND J. KWONG RE REPRESENTATION OF THE
HERCULES CAMPUS; REVIEW RESPONSES; MULITPLE

| 2787935 | EPI0 | 0.00 | $0.00 | 0.3 |
|---|---|---|---|---|

2/26/2025   REVIEW COURT FILE, INTERNET SEARCH, RE REAL PROPERTY

| 2787936 | EPI0 | 0.00 | $0.00 | 0.4 |
|---|---|---|---|---|

3/3/2025   REVIEW MEMO FROM TRUSTEE TO P. DE LA CERTA RE CASE UPDATE

| 2789351 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

5/13/2025   REVIEW MEMOS TO AND FROM TRUSTEE AND P. DE LA CERTA RE STATUS OF SETTLEMENT

| 2811876 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

6/26/2025   REVIEW MEMOS TO AND FROM TRUSTEE AND P. DELACERDA RE STATUS OF SETTLEMENT;
MULTIPLE

| 2821332 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

8/4/2025   PREPARATION OF MEMO TO TRUSTEE RE JUDGMENT LEFT UNADMINISTERED

| 2835467 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

8/4/2025   REVIEW MEMO FROM TRUSTEE RE CLAIMS BAR DATE; RESPOND

| 2835469 | EPI | 750.00 | $150.00 | 0.2 |
|---|---|---|---|---|

8/4/2025   REVIEW MEMO FROM DEBTOR RE TIMING FOR DISTRIBUTIONS, ISSUES WITH CREDITOR
CLAIMS; RESPOND

| 2835531 | EPI | 750.00 | $225.00 | 0.3 |
|---|---|---|---|---|

8/12/2025   PREPARATION OF MEMO TO S. LESLIE RE BACKGROUND, RETENTION AS ACCOUNTANT, TAX
QUESTION

| 2836702 | EPI | 750.00 | $150.00 | 0.2 |
|---|---|---|---|---|

8/14/2025   **EMAIL OR TEXT EXCHANGE WITH** TO DEBTOR RE: SERVICE OF DKT 100 & 101

| 2834171 | DAMON0 | 0.00 | $0.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Damien Stephen Navarro**                    10/3/2025          Page #          7

**CASE #          10812**                    From Date          1/1/2000
                                             To Date          9/30/2025

9/3/2025    PREPARATION OF NOTICE TO PROFESSIONALS

| 2839050 | EPI | 750.00 | $300.00 | 0.4 |

9/18/2025    REVIEW MEMO FROM DEBTOR RE PACKET SENT TO CREDITORS

| 2845183 | EPI | 750.00 | $75.00 | 0.1 |

|  | | Total | **$1,200.00** | **2.4** |

**05 – CLAIMS ADMIN. AND OBJECTIONS**

3/6/2025    TELEPHONE CONFERENCE WITH K. RAMO RE HERCULES CLAIM, NOTICE

| 2789373 | EPI | 750.00 | $375.00 | 0.5 |

5/9/2025    REVIEW AMENDED POC NO. 1-2 OF FTB

| 2810519 | EPI | 750.00 | $75.00 | 0.1 |

6/26/2025    REVIEW CREDITOR CLAIMS

| 2820983 | EPI | 750.00 | $150.00 | 0.2 |

8/4/2025    REVIEW MEMO FROM TRUSTEE RE DEBTOR'S ISSUES WITH CREDITOR CLAIMS; RESPOND; QUICK REVIEW OF CLAIMS

| 2835535 | EPI | 750.00 | $225.00 | 0.3 |

8/8/2025    REVIEW MEMO FROM DEBTOR RE CONTACTING CREDITORS (.10); PREPARE DRAFT RESPONSE WITH INFORMATION ON CREDITOR CLAIMS (.90); PREPARE MEMO TO TRUSTEE RE COMMENTS ON SAME; RESPOND (.10); MULTIPLE

| 2836326 | EPI | 750.00 | $825.00 | 1.1 |

|  | | Total | **$1,650.00** | **2.2** |

**07 – FEE / EMPLOYMENT APPLICATIONS**

2/25/2025    DRAFT FIRM'S EMPLOYMENT APPLICATION

| 2786731 | EPI | 750.00 | $525.00 | 0.7 |

2/25/2025    TELEPHONE CONFERENCE WITH TRUSTEE RE FIRM'S EMPLOYMENT APPLICATION

| 2786748 | EPI | 750.00 | $75.00 | 0.1 |

2/26/2025    PREPARATION OF **CHAPTER 7 TRUSTEE'S NOTICE OF APPLICATION AND APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL; STATEMENT OF DISINTERESTEDNESS**

