ERIC P. ISRAEL (State Bar No. 132426)
EPI@LNBYG.COM
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Applicant as Successor General Bankruptcy
Counsel for Brad D. Krasnoff, Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | Case No. 2:15-bk-12721-BB |
|---|---|
| DAMIEN STEPHEN NAVARRO, | Chapter 7 |
| Debtor. | **NOTICE OF HEARING ON APPLICATIONS FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS** |
| | <u>Hearing:</u><br>Date:    October 29, 2025<br>Time:   2:00 p.m.<br>Place:  Courtroom 1539<br>           255 East Temple Street<br>           Los Angeles, California 90012 |

NOTICE IS HEREBY GIVEN that on October 29, 2025, at 2:00 p.m., in Courtroom "1539" of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, California, a hearing will be held on applications for compensation and reimbursement of expenses (the "applications") by the following professionals in the amounts indicated:

1.  Danning, Gill, Israel & Krasnoff, LLP ("Danning-Gill"), predecessor general bankruptcy counsel for Brad D. Krasnoff, the Chapter 7 trustee herein (the "Trustee") – <u>final application</u>, 907 Westwood Blvd., Suite 1078, Los Angeles, California 90024, Attn: Eric P. Israel, Email:  epi@dgdk.com [March 11, 2015, through January 31, 2025]:

    (a)   Fees:    $31,443.00

    (b)   Costs:   $622.12

2.    Levene, Neale, Bender, Yoo & Golubchik L.L.P., successor general bankruptcy counsel for the Trustee – <u>interim application</u>, 2818 La Cienega Ave., Los Angeles, California 90034, Attn: Eric P. Israel, Email: EPI@LNBYG.COM  [February 1, 2025 through September 30, 2025]:

    (a)    Fees:    $23,175.00

    (b)    Costs:    $516.63

3.    LEA Accounting, LLP, accountants for the Trustee – <u>interim application</u>, 1130 So. Flower St., Suite 312, Los Angeles, CA 90015, Attn:  Sam S. Leslie, Email: sleslietrustee@trusteeleslie.com, [August 12, 2025 through Octobr 3, 2025]:

    (a)    Fees:    $5,634.50

    (b)    Costs:    $0

Copies of the applications may be viewed at the office of the Clerk of the Court, or you may contact the Trustee's successor general bankruptcy counsel named in the upper left-hand corner of this notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1, any response to any of the applications must be in writing, filed with the Clerk of the Court and served upon counsel for the Trustee at the address in the upper left corner of the face of this notice, and upon the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017, <u>not less than fourteen (14) days before the hearing</u>.  Failure to comply with this procedure may be deemed consent to the granting of the relief requested.

DATED:  October 7, 2025    LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:    */s/ Eric P. Israel*
ERIC P. ISRAEL
Attorneys for Brad D. Krasnoff,
Chapter 7 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON APPLICATIONS FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    Leslie.Klott@carringtonmh.com
- Sam S Leslie    admin@leaaccountancy.com
- Christopher A, Minier    cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**: On **October 7, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| Damien Stephen Navarro | Damien Stephen Navarro | Peter De La Cerda |
|---|---|---|
| 8012 Happy Lane | 4328 Edenhurst Ave. | Freese & Goss, PLLC |
| Los Angeles, CA 90046 | Los Angeles, CA 90039 | 3500 Maple Avenue, Suite 1100 |
|  |  | Dallas, TX 75219 |

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 7, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 7, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing        DANNING GILL DIAMOND & KOLLITZ, LLP      Frontier State Bank
0973-2                                  2029 Century Park East                   c/o Law Offices of Les Zieve
Case 2:15-bk-12721-BB                   Third Floor                              30 Corporate Park
Central District of California          Los Angeles, CA 90067-2901               Suite 450
Los Angeles                                                                      Irvine, CA 92606-3401
Tue Oct  7 15:46:26 PDT 2025

LEA Accountancy, LLP                    United States Trustee (LA)               Los Angeles Division
1130 S. Flower Street, Suite 312        915 Wilshire Blvd, Suite 1850            255 East Temple Street,
Los Angeles, CA 90015-2143              Los Angeles, CA 90017-3560               Los Angeles, CA 90012-3332


American Express                        (p)DOVENMUEHLE MORTGAGE                  (p)BANK OF AMERICA
PO Box 981537                           1 CORPORATE DRIVE SUITE 360              PO BOX 982238
El Paso, TX 79998-1537                  LAKE ZURICH IL 60047-8945                EL PASO TX 79998-2238


