| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>EPI@LNBYG.COM<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>Phone:  310-229-1234<br>Fax:      310-229-1244<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Brad D. Krasnoff, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>DAMIEN STEPHEN NAVARRO,<br><br><br><br><br><br>Debtor(s) | CASE NO.: Case No. 2:15-12721-BB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br><u>APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER ON FIRST APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)</u> was lodged on (*date*) <u>October 29, 2025</u> and is attached.  This order relates to the motion which is docket number <u>115</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 1                              **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>*EPI@LNBYG.COM*<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br><br>tel:  (310) 229-1234<br>fax: (310) 229-1244<br><br>☒  *Attorney for*: Brad D. Krasnoff, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re:<br><br>DAMIEN STEPHEN NAVARRO,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-12721-BB<br><br>CHAPTER: 7<br><br>**ORDER ON <u>FIRST</u> APPLICATION FOR PAYMENT OF:**<br>☒  **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331) (DOCKET NO. 115)**<br>☐  **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE:   October 29, 2025<br>TIME:   2:00 p.m.<br>COURTROOM: "1539"<br>PLACE:        255 E. Temple Street<br>                      Los Angeles, CA |

1. Name of Applicant (*specify*): **LEA ACCOUNTACY, LLC as accountants for trustee [Docket no. 115]**

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:  **Appearances waived per tentative ruling.**

   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): **October 7, 2025 (Docket No. 119)**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                    Page 1                                          **F 2016-1.3.ORDER.PAYMENT.FEES**

1781107.1  27173

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: **$5,634.50**
      (2) ☒ Amount or percentage authorized for payment at this time: **$5,634.50**

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      (1) ☒ Total amount allowed: **$0**
      (2) ☒ Amount or percentage authorized for payment at this time: **$0**

   c. ☐ Application for Payment of Final Fees is approved in the amount of:
      (1) ☐ Total amount allowed: $
      (2) ☐ Amount or percentage authorized for payment at this time: $

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      (1) ☐ Total amount allowed: $
      (2) ☐ Amount or percentage authorized for payment at this time: $

   e. (1) ☐ Application is denied
           ☐ in full
           ☐ in part
           ☐ without prejudice
           ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☐ The court further orders *(specify):*

###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*         Page 2         **F 2016-1.3.ORDER.PAYMENT.FEES**

1781107.1  27173

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, California 90034

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 29, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
   Leslie M Klott    Leslie.Klott@carringtonmh.com
   Brad D Krasnoff (TR)    bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com
   Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
   Sam S Leslie    admin@leaaccountancy.com
   Christopher A, Minier    cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
   Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
   Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

2. **SERVED BY UNITED STATES MAIL**: On (*date*) **October 29, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Damien Stephen Navarro
8012 Happy Lane
Los Angeles, CA 90046

Damien Stephen Navarro
4328 Edenhurst Ave.
Los Angeles, CA 90039

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 29, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**