| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ERIC P. ISRAEL (State Bar No. 132426)<br>EPI@LNBYG.COM<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br><br>tel:  (310) 229-1234<br>fax: (310) 229-1244<br><br>☒ *Attorney for*: Brad D. Krasnoff, Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 30 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY evangeli   DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DAMIEN STEPHEN NAVARRO,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-12721-BB<br>CHAPTER: 7<br><br>**ORDER ON FIRST APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331) (DOCKET NO. 115)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE:  October 29, 2025<br>TIME:   2:00 p.m.<br>COURTROOM: "1539"<br>PLACE:       255 E. Temple Street<br>                   Los Angeles, CA |

1. Name of Applicant (*specify*): **LEA ACCOUNTACY, LLC as accountants for trustee [Docket no. 115]**

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows: **Appearances waived per tentative ruling.**

   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): **October 7, 2025 (Docket No. 119)**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                    Page 1                                        **F 2016-1.3.ORDER.PAYMENT.FEES**

1781107.1  27173

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: **$5,634.50**
      (2) ☒ Amount or percentage authorized for payment at this time: **$5,634.50**

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      (1) ☒ Total amount allowed: **$0**
      (2) ☒ Amount or percentage authorized for payment at this time: **$0**

   c. ☐ Application for Payment of Final Fees is approved in the amount of:
      (1) ☐ Total amount allowed: $
      (2) ☐ Amount or percentage authorized for payment at this time: $

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      (1) ☐ Total amount allowed: $
      (2) ☐ Amount or percentage authorized for payment at this time: $

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice

      (2) Grounds for denial *(specify)*:

###

Date: October 30, 2025

Sheri Bluebond
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**

1781107.1 27173