United States Bankruptcy Court

Central District of California

In re:                                                            Case No. 15-12721-BB

Damien Stephen Navarro                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                                User: admin                                      Page 1 of 2

Date Rcvd: Oct 30, 2025                        Form ID: pdf042                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damien Stephen Navarro, 8012 Happy Lane, Los Angeles, CA 90046-2013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025                              Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:**

**Name**                                 **Email Address**

Brad D Krasnoff (TR)
                               bdktrustee@lnbyg.com  bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com

Christopher A, Minier
                               on behalf of Interested Party Courtesy NEF cminier@go2.law  kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law

Eric P Israel
                               on behalf of Trustee Brad D Krasnoff (TR) epi@lnbyg.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Jeffrey S Kwong
                               on behalf of Creditor The Hercules Campus  LLC jsk@lnbyg.com, jsk@ecf.inforuptcy.com

Johnny White
                               on behalf of Debtor Damien Stephen Navarro JWhite@wrslawyers.com  jlee@wrslawyers.com

Kurt Ramlo
                               on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 30, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Kurt Ramlo
    on behalf of Creditor The Hercules Campus  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Leslie M Klott
    on behalf of Creditor Frontier State Bank Leslie.Klott@carringtonmh.com

Sam S Leslie
    admin@leaaccountancy.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Trustee Brad D Krasnoff (TR) Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 12

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ERIC P. ISRAEL (State Bar No. 132426)<br>*EPI@LNBYG.COM*<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br><br>tel:  (310) 229-1234<br>fax: (310) 229-1244<br><br>☒ *Attorney for*: Brad D. Krasnoff, Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 30 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** evangeli  **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re:<br><br>DAMIEN STEPHEN NAVARRO,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-12721-BB<br>CHAPTER: 7<br><br>**ORDER ON <u>FIRST</u> APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331) (DOCKET NO. 118)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)** |
|---|---|
| | DATE: October 29, 2025<br>TIME:  2:00 p.m.<br>COURTROOM: "1539"<br>PLACE:       255 E. Temple Street<br>                       Los Angeles, CA |

1. Name of Applicant (*specify*): **LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. as successor general bankruptcy counsel for trustee [Docket no. 118]**

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:  **Appearances waived per tentative ruling.**

   a.  ☐ Applicant present in court
   b.  ☐ Attorney for Applicant present in court (name):
   c.  ☐ Attorney for United States trustee present in court
   d.  ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): **October 7, 2025 (Docket No. 119)**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                          Page 1                              **F 2016-1.3.ORDER.PAYMENT.FEES**
1781107.1  27173

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:

      (1) ☒ Total amount allowed: **$23,175.00**

      (2) ☒ Amount or percentage authorized for payment at this time: **$23,175.00**

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

      (1) ☒ Total amount allowed: **$516.63**

      (2) ☒ Amount or percentage authorized for payment at this time: **$516.63**

   c. ☐ Application for Payment of Final Fees is approved in the amount of:

      (1) ☐ Total amount allowed: $

      (2) ☐ Amount or percentage authorized for payment at this time: $

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:

      (1) ☐ Total amount allowed: $

      (2) ☐ Amount or percentage authorized for payment at this time: $

   e. (1) ☐ Application is denied
      - ☐ in full
      - ☐ in part
      - ☐ without prejudice
      - ☐ with prejudice

      (2) Grounds for denial *(specify)*:

###

Date: October 30, 2025

_____
Sheri Bluebond
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**

1781107.1  27173