1  ERIC P. ISRAEL (State Bar No. 132426)
   *EPI@LNBYG.COM*
2  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone: (310) 229-1234
   Facsimile:  (310) 229-1244
5

6  Attorneys for Brad D. Krasnoff, Trustee

7

8              **UNITED STATES BANKRUPTCY COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

10

| | |
|---|---|
| In re | Case No. 2:15-bk-12721-BB |
| DAMIEN STEPHEN NAVARRO, | Chapter 7 |
| Debtor. | **TRUSTEE'S MOTION OBJECTING TO PROOF OF CLAIM NO. 4-1 OF GOOGLE LLC; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF BRAD D. KRASNOFF IN SUPPORT THEREOF** |
| | **Hearing:** |
| | DATE:    January 28, 2026 |
| | TIME:     10:00 a.m. |
| | PLACE:   Courtroom 1539 |
| | 255 East Temple Street |
| | Los Angeles, California 90012 |

20

21      Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") for the estate of Damien Stephen

22  Navarro (the "Debtor"), submits the within objection to proof of claim no. 4-1 (the "Subject

23  Proof of Claim") of Google LLC ("Google") (the "Motion" and "Objection").

24      The Subject Proof of Claim asserts a general, unsecured claim against the Debtor' estate

25  in the sum of $102,662.86 based upon invoices to Earthbound Interactive, LLC ("Earthbound").

26  No evidence is offered that the Debtor was personally liable for this debt. The Trustee

27  respectfully requests that the Court disallow the Subject Proof of Claim in its entirety.

28  / / /

1

The Motion is based upon this Objection and the separately filed notice of hearing on the Objection.

**WHEREFORE**, for the reasons set forth in the annexed Memorandum of Points and Authorities in support of the Objection, the Trustee requests that the Court enter an order sustaining the Objection, granting the Motion and disallowing claim no. 4-1 in its entirety.  The Trustee further prays for such further and other relief as is warranted under the circumstances.

DATED: December 23, 2025        LEVENE, NEALE, BENDER, YOO
                                    & GOLUBCHIK L.L.P.


                                By: _____ */s/ Eric P. Israel* _____
                                        ERIC P. ISRAEL
                                Attorneys for Brad D. Krasnoff, Trustee

2

# MEMORANDUM OF POINTS AND AUTHORITIES[1]

## I.

## STATEMENT OF FACTS

### 1.    Bankruptcy Background

On or about February 24, 2015, Damien Stephen Navarro (the "Debtor") commenced this case by filing a voluntary petition for relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code").  Dkt 1.  Brad D. Krasnoff was appointed as the Chapter 7 trustee for the Debtor's estate.

On or about October 29, 2015, the Debtor's case was closed in error.  Dkt 51.  Pursuant to an order entered on or about November 2, 2015, the Court vacated the closing of the case.

No assets appearing to be of any material value for creditors, on or about May 5, 2015, the Trustee filed his report of no assets.  On or about January 5, 2017, the case was closed again.

On or about May 15, 2020, the United States Trustee filed a motion to reopen the Debtor's case based upon a newly discovered asset [Dkt 70], and that motion was granted by order entered on or about May 18, 2020.  Dkt 71.

Brad D. Krasnoff thereafter was reappointed as the Chapter 7 trustee for the Debtor's estate and continues to serve in that capacity.

### 2.    The Subject Proof of Claim

On or about August 19, 2020, Google LLC ("Google") filed a proof of claim against the Debtor's estate which was assigned claim no. 4-1 (the "Subject Proof of Claim").  A copy of Subject Proof of Claim is attached to the Declaration of Brad D. Krasnoff (the "Krasnoff Declaration") as Exhibit "4-1".[2]  According to the Subject Proof of Claim, the debt is based upon "services provided".  No further information is provided other than invoices, all of which

/ / /

/ / /

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the preceding Objection.
[2] Per the Local Bankruptcy Rules, the exhibit number for the Subject Proof of Claim corresponds to the number assigned to it on the claim docket.

1  reflect that the obligor is Earthbound Interactive, LLC ("Earthbound").  No documentation is

2  provided that would make the Debtor personally liable for this debt of Earthbound.  As a result,

3  the Subject Proof of Claim should be disallowed.

4  **II.**

5  **LEGAL DISCUSSION**

6  **A.    LEGAL STANDARDS**

7      "A claim or interest, proof of which is filed under section 501 of [the Bankruptcy Code],

8  is deemed allowed, ***unless*** a party in interest … objects."  11 U.S.C. § 502(a) (emphasis added);

9  *see also* Fed.R.Bankr.P. 3001(e) ("A proof of claim executed and filed in accordance with these

10  rules shall constitute prima facie evidence of the validity and amount of the claim.").

