| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>LEVENE, NEALE, BENDER, YOO & BOLUBCHIK L.L.P.<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>EPI@LNBYG.COM<br>tel: 310-229-1234<br>fax: 310-229-1244 | |
| ☒ *Attorney for:* Brad D. Krasnoff, Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>DAMIEN STEPHEN NAVARRO, | CASE NO.: 2:15-12721-BB<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF OBJECTION TO CLAIM** |
| | DATE: 01/28/2026<br>TIME: 10:00 am<br>COURTROOM: 1539<br>PLACE: 255 E. Temple St.<br>         Los Angeles, CA 90012 |
| Debtor(s). | |

1. TO *(specify claimant and claimant's counsel, if any)*: Google LLC

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #4-1) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 12/23/2025

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.
Printed name of law firm

/s/ Eric P. Israel
Signature

Date Notice Mailed: 12/23/2025

ERIC P. ISRAEL
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 23, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    Leslie.Klott@carringtonmh.com
- Sam S Leslie    admin@leaaccountancy.com
- Christopher A, Minier    cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**: On **December 23, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| White and Williams LLP<br>Attn: Rachel J. Eisenhaure<br>101 Arch St., Suite 1930<br>Boston, MA 02110 | Google LLC<br>Dept. 33654<br>P.O. Box 39000<br>San Francisco, CA 94139 | White and Williams LLP<br>Attn: Amy Vulpio, Esq.<br>1650 Market St., Suite 1800<br>Philadelphia, PA 19103 |
| Google LLC<br>Attn:Sundar Pichai, CEO<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 23, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL**
vulpioa@whiteandwilliams.com
vaquintanilla@gmail.com
eisenhaurer@whiteandwilliams.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 23, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE