| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>EPI@LNBYG.COM<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>Phone:  310-229-1234<br>Fax:     310-229-1244<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for: Brad D. Krasnoff, Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>DAMIEN STEPHEN NAVARRO,<br><br><br><br><br><br>Debtor(s) | CASE NO.: Case No. 2:15-12721-BB<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):<br><br>TRUSTEE'S MOTION OBJECTING TO PROOF OF CLAIM NO. 4-1 OF GOOGLE LLC; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF BRAD D. KRASNOFF IN SUPPORT THEREOF |

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION TO CONTINUE HEARING ON TRUSTEE'S MOTION OBJECTING TO PROOF OF CLAIM NO. 4-1 OF GOOGLE LLC was lodged on (*date*) January 28, 2026 and is attached.  This order relates to the motion which is docket number 129.

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1 | ERIC P. ISRAEL (State Bar No. 132426)
  | *EPI@LNBYG.COM*
2 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
  | 2818 La Cienega Avenue
3 | Los Angeles, California 90034
4 | Telephone: (310) 229-1234
  | Facsimile:  (310) 229-1244
5 |
6 | Attorneys for Brad D. Krasnoff, Trustee
7 |
8 |
  | **UNITED STATES BANKRUPTCY COURT**
9 |
  | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**
10 |

| 11 | In re | Case No. 2:15-bk-12721-BB |
|---|---|---|
| 12 | DAMIEN STEPHEN NAVARRO, | Chapter 7 |
| 13 | Debtor. | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON TRUSTEE'S** |
| 14 | | **MOTION OBJECTING TO PROOF OF CLAIM NO. 4-1 OF GOOGLE LLC** |
| 15 | | |
| 16 | | **Hearing:** |
| 17 | | DATE:       January 28, 2026<br>TIME:       10:00 a.m.<br>PLACE:      Courtroom 1539 |
| 18 | | 255 East Temple Street<br>Los Angeles, California 90012 |
| 19 | | |

20 |

21 | On January 28, 2026, at 10:00 a.m., the Court heard and considered the Trustee's Motion

22 | Objecting to Proof of Claim No. 4-1 of Google LLC [Dkt 129] (the "Motion"), the Honorable

23 | Sheri Bluebond, United States Bankruptcy Judge, presiding. Appearing for movant Brad D.

24 | Krasnoff, the Chapter 7 trustee (the "Trustee") for the estate of Damien Stephen Navarro was

25 | Eric P. Israel of Levene, Neale, Bender, Yoo & Golubchik L.L.P.; no other appearances were

26 | made.

27 | The Court having reviewed the Motion, having noted the lack of any response, having

28 | heard the oral statements of counsel, having found that notice of the Motion was adequate and

1

1   proper, good cause appearing, it is

2         **ORDERED THAT**:

3         1.  The Motion is granted in its entirety.

4         2.  Claim no. 4-1 of Google LLC is disallowed in its entirety.

5                     ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, California 90034

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 28, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    Leslie.Klott@carringtonmh.com
- Sam S Leslie    admin@leaaccountancy.com
- Christopher A, Minier    cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **January 28, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

White and Williams LLP
Attn: Rachel J. Eisenhaure
101 Arch St., Suite 1930
Boston, MA 02110

Google LLC
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139

White and Williams LLP
Attn: Amy Vulpio, Esq.
1650 Market St., Suite 1800
Philadelphia, PA 19103

Google LLC
Attn:Sundar Pichai, CEO
1600 Amphitheatre Parkway
Mountain View, CA 94043

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 28, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL**
vulpioa@whiteandwilliams.com
vaquintanilla@gmail.com
eisenhaurer@whiteandwilliams.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                 Page 2                 **F 9021-1.2.BK.NOTICE.LODGMENT**