United States Bankruptcy Court

Central District of California

In re:  
Damien Stephen Navarro  
    Debtor

Case No. 15-12721-BB  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Damien Stephen Navarro, 8012 Happy Lane, Los Angeles, CA 90046-2013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad D Krasnoff (TR) | bdktrustee@lnbyg.com  bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com |
| Christopher A, Minier | on behalf of Interested Party Courtesy NEF cminier@go2.law  kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law |
| Eric P Israel | on behalf of Trustee Brad D Krasnoff (TR) epi@lnbyg.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Jeffrey S Kwong | on behalf of Creditor The Hercules Campus  LLC jsk@lnbyg.com, jsk@ecf.inforuptcy.com |
| Johnny White | on behalf of Debtor Damien Stephen Navarro JWhite@wrslawyers.com  jlee@wrslawyers.com |
| Kurt Ramlo | on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 29, 2026 | Form ID: pdf042 | Total Noticed: 1

Kurt Ramlo
    on behalf of Creditor The Hercules Campus LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Leslie M Klott
    on behalf of Creditor Frontier State Bank Leslie.Klott@carringtonmh.com

Sam S Leslie
    admin@leaaccountancy.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Trustee Brad D Krasnoff (TR) Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 12

ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Brad D. Krasnoff, Trustee

**FILED & ENTERED**

**JAN 29 2026**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY evangeli   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAMIEN STEPHEN NAVARRO,<br><br>    Debtor. | Case No. 2:15-bk-12721-BB<br><br>Chapter 7<br><br>**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 4-1 OF GOOGLE, LLC**<br><br>**Hearing:**<br>  DATE:    January 28, 2026<br>  TIME:    10:00 a.m.<br>  PLACE:   Courtroom 1539<br>               255 East Temple Street<br>               Los Angeles, California 90012 |

On January 28, 2026, at 10:00 a.m., the Court heard and considered the Trustee's Objection to Proof of Claim No. 4-1 of Google, LLC [Dkt 129] (the "Objection"), the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding. Appearing for movant Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") for the estate of Damien Stephen Navarro was Eric P. Israel of Levene, Neale, Bender, Yoo & Golubchik L.L.P.; no other appearances were made.

The Court having reviewed the Objection, having noted the lack of any response, having heard the oral statements of counsel, having found that notice of the Objection was adequate and

1 | proper, good cause appearing,

2 | **IT IS HEREBY ORDERED as follows**:

3 | 1. The Objection is sustained in its entirety.

4 | 2. Claim no. 4-1 of Google LLC is disallowed in its entirety.

5 | ###

Date: January 29, 2026

Sheri Bluebond
United States Bankruptcy Judge

2