BRAD D. KRASNOFF
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310)229-1234
Telecopier: (310) 229-1244
Email: bdk@lnbyg.com

CHAPTER 7 TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

DAMIEN STEPHEN NAVARRO

Debtor.

Bk. No. 2:15-bk-12721-BB

Chapter 7

**NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT AND NOTICE TO PROFESSIONALS TO FILE FINAL APPLICATIONS FOR COMPENSATION**

[No Hearing Required]

TO U.S. BANKRUPTCY COURT - ASSET CLOSING SECTION, U.S. TRUSTEE, DEBTOR'S ATTORNEY AND EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:

YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee is prepared to file a Final Report and Account.

Professional persons are notified that the last day for filing applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(c)(4)(B).

Dated: April 28, 2026

_____
BRAD D. KRASNOFF,
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **Notice Of Intent To File Final Report And Account And Notice To Professionals To File Final Applications For Compensation** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 28, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Leslie M Klott    Leslie.Klott@carringtonmh.com
- Brad D Krasnoff (TR)    bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Sam S Leslie    admin@leaaccountancy.com
- Christopher A, Minier    cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **April 28, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| The Schroeder Firm, LLC<br>138 33rd Avenue S.<br>Jacksonville, Fl 32250 | Freese & Gross, PLLC<br>3500 Maple Avenue, Suite 1100<br>Dallas, TX 75219 | Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098 |
| Ferrer Poirot & Wansbrough<br>2603 Oak Lawn Avenue,<br>Suite 300<br>Dallas, TX 75219 | Damien Stephen Navarro<br>4328 Edenhurst Ave.<br>Los Angeles, CA 90039 | Peter De La Cerda<br>Freese & Gross, PLLC<br>3500 Maple Avenue,<br>Suite 1100<br>Dallas, TX 75219 |
| Eric P. Isreal<br>Levene, Neale, Bender, Yoo & Golubchik, LLP<br>2818 La Cienega Ave<br>Los Angeles, CA 90034 | LEA Accounting, LLP<br>Sam Leslie<br>1130 S. Flower Street<br>Suite 312<br>Los Angeles, CA 90015 | *U.S. Trustee*<br>915 Wilshire Blvd,<br>Suite 1850<br>Los Angeles, CA 90017 |

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 28, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 28, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**