BRAD D. KRASNOFF
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310)229-1234
Telecopier: (310) 229-1244
Email: bdk@lnbyg.com


CHAPTER 7 TRUSTEE


**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**


| In re | Bk. No. 2:15-bk-12721-BB |
|---|---|
| DAMIEN STEPHEN NAVARRO | Chapter 7 |
| Debtor. | **REQUEST FOR COURT COSTS** |
| | Date:<br>Time:     NO HEARING REQUIRED<br>Place: |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned trustee is prepared to file a Final Report and Account and requests that the Clerk of the Court provide the court costs that have been incurred in this case.  Said sum will be included in the Final Report and Account.


DATED: April 28, 2026

_____
BRAD D. KRASNOFF,
Chapter 7 Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **Request For Court Costs** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 28, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eric P Israel     epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Leslie M Klott     Leslie.Klott@carringtonmh.com
- Brad D Krasnoff (TR)     bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com
- Jeffrey S Kwong     jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Sam S Leslie     admin@leaaccountancy.com
- Christopher A, Minier     cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Kurt Ramlo     RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Zev Shechtman     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Johnny White     JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **April 28, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 28, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 28, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**