| 2786937 | DAMON0 | 0.00 | $0.00 | 0.9 |

**DETAILED ACTIVITIES**

**Damien Stephen Navarro**

**CASE #      10812**

10/3/2025      Page #      **8**

**From Date**      **1/1/2000**
**To Date**      **9/30/2025**

2/26/2025   TELEPHONE CONFERENCE WITH TRUSTEE RE HERCULES ISSUE

| 2787166 | EPI | 750.00 | $75.00 | 0.1 |

2/26/2025   PREPARATION OF OF ISSUES WITH HERCULES CAMPUS

| 2787175 | EPI | 750.00 | $300.00 | 0.4 |

2/26/2025   REVISE FIRM'S EMPLOYMENT APPLICATION

| 2787176 | EPI | 750.00 | $150.00 | 0.2 |

2/26/2025   REVISE FIRM'S EMPLOYMENT APPLICATION

| 2787939 | EPI | 750.00 | $225.00 | 0.3 |

2/26/2025   PREPARATION OF MEMO FOR TRUSTEE RE EMPLOYMENT APPLICATION, DISCLOSURES; REVIEW RESPONSE; MULTIPLE

| 2787940 | EPI | 750.00 | $150.00 | 0.2 |

2/27/2025   PREPARATION OF **CHAPTER 7 TRUSTEE'S NOTICE OF APPLICATION AND APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL; STATEMENT OF DISINTERESTEDNESS**

| 2787427 | DAMON0 | 0.00 | $0.00 | 0.7 |

2/27/2025   REVISE FIRM'S EMPLOYMENT APPLICATION

| 2787379 | EPI | 750.00 | $225.00 | 0.3 |

3/6/2025   REVIEW MEMO FROM K. RAMLO RE SATISFACTION OF JUDGMENT; REVIEW ATTACHMENT

| 2790285 | EPI | 750.00 | $75.00 | 0.1 |

3/9/2025   PREPARATION OF MEMO TO TRUSTEE RE HERCULES CAMPUS JUDGMENT SATISFACTION; REVIEW RESPONSE; MULTIPLE

| 2791600 | EPI | 750.00 | $675.00 | 0.9 |

3/9/2025   PREPARATION OF FIRST SUPPLEMENT TO FIRM'S EMPLOYMENT APPLICATION

| 2791601 | EPI | 750.00 | $225.00 | 0.3 |

3/10/2025   PREPARATION OF **FIRST SUPPLEMENT TO TRUSTEE'S APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL; STATEMENT OF DISINTERESTEDNESS**

| 2790712 | DAMON0 | 0.00 | $0.00 | 0.6 |

3/10/2025   REVISE FIRST SUPPLEMENT TO FIRM'S EMPLOYMENT APPLICATION; PREPARE FOR FILING AND SERVICE

| 2790813 | EPI | 750.00 | $150.00 | 0.2 |

**DETAILED ACTIVITIES**

**Damien Stephen Navarro**     10/3/2025    Page #    **9**

**CASE #    10812**

| | | From Date | **1/1/2000** |
| | | To Date | **9/30/2025** |

3/13/2025    REVIEW MEMO FROM TRUSTEE RE BILLING QUESTION; RESPOND; MULTIPLE

| 2794136 | EPI | 750.00 | $75.00 | 0.1 |

3/17/2025    PREPARATION OF DECLARATION THAT NO PARTY REQUESTED HEARING ON FIRM'S EMPLOYMENT APPLICATION

| 2792977 | EPI | 750.00 | $225.00 | 0.3 |

3/17/2025    PREPARATION OF ORDER    GRANTING FIRM'S EMPLOYMENT APPLICATION

| 2792978 | EPI | 750.00 | $225.00 | 0.3 |

3/17/2025    REVIEW MEMO FROM TRUSTEE RE BILLING QUESTIONS; RESPOND

| 2794862 | EPI0 | 0.00 | $0.00 | 0.5 |

3/17/2025    TELEPHONE CONFERENCE WITH TRUSTEE RE BILLING QUESTION

| 2794878 | EPI0 | 0.00 | $0.00 | 0.3 |

3/20/2025    PREPARATION OF DECLARATION RE NO OBJECTIONS TO FIRM'S FEE APPLICATION

| 2796142 | EPI | 750.00 | $225.00 | 0.3 |

3/20/2025    PREPARATION OF ORDER ON FIRM'S EMPLOYMENT APPLICATION

| 2796143 | EPI | 750.00 | $225.00 | 0.3 |

3/21/2025    PREPARATION OF DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(O)(3) - LNBYG