Blaine Behringer                        Capital One, N.a.                        Citi Cards
10866 Washington Blvd, #188             Capital One Bank (USA) N.A.              PO Box 6500
Culver City, CA 90232-3610              Po Box 30285                             Sioux Falls, SD 57117-6500
                                        Salt Lake City, UT 84130-0285


County of LA - Sheriff's Department     Dovenmuehle Mortgage, Inc                EDD - Taxpayer Assistance Center
Court Services Division                 PO Box 7168                              PO Box 856880
Case #BC540637                          Pasadena, CA 91109-7168                  Sacramento, CA 94280-0001
110 N. Grand Ave; Room 525
Los Angeles, CA 90012-3014

Eventful, Inc                           FRANCHISE TAX BOARD                      Financial Pacific Leasing
12626 High Bluff Drive, Ste 100         BANKRUPTCY SECTION MS A340               Attn: Keith Tomasch
San Diego, CA 92130-2072                PO BOX 2952                              PO Box 4568
                                        SACRAMENTO CA 95812-2952                 Federal Way, WA 98063-4568

(p)FIRSTREX AGREEMENT CORP              Franchise Tax Board                      GECRB/PayPal Cr
P O BOX 26800                           P.O. Box 2952                            Attn:Bankruptcy
SAN FRANCISCO CA 94126-6800             Sacramento, CA 95812-2952                Po Box 103104
                                                                                 Roswell, GA 30076-9104

Google LLC                              Google, Inc                              (p)INTERNAL REVENUE SERVICE
White and Williams LLP, c/o Amy Vulpio  1600 Amphitheatre Pkwy                   CENTRALIZED INSOLVENCY OPERATIONS
1650 Market st.                         Mountain View, CA 94043-1351             PO BOX 7346
Suite 1800                                                                       PHILADELPHIA PA 19101-7346
Philadelphia, PA 19103-7304

Joyce J. Cho, Esq                       Law Office of Ellen Michele Stern        Law Office of Katherine Kane
Knaefsey & Friend, LLP                  17630 El Mineral Road                    1009 WIlshire Blvd, Ste 221
RE: BC540637                            Perris, CA 92570-7400                    Santa Monica, CA 90401-1931
800 Wilshire Blvd, Suite 710
Los Angeles, CA 90017-2612

LinkedIn Corporation                    List Solutions                           Mercedes Benz Financial Services
2029 Stierlin Cy                        800 West Main Street, Ste 206            PO Box 685
Mountain View, CA 94043-4655            Freehold, NJ 07728-2555                  Roanoke, TX 76262-0685
```

| | | |
|---|---|---|
| Navitas Lease Corp<br>Attn: Ellen M. Stern, Esq.<br>111 Executive Center Drive, Ste 102<br>Columbia, SC 29210-8414 | PAL Contributions<br>1300 Enterprise Drive<br>De Pere, WI 54115-4934 | Pandora Media, Inc<br>2101 Webster Street<br>Oakland, CA 94612-3011 |
| (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | Roger M Rosen<br>Rosenberg Mendlin & Rosen, LLP<br>528 Colorado Ave<br>Santa Monica, CA 90401-2408 | Session M<br>311 Summer Street, Ste 110<br>Boston, MA 02210-1700 |
| StorQuest<br>12821 W Jefferson Blvd<br>Los Angeles, CA 90066-7022 | Volkswagon Credit Inc<br>National Bankruptcy Services<br>9441 Lbj Freeway, Suite 250<br>Dallas, TX 75243-4640 | Brad D Krasnoff (TR)<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 |
| Damien Stephen Navarro<br>8012 Happy Lane<br>Los Angeles, CA 90046-2013 | Johnny White<br>Wolf, Rifkin, Shapiro, Schulman & Rabkin<br>11400 Olympic Boulevard, 9th Floor<br>Los Angeles, CA 90064-1550 | Sam S Leslie<br>Lea Accountancy, LLP<br>1130 S. Flower Street<br>Suite 312<br>Los Angeles, CA 90015-2143 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Banc Of California/dov<br>1 Corporate Dr Ste 360<br>Lake Zurich, IL 60047 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | FirstREX Agreement Corp<br>Attn: Lisa Swanson<br>50 California Street, Ste 1625<br>San Francisco, CA 94111 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 | Pawnee Leasing Corporation<br>3801 Automation Way, Ste 207<br>Fort Collins, CO 80525 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) LEA Accountancy, LLP | (u)Courtesy NEF | (u)Freese & Goss PLLC |
| (u)LEVENE NEALE BENDER YOO & GOLUBCHIK, L.L.P | (u)The Hercules Campus, LLC | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients    5<br>Total                  46 |