11      In *In re Circle J. Dairy, Inc.,* 112 B.R. 297 (W.D. Ark. 1989), the Court held that:

12          A claim, to be legally sufficient and, therefore, to be prima facie
            valid, under the Bankruptcy Rules, must:

13

14          1)    be in writing;
            2)    make a demand on the debtor's estate;
15          3)    express the intent to hold the debtor liable for the debt;
            4)    be properly filed; and
16          5)    be based upon facts which would allow, as a matter of
                  equity, to have the document accepted as a proof of
17                claim.

18          Under the fifth requirement, the allegations of the proof of claim
19          must set forth all the necessary facts to establish a claim and must
            not be self-contradictory.  The prima facie validity of the claim
20          does not attach unless the claim is in compliance with the Federal
            Rules of Bankruptcy Procedure ("Rules"), including Rule 3001,
21          and set[s] forth the facts necessary to support the claim.  These
            requirements for legal sufficiency are consistent with the idea
22          that the proof of claim itself is to be scrutinized with an eye to
            credibility.
23

24  *Circle J. Dairy*, 112 B.R. at 299-300 (internal cites and quotes omitted).

25      Even if a claim is properly filed and entitled to a presumption of validity, once the

26  objecting party submits sufficient evidence to place the claimant's entitlement at issue, the

27  burden of going forward with the evidence to sustain the claim shifts to the claimant.  *In re*

28  *Lundell*, 223 F.3d 1035, 1039 (9th Cir. 2000).  A claimant must establish by a preponderance of

4

1  the evidence that its claim should be allowed.  The burden of persuasion at all times remains on

2  the claimant.  *Lundell* at 1039 (ultimate burden of persuasion remains at all times upon the

3  claimant); *In re MacFarlane*, 83 F.3d 1041, 1044 (9th Cir. 1996); *Kham & Nate's Shoes No. 2,*

4  *Inc. v. First Bank of Whiting*, 97 B.R. 420, 424 (Bankr. N.D. Ill. 1989) (claimant bears burden of

5  persuasion by preponderance of evidence).

6       Here, the documents attached to the Subject Proof of Claim themselves rebut any prima

7  facie validity, as it is missing any basis upon which the Debtor would be personally liable for

8  this debt.  As a result, the Subject Proof of Claim should be disallowed.

9  **B.      RESERVATION OF RIGHTS.**

10       The Trustee reserves the right to dispute the Subject Proof of Claim on any other bases if

11  the claimant provides additional evidence or the Court for any reason does not sustain the

12  Objection for the reasons set forth above.  The Trustee further reserves the right to seek to

13  reconsider the allowance or disallowance of the Subject Proof of Claim later for cause if

14  circumstances so warrant.  11 U.S.C. § 502(j).

15                                         **III.**

16                                    **CONCLUSION**

17       **WHEREFORE**, for the reasons set forth in the annexed Memorandum of Points and

18  Authorities in support of the Objection, the Trustee respectfully requests that the Court enter an

19  order:  (1) sustaining the Objection and granting the Motion, (2) disallowing claim no. 4-1, and

20  (3) affording such further and other relief as is warranted under the circumstances.

21

22  DATED: December 23, 2025            LEVENE, NEALE, BENDER, YOO
                                                     & GOLUBCHIK L.L.P.
23

24                                          By:  ___*/s/ Eric P. Israel*_____
25                                                 ERIC P. ISRAEL
                                            Attorneys for Brad D. Krasnoff, Trustee
26

27

28

### <u>DECLARATION OF BRAD D. KRASNOFF</u>

I, BRAD D. KRASNOFF, hereby declare as follows:

1.      I am over 18 years of age.  Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, I would and could competently testify thereto.

2.      I make this Declaration in support of the Objection to which this Declaration is attached.  Unless otherwise stated, all capitalized terms herein have the same meanings as in the Objection.

3.      I am the Chapter 7 trustee for the estate of Damien Stephen Navarro (the "<u>Debtor</u>"), bankruptcy no. 2:15-bk-12721-BB (the "<u>Estate</u>").

4.      On or about February 24, 2015, Damien Stephen Navarro (the "<u>Debtor</u>") commenced this case by filing a voluntary petition for relief under Chapter 7 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").  Dkt 1.  I was appointed as the Chapter 7 trustee for the Debtor's estate.

5.      On or about October 29, 2015, the Debtor's case was closed in error.  Dkt 51.  Pursuant to an order entered on or about November 2, 2015, the Court vacated the closing of the case.

6.      No assets appearing to be of any material value for creditors, on or about May 5, 2015, I filed my report of no assets.  On or about January 5, 2017, the case was closed again.

7.      On or about May 15, 2020, the United States Trustee filed a motion to reopen the Debtor's case based upon a newly discovered asset [Dkt 70], and that motion was granted by order entered on or about May 18, 2020.  Dkt 71.

8.      I thereafter was reappointed as the Chapter 7 trustee for the Debtor's estate and continue to serve in that capacity.