| 2793891 | DAMON0 | 0.00 | $0.00 | 0.5 |

3/21/2025    PREPARATION OF **ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL TO TRUSTEE [DOCKET NO. 95]**

| 2793892 | DAMON0 | 0.00 | $0.00 | 0.2 |

9/16/2025    PREPARATION OF FIRM'S FIRST INTERIM FEE APPLICATION

| 2842604 | EPI | 750.00 | $600.00 | 0.8 |

| | | **Total** | **$4,425.00** | **9.6** |

**08 - FEE / EMPLOYMENT OBJECTIONS**

8/19/2025    REVIEW MEMOS TO AND FROM TRUSTEE AND ACCOUNTANTS RE EMPLOYMENT APPLICATION

| 2837976 | EPI | 750.00 | $75.00 | 0.1 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Damien Stephen Navarro** | | **10/3/2025** | Page # | **10** |
| **CASE #** | **10812** | | **From Date** | **1/1/2000** |
| | | | **To Date** | **9/30/2025** |

8/21/2025    REVIEW EMPLOYMENT APPLICATION AND NOTICE FOR ACCOUNTANTS

| 2838056 | EPI | 750.00 | $150.00 | 0.2 |
|---|---|---|---|---|

9/15/2025    PREPARATION OF FINAL FEE APPLICATION FOR DGIK

| 2842352 | EPI | 750.00 | $1,650.00 | 2.2 |
|---|---|---|---|---|

9/16/2025    REVISE FINAL FEE APPLICATION OF DANNING FIRM

| 2842501 | EPI | 750.00 | $975.00 | 1.3 |
|---|---|---|---|---|

9/17/2025    REVIEW DECLARATION THAT NO PARTY OBJECTED TO ACCOUNTANTS' EMPLOYMENT
APPLICATION

| 2845095 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

9/19/2025    REVIEW ENTERED ORDER EMPLOYING ACCOUNTANTS

| 2845208 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

| | | **Total** | **$3,000.00** | **4.0** |
|---|---|---|---|---|

# EXHIBIT "2"

# COSTS BREAKDOWN

10/3/2025

**Damien Stephen Navarro**

**CASE #   10812**

**From Date**  1/1/2000
**To Date**  9/30/2025

| | | |
|---|---|---:|
| 2/28/2025 | REPRODUCTION COSTS | 262.80 |
| 2/28/2025 | POSTAGE | 62.73 |
| 3/31/2025 | POSTAGE | 30.88 |
| 3/31/2025 | REPRODUCTION COSTS | 53.00 |
| 8/31/2025 | POSTAGE | 36.78 |
| 8/31/2025 | REPRODUCTION COSTS | 61.40 |
| 9/30/2025 | POSTAGE | 4.44 |
| 9/30/2025 | REPRODUCTION COSTS | 4.60 |

# COSTS SUMMARY

**10/3/2025**

**Damien Stephen Navarro**

**From Date**  **1/1/2000**

**FILEE #  10812**

**To Date**  **9/30/2025**

| | |
|---|---:|
| REPRODUCTION COSTS | 381.80 |
| POSTAGE | 134.83 |
| **TOTAL COSTS** | **$516.63** |

# EXHIBIT "3"

# INDIVIDUAL ACTIVITIES

10/3/2025        **Page        1**

**Damien Stephen Navarro**
CASE  #    **10812**

SERVICE RENDERED FROM    **1/1/2000**        THROUGH    9/30/2025

### 02  -  ASSET DISPOSITION

| | | | |
|---|---|---|---|
| DAMON0 | 3.4 | 0.00 | $0.00 |
| EPI | 17.2 | 750.00 | $12,900.00 |
| **Total Hours** | **20.6** | **Total Fees** | **$12,900.00** |

# INDIVIDUAL ACTIVITIES

10/3/2025      **Page**      **2**

**Damien Stephen Navarro**
**CASE  #    10812**

**SERVICE RENDERED FROM    1/1/2000        THROUGH    9/30/2025**

### 04  -  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| DAMON0 | 0.1 | 0.00 | $0.00 |
| EPI | 1.6 | 750.00 | $1,200.00 |
| EPI0 | 0.7 | 0.00 | $0.00 |
| **Total Hours** | **2.4** | **Total Fees** | **$1,200.00** |

# INDIVIDUAL ACTIVITIES

10/3/2025          Page          3

**Damien Stephen Navarro**
CASE #    10812

### SERVICE RENDERED FROM    1/1/2000          THROUGH    9/30/2025

### 05 - CLAIMS ADMIN. AND OBJECTIONS

| | | | |
|---|---|---|---|
| EPI | 2.2 | 750.00 | $1,650.00 |
| **Total Hours** | **2.2** | **Total Fees** | **$1,650.00** |