9.      On or about August 19, 2020, Google LLC ("<u>Google</u>") filed a proof of claim against the Debtor's estate which was assigned claim no. 4-1 (the "<u>Subject Proof of Claim</u>").

10.     A true and correct copy of Subject Proof of Claim is attached hereto, marked as Exhibit "4-1" and incorporated herein by this reference.

11.    According to the Subject Proof of Claim, the debt is based upon "services provided". No further information is provided. However, all of the invoices attached reference that the obligor is Earthbound Interactive, LLC ("Earthbound"). No documentation is provided that would make the Debtor personally liable for the debts of Earthbound. As a result, I believe that the Subject Proof of Claim should be disallowed in its entirety.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 25, 2025, at Los Angeles, California.

BRAD D. KRASNOFF

7

# EXHIBIT "4-1"

**Fill in this information to identify the case:**

Debtor 1   Damien Navarro

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Central District of California**

Case number:  **15–12721**

FILED

**U.S. Bankruptcy Court**
**Central District of California**

8/19/2020

**Kathleen J. Campbell, Clerk**

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

### Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Google LLC<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor    Google Inc. |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Google LLC | Google LLC |
| Name | Name |
| White and Williams LLP, c/o Amy Vulpio<br>1650 Market st.<br>Suite 1800<br>Philadelphia, PA 19103 | Dept. 33654<br>P.O. Box 39000<br><br>San Francisco, CA 94139 |
| Contact phone          215–864–6250 | Contact phone |
| Contact email<br>vulpioa@whiteandwilliams.com | Contact email    vaquintanilla@google.com |
| Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known)          Filed on _____<br><br>MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? |

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:      0119 |

| | |
|---|---|
| 7. **How much is the claim?** | $    102662.86     **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>    Services provided. |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>    **Nature of property:**<br>    ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*<br>    ☐ Motor vehicle<br>    ☐ Other. Describe: _____<br><br>    **Basis for perfection:** _____<br><br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>    **Value of property:**    $ _____<br>    **Amount of the claim that is secured:**    $ _____<br>    **Amount of the claim that is unsecured:**    $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>    **Amount necessary to cure any default as of the date of the petition:**    $ _____<br><br>    **Annual Interest Rate** (when case was filed)    \_\_\_\_ %<br>    ☐ Fixed<br>    ☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $ _____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $ _____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies   $ _____

\* Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date      8/19/2020

                      MM / DD / YYYY

/s/  Rachel J. Eisenhaure

Signature

Print the name of the person who is completing and signing this claim:

Name          Rachel J. Eisenhaure

              First name     Middle name     Last name

Title         Counsel to Google LLC

Company       White and Williams LLP

              Identify the corporate servicer as the company if the authorized agent is a servicer

Address       101 Arch St., Suite 1930

              Number   Street

              Boston, MA 02110

              City  State  ZIP Code

Contact phone    781–748–5221         Email    eisenhaurer@whiteandwilliams.com

**Damien Stephen Navarro faw Earthbound Interactive, LLC -  Account Statement**
**Chapter 7 Bankruptcy Filing - 02.24.2015**

| Customer | Customer(Bill to) | Cust ID | Customer External ID | Country | PDF Invoice Number | Invoice Date | Due Date |
|---|---|---|---|---|---|---|---|
| Earthbound Interactive, LLC | Earthbound Interactive, LLC | 938 | -0119 | US | 7616 | 8/31/2013 | 10/15/2013 |
| Earthbound Interactive, LLC | Earthbound Interactive, LLC | 0364 | -0119 | US | 5335 | 10/31/2013 | 12/15/2013 |
| Earthbound Interactive, LLC | Earthbound Interactive, LLC | -0364 | -0119 | US | 1488 | 9/30/2013 | 11/14/2013 |
| Earthbound Interactive, LLC | Earthbound Interactive, LLC | -0364 | -0119 | US | 5280 | 11/30/2013 | 1/14/2014 |
| Earthbound Interactive, LLC | Earthbound Interactive, LLC | -0364 | -0119 | US | 2976 | 8/31/2013 | 10/15/2013 |

| Currency | OriginalAmount | OpenAmount | Pre-Petition | Post-Petition | Entity | Account Type |
|---|---|---|---|---|---|---|
| USD | 28,440.86 | 28,310.31 | 28,310.31 | - | Google LLC f/k/a Google Inc. | Google Ads |
| USD | 20,331.27 | 20,331.27 | 20,331.27 | - | Google LLC f/k/a Google Inc. | Google Ads |
| USD | 24,343.72 | 24,343.72 | 24,343.72 | - | Google LLC f/k/a Google Inc. | Google Ads |
| USD | 23,272.26 | 23,272.26 | 23,272.26 | - | Google LLC f/k/a Google Inc. | Google Ads |
| USD | 7,408.41 | 6,405.30 | 6,405.30 | - | Google LLC f/k/a Google Inc. | Google Ads |

| Total Outstanding | 103,796.52 | 102,662.86 | 102,662.86 | - |
|---|---|---|---|---|