# INDIVIDUAL ACTIVITIES

10/3/2025        **Page        4**

**Damien Stephen Navarro**
**CASE  #     10812**

SERVICE RENDERED FROM    1/1/2000        THROUGH    9/30/2025

### 07  -  FEE / EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| DAMON0 | 2.9 | 0.00 | $0.00 |
| EPI | 5.9 | 750.00 | $4,425.00 |
| EPI0 | 0.8 | 0.00 | $0.00 |
| **Total Hours** | **9.6** | **Total Fees** | **$4,425.00** |

# INDIVIDUAL ACTIVITIES

10/3/2025      **Page**      **5**

**Damien Stephen Navarro**
CASE  #    **10812**

SERVICE RENDERED FROM    1/1/2000      THROUGH    9/30/2025

08  -  FEE / EMPLOYMENT OBJECTIONS

| | | | |
|---|---|---|---|
| EPI | 4.0 | 750.00 | $3,000.00 |
| **Total Hours** | **4.0** | **Total Fees** | **$3,000.00** |

# PROFESSIONAL ACTIVITY SUMMARY

**Damien Stephen Navarro**                                     10/3/2025

 CASE #  10812

                              From Date    1/1/2000
                              To Date      9/30/2025


| | | | | |
|---|---|---|---|---|
| **DAMON0** | **6.4** | Hours @ | **0.00** | **$0.00** |
| **EPI** | **30.9** | Hours @ | **750.00** | **$23,175.00** |
| **EPI0** | **1.5** | Hours @ | **0.00** | **$0.00** |
| **Total Hours** | **38.8** | | **Total Fees** | **$23,175.00** |

# EXHIBIT "4"

# PROFESSIONAL ACTIVITY SUMMARY

**Damien Stephen Navarro**                                    10/3/2025

CASE #  10812

From Date    1/1/2000
To Date      9/30/2025

| | | | | | |
|---|---|---|---|---|---|
| **DAMON0** | 6.4 | Hours | @ | 0.00 | $0.00 |
| **EPI** | 30.9 | Hours | @ | 750.00 | $23,175.00 |
| **EPI0** | 1.5 | Hours | @ | 0.00 | $0.00 |
| **Total Hours** | 38.8 | | | **Total Fees** | $23,175.00 |

# EXHIBIT "5"

## Attorney

ERIC P. ISRAEL, has been a lawyer and advisor for more than 37 years for bankruptcy, workouts, debtor-creditor litigation, exemption planning, and business reorganizations. He represents debtors, trustees, creditors, creditor committees, and shareholders in complex bankruptcy and workout scenarios. Clients seek counsel from Eric for proactive advice when confronted with complicated problems before litigation, during litigation, and postjudgment. Eric has extensive experience representing individual and business debtors, landlords, court-appointed receivers, and bankruptcy trustees, with regard to insolvencies and business bankruptcy, and state and federal receiverships, including bankruptcy litigation and appeals. He has handled reorganizations for numerous construction companies, an oil company and retail establishments, among others.  His litigation practice includes:investigating and tracing assets and transfers and Ponzi schemes; prosecuting and defending fraudulent transfers, preferential transfers, and other avoidance actions; prosecuting and defending nondischargeability proceedings and objections to discharge; and representing sellers and buyers in asset sales. Eric also specializes in handling appeals and virtually any other issue that may arise within or outside of bankruptcy. He has handled or been actively involved in numerous high-profile and significant local cases involving HVI Cat Canyon, Inc., G. David Schine, Prime Time Shuttle, Ezri Namvar, Toni Braxton, Tom Sizemore, CBC Framing Company, Death Row Records, and Marion "Suge" Knight.  Eric is also a certified mediator through the Straus Institute for Dispute Resolution. He has served on the panel of mediators for the bankruptcy courts in the Central District of California since the panel's inception in 1998. Over the years, Eric has held leadership positions with various California bar groups, including serving as Chairman of the Commercial Law and Bankruptcy Section of the Los Angeles County Bar Association (2014–2015) and Co-Managing Editor of the California Bankruptcy Journal (2008–present). He has spoken on many diverse bankruptcy topics, including individual Chapter 11 cases, the intersection between bankruptcy and family law, avoiding power litigation, advanced issues in bankruptcy sales, Subchapter V small business reorganizations, and diversity in the field.

## Paralegals

DAMON WOO is a bankruptcy paralegal/legal assistant who received his Legal Assistant Training from the Beverly Hills Bar Association.  Mr. Woo has been working for Levene, Neale, Bender, Yoo & Golubchik, L.L.P. since November 1999. Mr. Woo continues his paralegal education by staying in compliance with MCLE requirements under Business and Professions Code 6450(c)(4) and (d).