# Invoice

Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043
USA
Federal Tax ID: ███3581

**Bill to**

Earthbound Interactive, LLC
Blaine Behringer
12115 West Bluff Creek Drive
Los Angeles, California 90094
USA

**Details**

| | |
|---|---|
| Invoice number: | 2395637616 |
| Due date: | Oct 15, 2013 |
| Issue date: | Aug 31, 2013 |
| Payment terms: | Net 45 |
| Billing ID: | ███████0119 |

### Summary of invoice costs for: Aug 1, 2013 - Aug 27, 2013

| Product | Account | Order name | Purchase order | Amount ($) |
|---|---|---|---|---|
| Google AdWords | LLUMC - Bariatrics 678-815-3074 | Earthbound Interactive, LLC | | 1,709.48 |
| Google AdWords | LLUMC - Orthopaedics 790-597-5939 | Earthbound Interactive, LLC | | 956.16 |
| Google AdWords | LLUMC - General 327-929-7937 | Earthbound Interactive, LLC | | 1,682.29 |
| Google AdWords | LLUMC - Neurosurgery 843-964-7033 | Earthbound Interactive, LLC | | 924.49 |
| Google AdWords | LMU - Undergraduate Admissions 500-543-9773 | Earthbound Interactive, LLC | | 2,112.89 |
| Google AdWords | LLUMC - Cancer 809-651-3788 | Earthbound Interactive, LLC | | 1,529.88 |
| Google AdWords | LLUMC - Childrens 366-324-5731 | Earthbound Interactive, LLC | | 1,604.09 |
| Google AdWords | LLUMC - Protons 698-944-9386 | Earthbound Interactive, LLC | | 14,731.84 |
| Google AdWords | LLUMC - Robotics 745-459-4037 | Earthbound Interactive, LLC | | 711.70 |
| Google AdWords | LLUMC - Behavioral Medicine Center 118-908-7990 | Earthbound Interactive, LLC | | 2,202.17 |
| Google AdWords | LLUMC - Spine Center 207-301-6178 | Earthbound Interactive, LLC | | 275.87 |

| | |
|---|---|
| Subtotal: | 28,440.86 |
| Tax (0%): | 0.00 |
| Amount due in USD: | 28,440.86 |

| | |
|---|---|
| Bill to: | Earthbound Interactive, LLC |
| Billing ID: | ███████0119 |
| Invoice number: | 2395637616 |

Be sure to include your invoice number on all payments.

| | |
|---|---|
| **Amount due in USD:** | **$28,440.86** |
| **Due date:** | **Oct 15, 2013** |

**To pay by wire transfer, send to:**

Account name:
Bank: Wells Fargo Bank, Palo Alto, CA
94321-0150
ABA #: 121000248
Account #: ███████

**To pay by check, mail to:**

Google Inc.
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139
USA

For questions about this invoice please email collections-us@google.com



Page 2 of 12

Invoice number: 2395637616

# Invoice

**Google AdWords**                                    **Aug 1, 2013 - Aug 27, 2013**
**Account:** LLUMC - Bariatrics                       **Account ID:** ▮▮▮▮3074
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---:|---|---:|
| Bariatrics | 222 | Clicks | 807.93 |
| Sleeve Gastrectomy | 275 | Clicks | 718.44 |
| Sleeve Gastrectomy | 42 | Clicks | 108.06 |
| Loma Linda | 94 | Clicks | 115.72 |
| Bariatrics | 15 | Clicks | 29.33 |
| Invalid activity | | | -3.10 |
| Invalid activity | | | -63.96 |
| Invalid activity | | | -2.94 |

|  |  |
|---|---:|
| Subtotal: | 1,709.48 |
| Tax (0%): | 0.00 |
| Total in USD : | 1,709.48 |

For questions about this invoice please email collections-us@google.com



Invoice number: 2395637616

# Invoice

**Google AdWords**                                  **Aug 1, 2013 - Aug 23, 2013**
**Account:** LLUMC - Orthopaedics                   **Account ID:** ▆▆▆▆5939
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| Osteoarthritis | 118 | Clicks | 483.11 |
| Orthopaedic Doctors | 104 | Clicks | 473.05 |
| | | Subtotal: | 956.16 |
| | | Tax (0%): | 0.00 |
| | | Total in USD : | 956.16 |

For questions about this invoice please email collections-us@google.com

Invoice number: 2395637616



# Invoice

**Google AdWords**                          **Aug 1, 2013 - Aug 23, 2013**
**Account:** LLUMC - General                **Account ID:** ███████7937
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
| --- | --- | --- | --- |
| Loma Linda Based Mobile | 703 | Clicks | 463.48 |
| Loma Linda Based | 1458 | Clicks | 1,218.81 |
| | | Subtotal: | 1,682.29 |
| | | Tax (0%): | 0.00 |
| | | Total in USD : | 1,682.29 |