# EXHIBIT "6"

1  ERIC P. ISRAEL (State Bar No. 132426)
   *EPI@LNBYG.COM*
2  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
   2818 La Cienega Ave.
3  Los Angeles, CA 90034
   Phone:  310-229-1234
4  Fax:     310-229-1244

5  Attorneys for Brad D. Krasnoff, Trustee

**FILED & ENTERED**

**MAR 21 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis       DEPUTY CLERK**

6

7                  **UNITED STATES BANKRUPTCY COURT**

8                   **CENTRAL DISTRICT OF CALIFORNIA**

9                       **LOS ANGELES DIVISION**

10

11  In re                                    Case No. 2:15-bk-12721-BB

12  DAMIEN STEPHEN NAVARRO,                   Chapter 7

13          Debtor.                           **ORDER GRANTING TRUSTEE'S
                                             APPLICATION TO RETAIN LEVENE,
14                                           NEALE, BENDER, YOO & GOLUBCHIK
                                             L.L.P. AS SUCCESSOR GENERAL
15                                           BANKRUPTCY COUNSEL TO TRUSTEE
                                             [DOCKET NO. 95]**

16                                           [No Hearing Required]

17

18          On February 27, 2025, Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") for the estate

19  of Damien Stephen Navarro (the "debtor"), filed his Application to Employ Levene, Neale, Bender,

20  Yoo & Golubchik L.L.P. as Successor General Bankruptcy Counsel *(docket no. 95)* (the

21  "application").  It appears from the application that it is necessary that the Trustee employ counsel,

22  that said counsel represents no interest adverse to the debtor, the estate or any creditors in the

23  matter upon which counsel is to be engaged, and that the employment of Levene, Neale, Bender,

24  Yoo & Golubchik L.L.P. is in the best interest of the estate. It also appears that due and proper

25  notice of the application under LBR 9013-1(o) was given to the debtor, the debtor's counsel, the

26  United States Trustee, the 20 largest creditors and all parties in interest. It also appears that no

27  objections or requests for hearing with respect to the application have been filed. Good cause

28  appearing,

                                            1

**IT IS HEREBY ORDERED as follows**:

1.      The application is GRANTED in its entirety, and the Trustee is authorized to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P., as his successor general bankruptcy counsel, at the expense of the estate, effective as of February 1, 2025, pursuant to 11 U.S.C. § 327(a).

2.      The compensation to be awarded shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330 and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

###

Date: March 21, 2025

Sheri Bluebond
United States Bankruptcy Judge

# EXHIBIT "7"

| In re<br><br>DAMIEN STEPHEN NAVARRO,<br><br>       Debtor. | | Case No.<br>2:15-bk-12721-BB<br><br>Chapter 7 | Fees Previously Awarded<br>$0<br><br>Expenses Previously Awarded<br>$0 | Name of Applicant:<br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br><br>Role in the Case:<br>Attorneys for Brad D. Krasnoff, Chapter 7 Trustee<br><br>Current Application:<br>Fees Requested:  $23,175.00<br>Expenses Requested:  $516.63 |
|---|---|---|---|---|
| Attorneys | Year | Normal Hourly Billing Rate<br>(at time of services) | Hours | Extension<br>(hours x rate) |
| See attached | | See attached | | See attached |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1785701.1  27197

# PROFESSIONAL ACTIVITY SUMMARY

**Damien Stephen Navarro**                                    10/3/2025

**CASE  #   10812**

                                    **From Date     1/1/2000**
                                    **To Date       9/30/2025**


| | | | | |
|---|---|---|---|---|
| **DAMON0** | 6.4 | Hours @ | 0.00 | $0.00 |
| **EPI** | 30.9 | Hours @ | 750.00 | $23,175.00 |
| **EPI0** | 1.5 | Hours @ | 0.00 | $0.00 |

**Total Hours**        38.8                    **Total Fees**    $23,175.00

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **FIRST INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL TO TRUSTEE; DECLARATIONS OF ERIC P. ISRAEL AND BRAD D. KRASNOFF IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    Leslie.Klott@carringtonmh.com
- Sam S Leslie    admin@leaaccountancy.com
- Christopher A, Minier    cminier@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Zev Shechtman    Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**: On October 7, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Damien Stephen Navarro            Damien Stephen Navarro
8012 Happy Lane                        4328 Edenhurst Ave.
Los Angeles, CA 90046              Los Angeles, CA 90039

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 7, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 7, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**