For questions about this invoice please email collections-us@google.com

Invoice number: 2395637616



# Invoice

**Google AdWords**                          **Aug 1, 2013 - Aug 23, 2013**
**Account:** LLUMC - Neurosurgery           **Account ID:** ████7033
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| Neurosurgery | 267 | Clicks | 684.10 |
| Condition/Treatment | 84 | Clicks | 240.39 |
| | | Subtotal: | 924.49 |
| | | Tax (0%): | 0.00 |
| | | Total in USD : | 924.49 |



Page 6 of 12

Invoice number: 2395637616

# Invoice

**Google AdWords**                                   **Aug 1, 2013 - Aug 9, 2013**
**Account:** LMU - Undergraduate Admissions          **Account ID:** ███-9773
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| 1- Bellarmine College of Liberal Arts | 19 | Clicks | 119.20 |
| 5 - School of Film and Television | 68 | Clicks | 242.05 |
| Jesuit Schools | 56 | Clicks | 90.01 |
| 3 Frank R. Seaver College of Science and Engineering | 11 | Clicks | 47.87 |
| 2 - College of Business Administration | 10 | Clicks | 48.60 |
| Transfer - Branding Campaign | 14 | Clicks | 70.75 |
| Loyola Brand - Enhanced | 568 | Clicks | 747.22 |
| California Colleges - Enhanced | 217 | Clicks | 556.88 |
| Communication & Fine Arts - Enhanced | 46 | Clicks | 190.31 |

|  |  |
|---|---|
| Subtotal: | 2,112.89 |
| Tax (0%): | 0.00 |
| Total in USD : | 2,112.89 |

For questions about this invoice please email collections-us@google.com



Invoice number: 2395637616

# Invoice

**Google AdWords**                                    **Aug 1, 2013 - Aug 26, 2013**
**Account:** LLUMC - Cancer                           **Account ID:** ████3788
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| 01_Cancer | 47 | Clicks | 124.76 |
| 02_Loma_Linda_Cancer | 178 | Clicks | 99.49 |
| 16_Breast_Cancer | 213 | Clicks | 474.12 |
| 17_Lung_Cancer | 153 | Clicks | 237.76 |
| 05_Bladder_Cancer | 174 | Clicks | 235.18 |
| 06_Skin_Cancer | 134 | Clicks | 240.16 |
| 09_Kidney_Cancer | 67 | Clicks | 120.07 |
| Invalid activity | | | -1.66 |
| | | Subtotal: | 1,529.88 |
| | | Tax (0%): | 0.00 |
| | | Total in USD : | 1,529.88 |

For questions about this invoice please email collections-us@google.com

Invoice number: 2395637616



# Invoice

**Google AdWords**                                    **Aug 1, 2013 - Aug 26, 2013**
**Account:** LLUMC - Childrens                        **Account ID:** ████5731
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| KidsHealth Magazine | 125 | Clicks | 586.39 |
| Text to Give - Children | 115 | Clicks | 244.60 |
| Text to Give - Brand | 134 | Clicks | 166.32 |
| Text to Give - General | 137 | Clicks | 586.16 |
| Text to Give - Text & Phone | 9 | Clicks | 22.52 |
| Overdelivery credit | | | -0.39 |
| Invalid activity | | | -1.51 |

| | |
|---|---|
| Subtotal: | 1,604.09 |
| Tax (0%): | 0.00 |
| Total in USD : | 1,604.09 |

For questions about this invoice please email collections-us@google.com



Invoice number: 2395637616

# Invoice

**Google AdWords**                              **Aug 1, 2013 - Aug 26, 2013**
**Account:** LLUMC - Protons                    **Account ID:** ████████9386
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---:|---|---:|
| 01a_Proton_Terms_Search | 1255 | Clicks | 4,732.83 |
| 02a_Loma_Linda_Hosp_Search | 2066 | Clicks | 6,197.63 |
| 03a_Prostate_Cancer_Search | 409 | Clicks | 2,695.51 |
| 02c_Loma_Linda_Hosp_Mobile | 580 | Clicks | 633.80 |
| 01c_Proton_Terms_Mobile | 22 | Clicks | 34.51 |
| 03c_Prostate_Cancer_Mobile | 67 | Clicks | 87.30 |
| Pencil Beam - All Devices | 27 | Clicks | 68.63 |
| Breast Cancer - All Devices | 73 | Clicks | 284.51 |
| Invalid activity | | | -2.88 |

|  |  |
|---|---:|
| Subtotal: | 14,731.84 |
| Tax (0%): | 0.00 |
| Total in USD : | 14,731.84 |

For questions about this invoice please email collections-us@google.com



Invoice number: 2395637616

# Invoice

**Google AdWords**                      **Aug 1, 2013 - Aug 23, 2013**
**Account:** LLUMC - Robotics           **Account ID:** ▮▮▮▮▮4037
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---:|---|---:|
| MS_Robotic Surgery | 36 | Clicks | 87.62 |
| MS_Robotic GYN | 31 | Clicks | 96,42 |
| MS_Other Treatments | 51 | Clicks | 89.95 |
| MS_Robotic Hysterectomy | 105 | Clicks | 256.73 |
| MS_Robotic Prostatectomy | 58 | Clicks | 177.56 |
| MS_Loma Linda | 2 | Clicks | 3.42 |
| | | Subtotal: | 711.70 |
| | | Tax (0%): | 0.00 |
| | | Total in USD : | 711.70 |

For questions about this invoice please email collections-us@google.com

Invoice number: 2395637616



# Invoice

**Google AdWords**                                              **Aug 1, 2013 - Aug 23, 2013**
**Account:** LLUMC - Behavioral Medicine Center                **Account ID:** ███████7990
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| Chemical Dependency | 192 | Clicks | 969.07 |
| Eating Disorders | 147 | Clicks | 635.26 |
| Youth Services | 143 | Clicks | 597.84 |
| | | Subtotal: | 2,202.17 |
| | | Tax (0%): | 0.00 |
| | | Total in USD : | 2,202.17 |

For questions about this invoice please email collections-us@google.com

Invoice number: 2395637616



# Invoice

**Google AdWords**                              **Aug 1, 2013 - Aug 23, 2013**
**Account:** LLUMC - Spine Center              **Account ID:** ███████6178
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| Spine Center Regional | 62 | Clicks | 275.87 |
| | | Subtotal: | 275.87 |
| | | Tax (0%): | 0.00 |
| | | Total in USD : | 275.87 |

For questions about this invoice please email collections-us@google.com



# Invoice

Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043
USA
Federal Tax ID: ███3581

**Bill to**

Earthbound Interactive, LLC
Blaine Behringer
12115 West Bluff Creek Drive
Los Angeles, California 90094
USA

**Details**

| | |
|---|---|
| Invoice number: | 1150985335 |
| Due date: | Dec 15, 2013 |
| Issue date: | Oct 31, 2013 |
| Payment terms: | Net 45 |
| Billing ID: | ███████0119 |

**Google AdWords**                    **Oct 1, 2013 - Oct 31, 2013**
**Account:** Brighter - Columbia            **Account ID:** ██████2283
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| TC Microsite: Enhanced - All Devices: Branded | 6046 | Clicks | 9,884.76 |
| TC Microsite: Enhanced - All Devices: Developmental Psychology | 100 | Clicks | 210.83 |
| TC Microsite: Enhanced - All Devices: Education Policy | 131 | Clicks | 625.81 |
| TC Microsite: Enhanced - All Devices: Psychology: Clinical | 201 | Clicks | 1,517.05 |
| TC Microsite: Enhanced - All Devices: Teacher Education: C&T | 706 | Clicks | 2,544.19 |
| TC Microsite: Enhanced - All Devices: New Programs: MS&T | 716 | Clicks | 1,354.92 |
| TC Microsite: Enhanced - All Devices: Health & Behavior Studies | 303 | Clicks | 918.53 |
| TC Microsite: Enhanced - All Devices: Biobehavioral Sciences | 696 | Clicks | 1,570.22 |
| TC Microsite: Enhanced - All Devices: New Programs: Executive Masters | 33 | Clicks | 263.70 |
| Invalid activity | | | -6.46 |
| TC Microsite: Enhanced - All Devices: Psychology: Social Organizational | 33 | Clicks | 86.87 |
| CA: Health & Behavior Studies | 26 | Clicks | 56.69 |
| CA: Biobehavioral Sciences | 87 | Clicks | 163.77 |
| CA: Branded | 80 | Clicks | 263.84 |
| CA: New Programs: MS&T | 163 | Clicks | 323.80 |
| CA: Psychology: Clinical | 38 | Clicks | 284.82 |
| CA: Teacher Education: C&T | 60 | Clicks | 262.74 |
| Invalid activity | | | -8.15 |
| CA: Developmental Psychology | 3 | Clicks | 10.46 |
| CA: Education Policy | 8 | Clicks | 54.61 |
| CA: Psychology: Social Organizational | 2 | Clicks | 3.47 |
| Invalid activity | | | -1.47 |
| Invalid activity | | | -1.47 |

| Bill to: | Earthbound Interactive, LLC | | |
|---|---|---|---|
| Billing ID: | ███████0119 | **Amount due in USD:** | **$20,331.27** |
| Invoice number: | 1150985335 | **Due date:** | **Dec 15, 2013** |

Be sure to include your invoice number on all payments.

**To pay by wire transfer, send to:**

Account name:
Bank: Wells Fargo Bank, Palo Alto, CA
94321-0150
ABA #: 121000248
Account #: ████████

**To pay by check, mail to:**

Google Inc.
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139
USA

For questions about this invoice please email collections-us@google.com

Invoice number: 1150985335



# Invoice

**Google AdWords**                                    **Oct 1, 2013 - Oct 31, 2013**
**Account:** Brighter - Columbia              **Account ID:** ████2283
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| Invalid activity | | | -52.26 |
| | Subtotal: | | 20,331.27 |
| | Tax (0%): | | 0.00 |
| | Amount due in USD: | | 20,331.27 |

For questions about this invoice please email collections-us@google.com



# Invoice

Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043
USA
Federal Tax ID: ███3581

**Bill to**

Earthbound Interactive, LLC
Blaine Behringer
12115 West Bluff Creek Drive
Los Angeles, California 90094
USA

**Details**

| | |
|---|---|
| Invoice number: | 2488901488 |
| Due date: | Nov 14, 2013 |
| Issue date: | Sep 30, 2013 |
| Payment terms: | Net 45 |
| Billing ID: | ████████0119 |

**Google AdWords**                     **Sep 1, 2013 - Sep 30, 2013**
**Account:** Brighter - Columbia       **Account ID:** ██████2283
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| TC Microsite: Enhanced - All Devices: Branded | 5779 | Clicks | 9,174.04 |
| TC Microsite: Enhanced - All Devices: Psychology: Clinical | 428 | Clicks | 2,094.97 |
| TC Microsite: Enhanced - All Devices: Teacher Education: C&T | 1328 | Clicks | 5,360.86 |
| TC Microsite: Enhanced - All Devices: Teacher Education: English | 58 | Clicks | 287.99 |
| TC Microsite: Enhanced - All Devices: New Programs: MS&T | 1083 | Clicks | 2,981.88 |
| TC Microsite: Enhanced - All Devices: Teacher Education: Social Studies | 573 | Clicks | 395.23 |
| TC Microsite: Enhanced - All Devices: Developmental Psychology | 78 | Clicks | 238.84 |
| TC Microsite: Enhanced - All Devices: Education Policy | 122 | Clicks | 615.32 |
| TC Microsite: Enhanced - All Devices: New Programs: Executive Masters | 34 | Clicks | 182.17 |
| TC Microsite: Enhanced - All Devices: Biobehavioral Sciences | 903 | Clicks | 2,159.27 |
| TC Microsite: Enhanced - All Devices: Health & Behavior Studies | 226 | Clicks | 856.36 |
| TC Microsite: Enhanced - All Devices: Psychology: Social Organizational | 2 | Clicks | 5.18 |
| Invalid activity | | | -8.39 |

| | |
|---|---|
| Subtotal: | 24,343.72 |
| Tax (0%): | 0.00 |
| Amount due in USD: | 24,343.72 |

| | |
|---|---|
| Bill to: | Earthbound Interactive, LLC |
| Billing ID: | ████████0119 |
| Invoice number: | 2488901488 |

Be sure to include your invoice number on all payments.

| | |
|---|---|
| **Amount due in USD:** | **$24,343.72** |
| **Due date:** | **Nov 14, 2013** |

**To pay by wire transfer, send to:**

Account name:
Bank: Wells Fargo Bank, Palo Alto, CA
94321-0150
ABA #: 121000248
Account #: ████████

**To pay by check, mail to:**

Google Inc.
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139
USA

For questions about this invoice please email collections-us@google.com



Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043
USA
Federal Tax ID: ███3581

# Invoice

| **Bill to** | | **Details** | |
|---|---|---|---|
| Earthbound Interactive, LLC | | Invoice number: | 2599015280 |
| Blaine Behringer | | Due date: | Jan 14, 2014 |
| 12115 West Bluff Creek Drive | | Issue date: | Nov 30, 2013 |
| Los Angeles, California 90094 | | Payment terms: | Net 45 |
| USA | | Billing ID: | ██████0119 |

**Google AdWords**　　　　　　　　　　**Nov 1, 2013 - Nov 26, 2013**
**Account:** Brighter - Columbia　　　　　**Account ID:** ██████2283
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| TC Microsite: Enhanced - All Devices: Branded | 5423 | Clicks | 7,135.70 |
| TC Microsite: Enhanced - All Devices: Developmental Psychology | 271 | Clicks | 579.71 |
| TC Microsite: Enhanced - All Devices: Education Policy | 115 | Clicks | 532.44 |
| TC Microsite: Enhanced - All Devices: New Programs: Executive Masters | 46 | Clicks | 330.00 |
| TC Microsite: Enhanced - All Devices: Psychology: Clinical | 717 | Clicks | 4,989.94 |
| TC Microsite: Enhanced - All Devices: Psychology: Social Organizational | 28 | Clicks | 151.92 |
| TC Microsite: Enhanced - All Devices: Teacher Education: C&T | 1271 | Clicks | 5,011.18 |
| TC Microsite: Enhanced - All Devices: New Programs: MS&T | 1171 | Clicks | 2,188.76 |
| TC Microsite: Enhanced - All Devices: Biobehavioral Sciences | 633 | Clicks | 1,818.54 |
| Invalid activity | | | -1.32 |
| TC Microsite: Enhanced - All Devices: Health & Behavior Studies | 200 | Clicks | 538.52 |
| Invalid activity | | | -1.19 |
| Invalid activity | | | -1.94 |

| | |
|---|---|
| Subtotal: | 23,272.26 |
| Tax (0%): | 0.00 |
| Amount due in USD: | 23,272.26 |

| | |
|---|---|
| Bill to: | Earthbound Interactive, LLC |
| Billing ID: | ██████0119 |
| Invoice number: | 2599015280 |

Be sure to include your invoice number on all payments.

| **Amount due in USD:** | **$23,272.26** |
|---|---|
| **Due date:** | **Jan 14, 2014** |

**To pay by wire transfer, send to:**
Account name:
Google Inc.
Bank: Wells Fargo Bank, Palo Alto, CA
94321-0150
ABA #: 121000248
Account #: ████████

**To pay by check, mail to:**
Google Inc.
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139
USA

For questions about this invoice please email collections-us@google.com



Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043
USA
Federal Tax ID: ██████3581

# Invoice

**Bill to**

Earthbound Interactive, LLC
Blaine Behringer
12115 West Bluff Creek Drive
Los Angeles, California 90094
USA

**Details**

| | |
|---|---|
| Invoice number: | 2377092976 |
| Due date: | Oct 15, 2013 |
| Issue date: | Aug 31, 2013 |
| Payment terms: | Net 45 |
| Billing ID: | ██████0119 |

**Google AdWords**                    **Aug 15, 2013 - Aug 31, 2013**
**Account:** Brighter - Columbia      **Account ID:** ██████2283
**Order name:** Earthbound Interactive, LLC

| Description | Quantity | Units | Amount ($) |
|---|---|---|---|
| TC Microsite: Enhanced - All Devices: Branded | 2768 | Clicks | 4,519.65 |
| TC Microsite: Enhanced - All Devices: Developmental Psychology | 24 | Clicks | 97.55 |
| TC Microsite: Enhanced - All Devices: Psychology: Clinical | 59 | Clicks | 226.93 |
| TC Microsite: Enhanced - All Devices: Teacher Education: C&T | 231 | Clicks | 905.54 |
| TC Microsite: Enhanced - All Devices: Teacher Education: English | 126 | Clicks | 412.10 |
| TC Microsite: Enhanced - All Devices: New Programs: MS&T | 238 | Clicks | 669.25 |
| TC Microsite: Enhanced - All Devices: Teacher Education: Social Studies | 412 | Clicks | 518.73 |
| TC Microsite: Enhanced - All Devices: Education Policy | 5 | Clicks | 17.91 |
| TC Microsite: Enhanced - All Devices: New Programs: Executive Masters | 9 | Clicks | 40.75 |

| | |
|---|---|
| Subtotal: | 7,408.41 |
| Tax (0%): | 0.00 |
| Amount due in USD: | 7,408.41 |

| | |
|---|---|
| Bill to: | Earthbound Interactive, LLC |
| Billing ID: | ██████0119 |
| Invoice number: | 2377092976 |

| | |
|---|---|
| **Amount due in USD:** | **$7,408.41** |
| **Due date:** | **Oct 15, 2013** |

Be sure to include your invoice number on all payments.

**To pay by wire transfer, send to:**

Account name:
Bank: Wells Fargo Bank, Palo Alto, CA
94321-0150
ABA #: 121000248
Account #: ██████

**To pay by check, mail to:**

Google Inc.
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139
USA

For questions about this invoice please email collections-us@google.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **TRUSTEE'S MOTION OBJECTING TO PROOF OF CLAIM NO. 4-1 OF GOOGLE LLC; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF BRAD D. KRASNOFF IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 23, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    Leslie.Klott@carringtonmh.com
- Sam S Leslie    admin@leaaccountancy.com
- Christopher A, Minier    cminier@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Zev Shechtman    Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**: On **December 23, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| White and Williams LLP<br>Attn: Rachel J. Eisenhaure<br>101 Arch St., Suite 1930<br>Boston, MA 02110 | Google LLC<br>Dept. 33654<br>P.O. Box 39000<br>San Francisco, CA 94139 | White and Williams LLP<br>Attn: Amy Vulpio, Esq.<br>1650 Market St., Suite 1800<br>Philadelphia, PA 19103 |
| Google LLC<br>Attn:Sundar Pichai, CEO<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 23, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA EMAIL**
vulpioa@whiteandwilliams.com
vaquintanilla@gmail.com
eisenhaurer@whiteandwilliams.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 23, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**