ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Applicant as Successor General Bankruptcy
Counsel for Brad D. Krasnoff, Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:15-bk-12721-BB |
|---|---|
| DAMIEN STEPHEN NAVARRO, | Chapter 7 |
| Debtor. | **SECOND AND FINAL APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL TO TRUSTEE; DECLARATIONS OF ERIC P. ISRAEL AND BRAD D. KRASNOFF IN SUPPORT THEREOF** <br><br> **[Covering the period from October 1, 2025, through Close of Case]** <br><br> **[HEARING TO BE SET]** |

Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("applicant" or "Levene-Neale") presents its Second and Final Application for Award of Compensation and Reimbursement of Expenses as Successor General Bankruptcy Counsel for Trustee (the "application") and respectfully represents as follows:

1.     **Identity of Applicant**

The applicant is Levene, Neale, Bender, Yoo & Golubchik L.L.P.

/ / /

/ / /

1

## 2.      **Nature of Representation**

Applicant represents Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") in this case as his successor general bankruptcy counsel.

Prior to February 1, 2025, with approval of the Court, the law firm of Danning, Gill, Israel & Krasnoff, LLP (Danning-Gill") represented the Trustee in this case as his general bankruptcy counsel.

On February 1, 2025, Danning-Gill ceased rendering legal services.  Brad Krasnoff and the lead attorney handling this matter for the Trustee, Eric Israel, joined Levene-Neale as of February 1, 2025.  Applicant has represented the Trustee since that time.

## 3.      **Employment of Applicant**

The order authorizing applicant's employment was entered on or about March 21, 2025, effective as of February 1, 2015 [Dkt 98].  Exhibit "6."

## 4.      **Procedural Status and History of Case**

On or about February 24, 2015 (the "petition date"), Damien Stephen Navarro (the "debtor") commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.  Brad D. Krasnoff accepted appointment as the Chapter 7 for the debtor's estate.

The case was erroneously closed on or about October 29, 2015.  That closure order was vacated.

On or about May 5, 2016, the Trustee filed his report of no assets after leaving a judgment unadministered, and the case was closed again on or about January 25, 2017.

Pursuant to an order entered on or about May 18, 2020, the Court reopened the debtor's case yet again to administer a previously undisclosed asset – the RCALA Lawsuit discussed below in category "AD".  Brad D. Krasnoff was re-appointed as the Chapter 7 for the debtor's estate and continues to serve in that capacity.

/ / /

/ / /

5.      **Funds on Hand with the Trustee and Administrative Expenses**

The Trustee at present is holding $179,003.63, which are free and clear funds.  The only other known accrued outstanding administrative expenses[1] are the Trustee's fee and costs, the latter of which is approximately $36,000; previously allowed but unpaid fees of Danning-Gill in the sum of $9,433.00; and the fees and costs of the Trustee's accountants of $5,431.50 and $329.08, respectively.

6.      **Prior Fee Applications and Payments to Applicant**

This is applicant's second and final application for compensation and reimbursement of expenses.  On or about October 7, 2025, applicant filed its first interim application for compensation and reimbursement of expenses [Dkt 118], seeking allowance and payment of fees and costs of $23,175.00 and $516.63, respectively.  Pursuant to an order entered on or about October 31, 2025, the Court awarded all of those fees and costs on an interim basis and authorized the Trustee to pay Levene-Neale those sums.  Exhibit "7".

No retainer or other compensation has been paid to applicant to date.  There is no provision or agreement for payment to applicant in this case, except from this estate in such sums as the Court may allow.

7.      **Period Covered by Application**

This application covers the period from October 1, 2025, through the close of the case (the "subject period").

/ / /

/ / /

/ / /

/ / /

---

[1] Contingency fees of special litigation counsel of  (based on 40% of the sums received) and costs have previously allowed and been paid.  Dkt 106.

3

8. **Summary of Requested Compensation**

Applicant requests that the Court allow it, on a final basis, fees and costs of $44,700.00 and $755.75, respectively, including $21,525.00 and $239.12, respectively, for the subject period. Applicant requests that the Court authorize the Trustee to pay it at this time the remaining balances of $21,525.00 and $239.12, respectively, on a final basis.

9. **Exhibits**

The following exhibits in support of this application are attached:

| EXHIBIT | DESCRIPTION |
| --- | --- |
| "1" | Detailed billing records of time spent by each professional for applicant during the subject period, including a breakdown by activity code. |
| "2" | Detailed records of out-of-pocket expenses advanced by applicant during the subject period. |
| "3" | Aggregate summaries of fees and costs incurred in this case during the subject period. |
| "4" | Summary of the fees for each professional who rendered services in this case. |
| "5" | Detailed biographies of each professional employed by applicant. |
| "6" | Copy of the order authorizing applicant's employment as the Trustee's successor general counsel entered on or about March 21, 2015 (Dkt.98). |
| "7" | Copy of the order entered on or about October 30, 2025 approving applicant's first interim fee application (Dkt 124). |
| "8" | Summary Sheet. |

10. **Narrative of Services**

The details of applicant's services in this case are set forth in Exhibit "1." Without limiting the detail provided in Exhibit "1," applicant provides the following narrative summary:

///

///

///

///

4

a.    **<u>Asset Disposition ("AD"):</u>**

Applicant monitored the Trustee's lawsuit against the Roman Catholic Archbishop of Los Angeles ("RCALA" and the "RCALA Lawsuit"), which was being prosecuted by the Trustee's special litigation counsel.  One test case (not the debtor's) was litigated and appealed.  After the ruling thereon, the Trustee was advised that global settlement negotiations followed with the many plaintiffs.  RCALA threatened to file bankruptcy if a settlement was not reached.

A year or so ago, special litigation counsel handling the RCALA Lawsuit advised that a settlement framework had been reached.  A settlement administrator was assigned to evaluate all claims.  In July 2025, the settlement administrator issued a tentative award to the debtor, but the debtor was dissatisfied with the award and appealed.  Upon review, the debtor's award was significantly increased, and that appeal was final.  At that point, the Trustee asked applicant to prepare the motion to approve the compromise.

Applicant drafted and filed the compromise motion and notice, including a request to pay fees and costs to special litigation counsel.  The Court granted that motion, and applicant prepared the order thereon.  Pursuant to that settlement, the Trustee received a total of approximately $783,000 thereunder, payable 75% after August 1, 2025, and 25% after April 1, 2026.  The first payment of 75%, or $587,879.52, was received last year.  The remaining 25% was received in April 2026.  Although the Trustee at first was advised that he may have been entitled to additional sums if the settlement administrator confirmed that there are no medical liens, no additional funds are expected.  All of the funds in this estate will originate from this settlement.

Shortly after the settlement order was entered, the debtor advised that he had gone to a litigation finance company and taken an advance against his share of the settlement.  Applicant reviewed the litigation finance documentation and prepared a stipulation and order concerning that payment.  The $103,136.72 loan payoff came from the debtor's share of the settlement.

During the subject period, applicant expended an aggregate of 0.50 hours of time in this category, valued at $388.50.

/ / /

/ / /

b. **Case Administration ("CA"):**

Applicant rendered legal services typically required of the Trustee's general counsel in aid of his administration of the estate. Applicant had discussions with the Trustee and his accountants concerning fee applications and prepared the notice to creditors. The debtor contacted the Trustee and requested a "pause" on distributions. The debtor advised that he wished to contact creditors and ask them to voluntarily reduce or waive their claims because of the nature of the settlement that gave rise to the funds in the estate. Applicant discussed the debtor's intended actions with the Trustee and forwarded information on claims to the debtor. No creditors amended or withdrew their claims. Applicant communicated with the Trustee concerning closing issues.

During the subject period, applicant expended an aggregate of 4.60 hours of time in this category, valued at $2,586.00.

c. **Claim Objections ("CL"):**

Applicant reviewed proofs of claim filed against the debtor's estate as they were served via ECF.

After a review of claims, applicant discovered that claim number 4 in favor of Google, LLC ("Google") for $102,662.86 appeared to be a debt of a business that the debtor had been affiliated with -- Earthbound Interactive, LLC ("Earthbound"). All of the supporting invoices were to Earthbound – not the debtor individually. Although the debtor listed this debt on his schedules, the documentation attached to the proof of claim did not support his being personally liable for that debt. Applicant reached out to counsel for Google who had filed claim no.4 to request supporting documentation, but it did not hear back.

As a result, applicant prepared an objection to claim no. 4, and filed and served it. Applicant then was contacted by counsel for Google, who asked in light of the fact that the debt had been incurred back in 2013 and 2014, that the Trustee stipulate to continue the hearing on the objection. The Trustee agreed, and applicant prepared a stipulation and order thereon. However, after forwarding the stipulation, Google's counsel eventually advised that Google conceded that the debtor had no personal liability for the debt and that a continuance was no longer needed.

Applicant appeared at the hearing, whereat it relayed that communication, and the Court sustained the objection. Applicant prepared the order thereon, which the Court signed and was entered on or about January 29, 2026.

During the subject period, applicant expended an aggregate of 10.10 hours of time in this category, valued at $7,059.00.

d. **Fee/Employment Application ("FA"):**

Applicant prepared its own employment application, as well as the related declaration of non-opposition and the order thereon. Exhibit "6'.

Applicant prepared applicant's first interim fee application and the order thereon.

Applicant is also preparing the within final fee application.[2]

During the subject period, applicant expended an aggregate of 11.20 hours of time in this category, valued at $6,832.50.

e. **Fee/Employment Applications of Others ("FO"):**

Applicant prepared the final fee application for Danning-Gill and the order thereon.

Applicant also reviewed the employment pleadings for the Trustee's accountants and their interim and final fee applications.

Applicant also prepared orders on the interim fee applications for Danning-Gill and the Trustee's accountants.

During the subject period, applicant expended an aggregate of 7.70 hours of time in this category, valued at $4,659.00.

/ / /

/ / /

/ / /

---

[2] Applicant has not billed for attending the hearing on this application. If an appearance is required, applicant reserves the right to seek fees and costs for that appearance and any other fees or costs incurred after the filing of this application.

7

11. **Summary of Fees by Professionals**

A summary of the fees for each professional who rendered services in this case is part of Exhibit "6".

The rates provided are the normal hourly rates that applicant charges to its regularly paying non-bankruptcy clients for similar services.  The blended hourly rate for applicant's attorneys who rendered services for the Trustee is $766.01 (not including no charge time).

12. **Expenses**

During the subject period, applicant advanced costs aggregating $239.12 in this case. Attached as Exhibit "2" are detailed statements of the expenses incurred by applicant.  Applicant requests allowance of costs on a final basis of costs aggregating $755.75, including $239.12 for the subject period.  Applicant requests payment of $239.12, on a final basis.

13. **Factors Affecting the Award of Compensation**

Applicant did not receive a retainer payment when it accepted employment in this case. Moreover, at that time there were no funds in the estate and no assurance that free and clear funds could be generated.  Ultimately, no funds were generated in this case for 10 years.  Applicant and its predecessor truly accepted this engagement on a contingency basis.  Nevertheless, applicant took prompt action and performed vital and important services in this case, all of which were necessary and of value to the estate.  All of the funds in the estate are the direct result of the services of the Trustee, special litigation counsel, applicant and predecessor general counsel.  It presently appears that this case may actually result in a surplus, with payment of surplus interest to creditors and an additional return to the debtor.

Applicant has utilized its experience and expertise in this case in a variety of matters and issues in representing trustees, including analyzing lawsuits and obtaining approval of settlements.

Applicant, and each of its partners and associates, specializes in the areas of insolvency, commercial law and reorganization.  Resumes for the professionals who rendered services for the Trustee in this case are contained in the attached Exhibit "6."

8

14.    **No Sharing of Compensation**

No agreement, directly or indirectly, and no understanding exists, exists for a division of any compensation awarded herein between applicant and any other persons contrary to the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or applicable provisions of state law.

15.    **Compliance with Guidelines of United States Trustee**

Applicant's records for time and costs billed to the Trustee are maintained in the format required by Guidelines of the Office of the United States Trustee, except that costs could not be attributed to separate activity codes under applicant's computerized billing system.  As indicated by the attached declaration, the Trustee has reviewed, and has no unresolved concerns about this application.  The Summary Sheet is attached as Exhibit "8."

16.    **Prayer**

Applicant requests that the Court allow it, on a final basis, fees and costs of $44,700.00 and $755.75, respectively, including fees and costs of $21,525.00 and $239.12, respectively, for the subject period.  Applicant requests that the Court authorize the Trustee to pay the remaining balances of $21,525.00 and $239.12 at this time, on a final basis.  Applicant further prays for all other appropriate relief.

DATED:  May 8, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:    _/s/ Eric P. Israel_
ERIC P. ISRAEL
Applicant as Attorneys for Brad D. Krasnoff, Trustee

9

## DECLARATION OF ERIC P. ISRAEL

I, Eric P. Israel, declare as follows:

1.      I am an attorney, duly licensed and entitled to practice law in the State of California and before this Court.  I am a partner in the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("Levene-Neale"), the duly employed successor general bankruptcy counsel for Brad D. Krasnoff, the Chapter 7 trustee in this case.  Before that, I was the principal of a professional corporation that was a partner in Danning, Gill, Israel & Krasnoff, LLP ("Danning-Gill"), which was the duly employed predecessor general bankruptcy counsel for the Trustee in this case.

2.      I have personal knowledge of the facts in this declaration and, if called as a witness, could testify competently to these facts.

3.      Effective as of February 1, 2025, Danning-Gill closed its doors and ceased rendering legal services.

4.      I have prepared the within Second and Final Application for Award of Compensation and Reimbursement of Expenses of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as Successor General Bankruptcy Counsel for Trustee (the "application").  The facts stated therein are true of my own knowledge, except for such matters as may be stated upon information or belief, which I believe to be true.

5.      I believe that applicant's records for time billed comply with the format required by the Guidelines of the Office of the United States Trustee, except as disclosed and justified in the application.

6.      I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and believe that the application complies with that rule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2026, at Los Angeles, California.

_/s/ Eric P. Israel_
ERIC P. ISRAEL

10

## DECLARATION OF BRAD D. KRASNOFF

I, Brad D. Krasnoff, declare as follows:

1.      I am the Chapter 7 trustee for the bankruptcy estate of Damien Stephen Navarro.

2.      I have personal knowledge of the facts in this declaration and, if called as a witness, could testify competently to such facts.

3.      I have reviewed the within Second and Final Application for Award of Compensation and Reimbursement of Expenses of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as Successor General Bankruptcy Counsel for Trustee (the "application").

4.      I have no unresolved objections to the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2026, at Los Angeles, California.

BRAD D. KRASNOFF

11

# EXHIBIT "1"

## FEE  APPLICATION

**Brad D. Krasnoff, Trustee**                                           *5/7/2026*

,

**Damien Stephen Navarro**                          BDK
**OUR FILE #:  10812**

PROFESSIONAL SERVICE RENDERED      10/1/2025      THROUGH    4/29/2026

TOTAL PROFESSIONAL HOURS      34.1         FEES         $21,525.00

COSTS

REPRODUCTION COSTS                     154.20
POSTAGE                                       84.92
                                    TOTAL COSTS              $239.12

CURRENT PERIOD TOTAL PROFESSIONAL FEES AND COSTS        $21,764.12

**DETAILED ACTIVITIES**

**Damien Stephen Navarro**

**CASE #    10812**

5/7/2026          Page #          1

From Date    10/1/2025
To Date      4/29/2026

### 02 - ASSET DISPOSITION

10/1/2025   REVIEW MEMO FROM P. DE LA CERDA RE PAYMENT IN MAIL; REVIEW MEMO FROM TRUSTEE RE SAME

| 2847514 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

10/3/2025   REVIEW MEMOS TO AND FROM TRUSTEE AND P. DE LA CERDA RE WATER-FALL FROM 75% PAYMENT

| 2849060 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

3/16/2026   REVIEW MEMO FROM TRUSTEE RE UPDATE ON REMAINING SETTLEMENT PAYMENTS; REVIEW MEMO FROM P. DE LA CERDA RE SAME

| 2891036 | EPI | 795.00 | $79.50 | 0.1 |
|---|---|---|---|---|

4/14/2026   REVIEW MEMOS TO AND FROM P. DE LA CERDA AND TRUSTEE RE ADDITIONAL 25% PAYMENT, CALCULATIONS, SUMS DUE DEBTOR; MULTIPLE

| 2899101 | EPI | 795.00 | $159.00 | 0.2 |
|---|---|---|---|---|

| | | **Total** | **$388.50** | **0.5** |
|---|---|---|---|---|

### 04 - CASE ADMINISTRATION

10/1/2025   TELEPHONE CONFERENCE WITH S. LESLIE RE INTERIM FEE APPLICATIONS

| 2845641 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

10/1/2025   PREPARATION OF MEMO TO TRUSTEE RE POSSIBLE INTERIM TRUSTEE FEE APPLICATION, UPDATE ON FUNDS RECEIVED; REVIEW RESPONSE; MULTIPLE

| 2847512 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

10/3/2025   PREPARATION OF NOTICE TO CREDITORS OF HEARING ON FEE APPLICATIONS

| 2846132 | EPI | 750.00 | $525.00 | 0.7 |
|---|---|---|---|---|

10/6/2025   REVISE NOTICE TO CREDITORS OF FEE HEARINGS

| 2849080 | EPI | 750.00 | $225.00 | 0.3 |
|---|---|---|---|---|

10/7/2025   PREPARATION OF **NOTICE OF HEARING ON APPLICATIONS FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

| 2847463 | DAMON0 | 0.00 | $0.00 | 0.5 |
|---|---|---|---|---|

10/7/2025   REVISE NOTICE TO CREDITORS

| 2849158 | EPI | 750.00 | $150.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| **Damien Stephen Navarro** | | 5/7/2026 | Page # | **2** |
|---|---|---|---|---|
| **CASE #    10812** | | **From Date** | **10/1/2025** | |
| | | **To Date** | **4/29/2026** | |

| Date | Description | ID | Rate | Amount | Hours |
|---|---|---|---|---|---|
| 10/27/2025 | REVIEW TENTATIVE RULINGS ON FEE APPLICATIONS; PREPARE MEMO TO TRUSTEE AND ACCOUNTANTS RE SAME; REVIEW RESPONSE | | | | |
| | 2853363 | EPI | 750.00 | $150.00 | 0.2 |
| 10/27/2025 | PREPARATION OF MEMO TO CHAMBERS REGISTERING FOR HEARING ON FEE APPLICATIONS | | | | |
| | 2853376 | EPI | 750.00 | $75.00 | 0.1 |
| 10/27/2025 | REVIEW MEMO FROM TRUSTEE RE CLOSING ISSUES AND TIMELINE; RESPOND; MULTIPLE | | | | |
| | 2853378 | EPI | 750.00 | $75.00 | 0.1 |
| 10/29/2025 | REVIEW MEMO FROM DEBTOR RE "REQUEST TO PAUSE DISTRIBUTIONS"; RESPOND RE RESULTS OF HEARINGS, CLAIMS FILED; MULTIPLE | | | | |
| | 2853540 | EPI | 750.00 | $225.00 | 0.3 |
| 10/29/2025 | PREPARATION FOR HEARING ON FEE APPLICATIONS | | | | |
| | 2853544 | EPI | 750.00 | $225.00 | 0.3 |
| 10/29/2025 | PREPARATION OF MEMO TO TRUSTEE RE RESULTS OF HEARING, ORDERS; REVIEW RESPONSE; MULTIPLE | | | | |
| | 2853598 | EPI | 750.00 | $75.00 | 0.1 |
| 10/31/2025 | PREPARATION OF MEMO TO TRUSTEE RE ENTRY OF 3 FEE ORDERS, PAYMENT | | | | |
| | 2853648 | EPI | 750.00 | $75.00 | 0.1 |
| 1/21/2026 | REVIEW MEMOS TO AND FROM TRUSTEE AND P. DE LA CERDA RE 1099 TAX ID INFORMATION FOR LAW FIRMS; REVIEW RESPONSE; MULTIPLE | | | | |
| | 2876443 | EPI | 795.00 | $79.50 | 0.1 |
| 1/22/2026 | REVIEW MEMOS TO AND FROM TRUSTEE AND P. DE LA CERDA RE 1099'S; MULTIPLE | | | | |
| | 2876661 | EPI | 795.00 | $79.50 | 0.1 |
| 1/28/2026 | PREPARATION OF NOL RE: **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON TRUSTEE'S MOTION OBJECTING TO PROOF OF CLAIM NO. 4-1 OF GOOGLE LLC** | | | | |
| | 2876760 | DAMON0 | 0.00 | $0.00 | 0.5 |
| 1/28/2026 | PREPARATION OF **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON TRUSTEE'S MOTION OBJECTING TO PROOF OF CLAIM NO. 4-1 OF GOOGLE LLC** | | | | |
| | 2876761 | DAMON0 | 0.00 | $0.00 | 0.2 |
| 3/2/2026 | REVIEW MEMOS TO AND FROM TRUSTEE AND ACCOUNTANTS RE ESTATE TAX RETURNS | | | | |
| | 2886755 | EPI | 795.00 | $79.50 | 0.1 |

**DETAILED ACTIVITIES**

**Damien Stephen Navarro**

**CASE  #      10812**

5/7/2026          Page #        3

From Date      10/1/2025
To Date        4/29/2026

| Date | Description | | Rate | Amount | Hours |
|---|---|---|---|---|---|
| 4/20/2026 | REVIEW MEMO FROM ACCOUNTANTS RE TAX RETURNS; REVIEW RESPONSE FROM TRUSTEE | | | | |
| 2901948 | EPI | | 795.00 | $79.50 | 0.1 |
| 4/22/2026 | REVIEW MEMO FROM TRUSTEE RE RECEIPT OF FINAL PAYMENT, CLOSING CASE PROCEDURES, NO MEDICAL LIEN PAYMENTS; RESPOND; MULTIPLE | | | | |
| 2901987 | EPI | | 795.00 | $159.00 | 0.2 |
| 4/22/2026 | REVIEW MEMO FROM TRUSTEE RE NOTICE TO PROFESSIONALS, SERVICE QUESTION; RESPOND; MULTIPLE | | | | |
| 2901989 | EPI | | 795.00 | $79.50 | 0.1 |
| 4/29/2026 | PREPARATION OF MEMO TO TRUSTEE RE PROJECTED ADMINISTRATIVE EXPENSES; REVIEW RESPONSE | | | | |
| 2903015 | EPI | | 795.00 | $79.50 | 0.1 |
| | | **Total** | | **$2,586.00** | **4.6** |

**05  -  CLAIMS ADMIN. AND OBJECTIONS**

| Date | Description | | Rate | Amount | Hours |
|---|---|---|---|---|---|
| 12/12/2025 | REVIEW MEMO FROM TRUSTEE RE REVIEW OF CLAIMS, GOOGLE CLAIM ISSUE AND POSSIBLE GUARANTY; RESPOND; MULTIPLE | | | | |
| 2866962 | EPI | | 750.00 | $375.00 | 0.5 |
| 12/12/2025 | PREPARATION OF MEMO TO GOOGLE COUNSEL REQUESTING BACKUP FOR CLAIM | | | | |
| 2866964 | EPI | | 750.00 | $150.00 | 0.2 |
| 12/18/2025 | PREPARATION OF FOLLOW UP EMAIL RE GOOGLE CLAIM QUESTIONS | | | | |
| 2867472 | EPI | | 750.00 | $75.00 | 0.1 |
| 12/23/2025 | PREPARATION OF **TRUSTEE'S MOTION OBJECTING TO PROOF OF CLAIM NO. 4-1 OF GOOGLE LLC; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF BRAD D. KRASNOFF IN SUPPORT THEREOF** | | | | |
| 2869335 | DAMON0 | | 0.00 | $0.00 | 0.6 |
| 12/23/2025 | PREPARATION OF NOTICE OF OBJECTION TO CLAIM | | | | |
| 2869336 | DAMON0 | | 0.00 | $0.00 | 0.4 |
| 12/23/2025 | PREPARATION OF MEMO TO TRUSTEE RE OBJECTING TO GOOGLE POC; REVIEW RESPONSE | | | | |
| 2869502 | EPI | | 750.00 | $75.00 | 0.1 |
| 12/23/2025 | PREPARATION OF OBJECTION TO CLAIM NO. 4-1 OF GOOGLE | | | | |
| 2869505 | EPI | | 750.00 | $1,800.00 | 2.4 |

## DETAILED ACTIVITIES

**Damien Stephen Navarro**

**CASE #    10812**

5/7/2026          Page #          4

From Date    10/1/2025
To Date    4/29/2026

| Date | Description | ID | Rate | Amount | Hours |
|------|-------------|-----|------|--------|-------|
| 12/23/2025 | PREPARATION OF NOTICE OF OBJECTION TO CLAIM NO. 5 OF GOOGLE; PREPARE FOR FILING AND SERVICE | | | | |
| | | 2869506   EPI | 750.00 | $375.00 | 0.5 |
| 12/23/2025 | PREPARATION OF MEMO TO TRUSTEE RE DRAFT OBJECTION TO GOOGLE CLAIM; REVIEW RESPOSNE; MULTIPLE | | | | |
| | | 2869519   EPI | 750.00 | $75.00 | 0.1 |
| 1/13/2026 | REVIEW MEMO FROM M. INGRASSIA REQUESTING PROJECTIONS ON DISTRIBUTIONS TO GOOGLE (.10); RESPOND (.30); PREPARE MEMO TO TRUSTEE WITH ANALYSIS (1.4); REVIEW RESPONSE (.10); MULTIPLE | | | | |
| | | 2874515   EPI | 795.00 | $1,510.50 | 1.9 |
| 1/14/2026 | REVIEW MEMO FROM M. INGRASSIA REQUESTING EXTENSION TO RESPOND TO COMPLAINT; RESPOND; MULTIPLE | | | | |
| | | 2875309   EPI | 795.00 | $159.00 | 0.2 |
| 1/14/2026 | PREPARATION OF STIPULATION TO CONTINUE HEARING ON OBJECTION TO GOOGLE POC | | | | |
| | | 2875367   EPI | 795.00 | $477.00 | 0.6 |
| 1/14/2026 | PREPARATION OF ORDER APPROVING STIPULATION TO CONTINUE HEARING ON OBJECTION TO GOOGLE POC | | | | |
| | | 2875368   EPI | 795.00 | $238.50 | 0.3 |
| 1/16/2026 | REVIEW MEMO FROM M. INGRASSIA RE TIMING OF STIPULATION TO CONTINUE HEARING; RESPOND; MULTIPLE | | | | |
| | | 2876031   EPI | 795.00 | $79.50 | 0.1 |
| 1/20/2026 | REVIEW AND REVISE STIPULATION TO CONTINUE HEARING ON OBJECTION TO GOOGLE POC AND ORDER (.10); PREPARE MEMO TO M. INGRASSIA RE SAME (.10) | | | | |
| | | 2876128   EPI | 795.00 | $159.00 | 0.2 |
| 1/20/2026 | PREPARATION OF MEMO TO M. INGRASSIA RE STIPULATION TO CONTINUE HEARING; REVIEW RESPONSE RE GOOGLE'S DECISION NOT TO OPPOSE OBJECTION | | | | |
| | | 2876258   EPI | 795.00 | $79.50 | 0.1 |
| 1/27/2026 | PREPARATION OF ORDER GRANTING MOTION TO  OBJECT TO CLAIM NO. 4-1 OF GOOGLE | | | | |
| | | 2876226   EPI | 795.00 | $318.00 | 0.4 |
| 1/27/2026 | PREPARATION OF MEMO TO CHAMBERS REGISTERING FOR ZOOM HEARING | | | | |
| | | 2877433   EPI | 795.00 | $79.50 | 0.1 |
| 1/27/2026 | REVIEW TENTATIVE RULING; PREPARE MEMO TO TRUSTEE RE SAME, NEED FOR APPEARANCE | | | | |
| | | 2877441   EPI | 795.00 | $159.00 | 0.2 |

**Damien Stephen Navarro**

**CASE #    10812**

5/7/2026    Page #    **5**

**From Date**    **10/1/2025**
**To Date**    **4/29/2026**

| | | | | |
|---|---|---|---|---|
| 1/28/2026 | REVISE ORDER GRANTING MOTION TO OBJECT TO POC NO. 4-1 OF GOOGLE; PREPARE FOR LODGING | | | |
| 2876141 | EPI | 795.00 | $159.00 | 0.2 |
| 1/28/2026 | PREPARE FOR HEARING ON OBJECTION TO GOOGLE POC | | | |
| 2876710 | EPI | 795.00 | $159.00 | 0.2 |
| 1/28/2026 | APPEARANCE AT HEARING ON OBJECTION TO GOOGLE CLAIM | | | |
| 2876712 | EPI | 795.00 | $318.00 | 0.4 |
| 1/28/2026 | PREPARATION OF MEMO TO TRUSTEE RE RESULTS OF HEARING ON OBJECTION TO GOOGLE POC | | | |
| 2877554 | EPI | 795.00 | $79.50 | 0.1 |
| 1/29/2026 | REVISE ORDER GRANTING MOTION OBJECTING TO POC OF GOOGLE; PREPARE FOR LODGING AND SERVICE | | | |
| 2877990 | EPI | 795.00 | $79.50 | 0.1 |
| 1/30/2026 | REVIEW ENTERED ORDER SUSTAINING OBJECTION TO GOOGLE CLAIM | | | |
| 2878321 | EPI | 795.00 | $79.50 | 0.1 |
| | | Total | **$7,059.00** | **10.1** |

**07 - FEE / EMPLOYMENT APPLICATIONS**

| | | | | |
|---|---|---|---|---|
| 10/1/2025 | REVISE FIRM'S INTERIM FEE APPLICATION | | | |
| 2845668 | EPI | 750.00 | $375.00 | 0.5 |
| 10/3/2025 | PREPARATION OF **FIRST INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL TO TRUSTEE; DECLARATIONS OF ERIC P.** | | | |
| 2846031 | DAMON0 | 0.00 | $0.00 | 0.6 |
| 10/3/2025 | REVISE FIRM'S INTERIM FEE APPLICATION | | | |
| 2846131 | EPI | 750.00 | $1,200.00 | 1.6 |
| 10/6/2025 | REVISE FIRM'S INTERIM FEE APPLICATION | | | |
| 2849078 | EPI | 750.00 | $375.00 | 0.5 |
| 10/6/2025 | PREPARATION OF MEMO TO TRUSTEE RE FIRM'S INTERIM FEE APPLICATION; RESPOND; MULTIPLE | | | |
| 2849079 | EPI | 750.00 | $75.00 | 0.1 |

**DETAILED ACTIVITIES**

| **Damien Stephen Navarro** | | **5/7/2026** | | **Page #** | **6** |
|---|---|---|---|---|---|
| **CASE #** | **10812** | **From Date** | | **10/1/2025** | |
| | | **To Date** | | **4/29/2026** | |

| Date | Description | | Rate | Amount | Hours |
|---|---|---|---|---|---|
| 10/7/2025 | PREPARATION OF **FIRST INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL TO TRUSTEE; DECLARATIONS OF ERIC P.** | | | | |
| 2847462 | DAMON0 | 0.00 | | $0.00 | 0.7 |
| 10/7/2025 | REVISE FIRM'S INTERIM FEE APPLICATION | | | | |
| 2847468 | EPI | 750.00 | | $525.00 | 0.7 |
| 10/7/2025 | PREPARATION OF MEMO TO TRUSTEE RE TWO FEE APPLICATIONS, REVISIONS; REVIEW RESPONSE; MULTIPLE | | | | |
| 2849157 | EPI | 750.00 | | $150.00 | 0.2 |
| 10/7/2025 | REVISE FIRM'S INTERIM FEE APPLICATION | | | | |
| 2849160 | EPI | 750.00 | | $375.00 | 0.5 |
| 10/28/2025 | PREPARATION OF ORDER ON FIRM'S INTERIM FEE APPLICATION | | | | |
| 2852082 | EPI | 750.00 | | $300.00 | 0.4 |
| 10/28/2025 | REVIEW MEMO FROM CHAMBERS RE APPEARANCE REGISTRATION | | | | |
| 2853493 | EPI | 750.00 | | $75.00 | 0.1 |
| 10/29/2025 | PREPARATION OF NOL RE: ORDER ON FIRST APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331) - LEA | | | | |
| 2852604 | DAMON0 | 0.00 | | $0.00 | 0.4 |
| 10/29/2025 | PREPARATION OF ORDER ON FIRST APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331) - LNBYG | | | | |
| 2852605 | DAMON0 | 0.00 | | $0.00 | 0.2 |
| 10/29/2025 | PREPARATION OF NOL RE: ORDER ON FIRST APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331) - LNBYG | | | | |
| 2852606 | DAMON0 | 0.00 | | $0.00 | 0.4 |
| 10/29/2025 | APPEARANCE AT HEARING ON FEE APPLICATIONS (ZOOM) | | | | |
| 2852523 | EPI | 750.00 | | $450.00 | 0.6 |
| 10/29/2025 | REVISE ORDER ON FIRM'S FEE APPLICATION; PREPARE FOR LODGING AND SERVICE | | | | |
| 2853595 | EPI | 750.00 | | $75.00 | 0.1 |
| 10/30/2025 | REVIEW ENTERED ORDER ON FIRMS FEE APPLICATION | | | | |
| 2857166 | EPI | 750.00 | | $75.00 | 0.1 |

**DETAILED ACTIVITIES**

**Damien Stephen Navarro**

**CASE #    10812**

5/7/2026          Page #       7

**From Date**    10/1/2025
**To Date**      4/29/2026

| Date | Description | | | | |
|---|---|---|---|---|---|
| 4/28/2026 | PREPARATION OF FINAL FEE APPLICATION FOR FIRM | | | | |
| | 2901409 | EPI | 795.00 | $556.50 | 0.7 |
| 4/28/2026 | PREPARATION OF MEMO TO TRUSTEE REQUESTING INFORMATION FOR FIRM'S FINAL FEE APPLICATION, CALCULATION OF TRUSTEE FEE; REVIEW RESPONSE; MULTIPLE | | | | |
| | 2902728 | EPI | 795.00 | $238.50 | 0.3 |
| 4/29/2026 | PREPARATION OF REVISE FIRM'S FINAL FEE APPLICATION; PREPARE FOR FILING AND SERVICE | | | | |
| | 2901624 | EPI | 795.00 | $1,987.50 | 2.5 |
| | | | **Total** | **$6,832.50** | **11.2** |

**08 - FEE / EMPLOYMENT OBJECTIONS**

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/1/2025 | REVISE FINAL FEE APPLICATION OF DGIK | | | | |
| | 2845628 | EPI | 750.00 | $825.00 | 1.1 |
| 10/3/2025 | REVISE DGIK FINAL FEE APPLICATION | | | | |
| | 2846027 | EPI | 750.00 | $1,800.00 | 2.4 |
| 10/3/2025 | PREPARATION OF MEMO TO TRUSTEE RE FINAL DGIK FEE APPLICATION, TIMING RE SETTLEMENT PAYMENT | | | | |
| | 2849047 | EPI | 750.00 | $75.00 | 0.1 |
| 10/3/2025 | PREPARATION OF MEMO TO TRUSTEE RE UPDATED DGIK FINAL FEE APPLICATION; REVIEW RESPONSE | | | | |
| | 2849052 | EPI | 750.00 | $75.00 | 0.1 |
| 10/6/2025 | PREPARATION OF MEMO TO TRUSTEE RE DGIK FEE APPLICATION; REVIEW RESPONSE; MULTIPLE | | | | |
| | 2849077 | EPI | 750.00 | $75.00 | 0.1 |
| 10/7/2025 | PREPARATION OF **FIRST AND FINAL APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DANNING, GILL, ISRAEL & KRASNOFF, LLP AS PREDECESSOR GENERAL BANKRUPTCY COUNSEL TO TRUSTEE; DECLARATIONS OF ERIC P.** | | | | |
| | 2847399 | DAMON0 | 0.00 | $0.00 | 0.7 |
| 10/7/2025 | REVISE DANNING GILL FINAL FEE APPLICATION | | | | |
| | 2847469 | EPI | 750.00 | $300.00 | 0.4 |
| 10/7/2025 | REVIEW ACCOUNTANTS' FEE APPLICATION | | | | |
| | 2849165 | EPI | 750.00 | $150.00 | 0.2 |

**DETAILED ACTIVITIES**

| **Damien Stephen Navarro** | | **5/7/2026** | | **Page #** | **8** |
|---|---|---|---|---|---|
| **CASE #**   **10812** | | **From Date** | | **10/1/2025** | |
| | | **To Date** | | **4/29/2026** | |

10/28/2025   PREPARATION OF ORDER ON DGIK'S FINAL FEE APPLICATION

| 2852083 | EPI | 750.00 | $300.00 | 0.4 |
|---|---|---|---|---|

10/28/2025   PREPARATION OF ORDER ON LEA ACCOUNTANCY'S INTERIM FEE APPLCIATION

| 2852084 | EPI | 750.00 | $300.00 | 0.4 |
|---|---|---|---|---|

10/29/2025   PREPARATION OF ORDER ON FIRST APPLICATION FOR PAYMENT OF FINAL FEES AND/OR
EXPENSES (11 U.S.C. § 330) - DGIK

| 2852598 | DAMON0 | 0.00 | $0.00 | 0.2 |
|---|---|---|---|---|

10/29/2025   PREPARATION OF NOL RE: ORDER ON FIRST APPLICATION FOR PAYMENT OF FINAL FEES
AND/OR
EXPENSES (11 U.S.C. § 330) - DGIK

| 2852601 | DAMON0 | 0.00 | $0.00 | 0.4 |
|---|---|---|---|---|

10/29/2025   PREPARATION OF ORDER ON FIRST APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR
EXPENSES (11 U.S.C. § 331) - LEA

| 2852603 | DAMON0 | 0.00 | $0.00 | 0.2 |
|---|---|---|---|---|

10/29/2025   REVISE ORDER ON DGIK'S FINAL FEE APPLICATION

| 2852579 | EPI | 750.00 | $150.00 | 0.2 |
|---|---|---|---|---|

10/29/2025   REVISE ORDER ON ACCOUNTANTS' FEE APPLICATION; PREPARE FOR LODGING AND SERVICE

| 2853596 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

10/29/2025   REVISE ORDER ON DGIK FEE APPLICATION; PREPARE FOR LODGING AND SERVICE

| 2853597 | EPI | 750.00 | $150.00 | 0.2 |
|---|---|---|---|---|

10/30/2025   REVIEW ENTERED ORDER ON LEA FEE APPLICATION

| 2857169 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

10/31/2025   REVIEW INTERLINEATED ENTERED ORDER ON DGIK FEE APPLICATION

| 2853651 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

11/1/2025   REVIEW INTERLINEATED ENTERED ORDER ON FEE APPLICATION OF DGIK

| 2856833 | EPI | 750.00 | $75.00 | 0.1 |
|---|---|---|---|---|

4/29/2026   REVIEW ACCOUNTANT'S FINAL FEE APPLICATION

| 2901626 | EPI | 795.00 | $159.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Damien Stephen Navarro**

**CASE  #      10812**

5/7/2026                    Page #          9

From Date    10/1/2025
To Date       4/29/2026

Total              $4,659.00                7.7

# EXHIBIT "2"

# COSTS BREAKDOWN

**5/7/2026**

**Damien Stephen Navarro**

**CASE #    10812**

**From Date** 10/1/2025

**To Date** 4/29/2026

| | | |
|---|---|---:|
| 10/31/2025 | POSTAGE | 54.78 |
| 10/31/2025 | REPRODUCTION COSTS | 87.00 |
| 11/30/2025 | POSTAGE | 0.74 |
| 11/30/2025 | REPRODUCTION COSTS | 0.20 |
| 12/31/2025 | POSTAGE | 6.44 |
| 12/31/2025 | REPRODUCTION COSTS | 24.20 |
| 1/31/2026 | POSTAGE | 2.96 |
| 1/31/2026 | REPRODUCTION COSTS | 2.80 |
| 4/29/2026 | POSTAGE | 20.00 |
| 4/29/2026 | REPRODUCTION COSTS | 40.00 |

# COSTS SUMMARY

5/7/2026

**Damien Stephen Navarro**

**FILEE #   10812**

**From Date**  10/1/2025

**To Date**  4/29/2026

| | |
|---|---:|
| REPRODUCTION COSTS | 154.20 |
| POSTAGE | 84.92 |
| **TOTAL COSTS** | **$239.12** |

# EXHIBIT "3"

# INDIVIDUAL ACTIVITIES

5/7/2026          Page          1

**Damien Stephen Navarro**
**CASE  #    10812**

**SERVICE RENDERED FROM    10/1/2025      THROUGH    4/29/2026**

### 02 - ASSET DISPOSITION

| | Hours | Rate | Fees |
|---|---|---|---|
| EPI | 0.2 | 750.00 | $150.00 |
| EPI | 0.3 | 795.00 | $238.50 |
| **Total Hours** | **0.5** | **Total Fees** | **$388.50** |

# INDIVIDUAL ACTIVITIES

5/7/2026          Page          2

**Damien Stephen Navarro**
**CASE  #    10812**

SERVICE RENDERED FROM    10/1/2025        THROUGH    4/29/2026

### 04 - CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| DAMON0 | 1.2 | 0.00 | $0.00 |
| EPI | 2.6 | 750.00 | $1,950.00 |
| EPI | 0.8 | 795.00 | $636.00 |
| **Total Hours** | **4.6** | **Total Fees** | **$2,586.00** |

# INDIVIDUAL ACTIVITIES

5/7/2026          Page          3

**Damien Stephen Navarro**
**CASE  #     10812**

### SERVICE RENDERED FROM    10/1/2025        THROUGH    4/29/2026

### 05  -  CLAIMS ADMIN. AND OBJECTIONS

| | | | |
|---|---|---|---|
| DAMON0 | 1.0 | 0.00 | $0.00 |
| EPI | 3.9 | 750.00 | $2,925.00 |
| EPI | 5.2 | 795.00 | $4,134.00 |
| **Total Hours** | **10.1** | **Total Fees** | **$7,059.00** |

# INDIVIDUAL ACTIVITIES

5/7/2026          Page          4

**Damien Stephen Navarro**
**CASE  #     10812**

**SERVICE RENDERED FROM     10/1/2025          THROUGH     4/29/2026**

### 07  -  FEE / EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| DAMON0 | 2.3 | 0.00 | $0.00 |
| EPI | 5.4 | 750.00 | $4,050.00 |
| EPI | 3.5 | 795.00 | $2,782.50 |
| **Total Hours** | **11.2** | **Total Fees** | **$6,832.50** |

INDIVIDUAL ACTIVITIES

5/7/2026    Page    5

**Damien Stephen Navarro**
**CASE  #    10812**

**SERVICE RENDERED FROM    10/1/2025    THROUGH    4/29/2026**

**08  -  FEE / EMPLOYMENT OBJECTIONS**

| | | | |
|---|---|---|---|
| DAMON0 | 1.5 | 0.00 | $0.00 |
| EPI | 6.0 | 750.00 | $4,500.00 |
| EPI | 0.2 | 795.00 | $159.00 |
| **Total Hours** | **7.7** | **Total Fees** | **$4,659.00** |

# PROFESSIONAL ACTIVITY SUMMARY

**Damien Stephen Navarro**                                    *5/7/2026*

CASE  #  10812

From Date    10/1/2025
To Date    4/29/2026

| | | | | | |
|---|---|---|---|---|---|
| **DAMON0** | **6.0** | **Hours** | **@** | **0.00** | **$0.00** |
| **EPI** | **18.1** | **Hours** | **@** | **750.00** | **$13,575.00** |
| **EPI** | **10.0** | **Hours** | **@** | **795.00** | **$7,950.00** |
| **Total Hours** | **34.1** | | | **Total Fees** | **$21,525.00** |

# ACTIVITY SUMMARY

**Damien Stephen Navarro**                                    5/7/2026

**CASE  #  10812**

From Date  10/1/2025

To Date    4/29/2026

| DESCRIPTION | FEES |
|---|---|
| ASSET DISPOSITION | $388.50 |
| CASE ADMINISTRATION | $2,586.00 |
| CLAIMS ADMIN. AND OBJECTIONS | $7,059.00 |
| FEE / EMPLOYMENT | $6,832.50 |
| FEE / EMPLOYMENT OBJECTIONS | $4,659.00 |
| TOTAL FEES | $21,525.00 |

# EXHIBIT "4"

# PROFESSIONAL ACTIVITY SUMMARY

**Damien Stephen Navarro**                                            5/7/2026

CASE  #  10812

From Date    10/1/2025
To Date      4/29/2026

| | | | | | |
|---|---|---|---|---|---|
| **DAMON0** | 6.0 | Hours | @ | 0.00 | $0.00 |
| **EPI** | 18.1 | Hours | @ | 750.00 | $13,575.00 |
| **EPI** | 10.0 | Hours | @ | 795.00 | $7,950.00 |
| **Total Hours** | 34.1 | | | **Total Fees** | $21,525.00 |

# EXHIBIT "5"

<u>ATTORNEY</u>

ERIC P. ISRAEL, has been a lawyer and advisor for more than 37 years for bankruptcy, workouts, debtor-creditor litigation, exemption planning, and business reorganizations. He represents debtors, trustees, creditors, creditor committees, and shareholders in complex bankruptcy and workout scenarios. Clients seek counsel from Eric for proactive advice when confronted with complicated problems before litigation, during litigation, and postjudgment. Eric has extensive experience representing individual and business debtors, landlords, court-appointed receivers, and bankruptcy trustees, with regard to insolvencies and business bankruptcy, and state and federal receiverships, including bankruptcy litigation and appeals. He has handled reorganizations for numerous construction companies, an oil company and retail establishments, among others.  His litigation practice includes:investigating and tracing assets and transfers and Ponzi schemes; prosecuting and defending fraudulent transfers, preferential transfers, and other avoidance actions; prosecuting and defending nondischargeability proceedings and objections to discharge; and representing sellers and buyers in asset sales. Eric also specializes in handling appeals and virtually any other issue that may arise within or outside of bankruptcy. He has handled or been actively involved in numerous high-profile and significant local cases involving HVI Cat Canyon, Inc., G. David Schine, Prime Time Shuttle, Ezri Namvar, Toni Braxton, Tom Sizemore, CBC Framing Company, Death Row Records, and Marion "Suge" Knight.  Eric is also a certified mediator through the Straus Institute for Dispute Resolution. He has served on the panel of mediators for the bankruptcy courts in the Central District of California since the panel's inception in 1998. Over the years, Eric has held leadership positions with various California bar groups, including serving as Chairman of the Commercial Law and Bankruptcy Section of the Los Angeles County Bar Association (2014–2015) and Co-Managing Editor of the California Bankruptcy Journal (2008–present). He has spoken on many diverse bankruptcy topics, including individual Chapter 11 cases, the intersection between bankruptcy and family law, avoiding power litigation, advanced issues in bankruptcy sales, Subchapter V small business reorganizations, and diversity in the field.

<u>PARAPROFESSIONAL</u>

DAMON WOO is a bankruptcy paralegal/legal assistant who received his Legal Assistant Training from the Beverly Hills Bar Association.  Mr. Woo has been working for Levene, Neale, Bender, Yoo & Golubchik, L.L.P. since November 1999.  Mr. Woo continues his paralegal education by staying in compliance with MCLE requirements under Business and Professions Code 6450(c)(4) and (d).

# EXHIBIT "6"

ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034
Phone:  310-229-1234
Fax:     310-229-1244

Attorneys for Brad D. Krasnoff, Trustee

FILED & ENTERED

MAR 21 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAMIEN STEPHEN NAVARRO,<br><br>    Debtor. | Case No. 2:15-bk-12721-BB<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL TO TRUSTEE [DOCKET NO. 95]**<br><br>[No Hearing Required] |

On February 27, 2025, Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") for the estate of Damien Stephen Navarro (the "debtor"), filed his Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as Successor General Bankruptcy Counsel *(docket no. 95)* (the "application").  It appears from the application that it is necessary that the Trustee employ counsel, that said counsel represents no interest adverse to the debtor, the estate or any creditors in the matter upon which counsel is to be engaged, and that the employment of Levene, Neale, Bender, Yoo & Golubchik L.L.P. is in the best interest of the estate. It also appears that due and proper notice of the application under LBR 9013-1(o) was given to the debtor, the debtor's counsel, the United States Trustee, the 20 largest creditors and all parties in interest. It also appears that no objections or requests for hearing with respect to the application have been filed. Good cause appearing,

1

**IT IS HEREBY ORDERED** as follows:

1.    The application is GRANTED in its entirety, and the Trustee is authorized to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P., as his successor general bankruptcy counsel, at the expense of the estate, effective as of February 1, 2025, pursuant to 11 U.S.C. § 327(a).

2.    The compensation to be awarded shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330 and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

###

Date: March 21, 2025

Sheri Bluebond
United States Bankruptcy Judge

# EXHIBIT "7"

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ERIC P. ISRAEL (State Bar No. 132426)<br>*EPI@LNBYG.COM*<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br><br>tel: (310) 229-1234<br>fax: (310) 229-1244<br><br><br>☒ *Attorney for*: Brad D. Krasnoff, Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>OCT 30 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY evangeli   DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br><br>DAMIEN STEPHEN NAVARRO,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-12721-BB<br><br>CHAPTER: 7<br><br>**ORDER ON <u>FIRST</u> APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331) (DOCKET NO. 118)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)**<br><br>DATE:  October 29, 2025<br>TIME:  2:00 p.m.<br>COURTROOM: "1539"<br>PLACE:      255 E. Temple Street<br>                  Los Angeles, CA |

1.    Name of Applicant (*specify*): **LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. as successor general bankruptcy counsel for trustee [Docket no. 118]**

2.    This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3.    Appearances were made as follows: **Appearances waived per tentative ruling.**

   a.  ☐  Applicant present in court
   b.  ☐  Attorney for Applicant present in court (name):
   c.  ☐  Attorney for United States trustee present in court
   d.  ☐  Other persons present as reflected in the court record

4.    Applicant gave the required notice of the Application on (*specify date*): **October 7, 2025 (Docket No. 119)**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 1                          **F 2016-1.3.ORDER.PAYMENT.FEES**

1781107.1  27173

5.   The court orders as follows:

a.   ☒   Application for Payment of Interim Fees is approved as follows:

(1)   ☒   Total amount allowed:  **$23,175.00**

(2)   ☒   Amount or percentage authorized for payment at this time:  **$23,175.00**

b.   ☒   Application for Reimbursement of Interim Expenses is approved and authorized for payment:

(1)   ☒   Total amount allowed:  **$516.63**

(2)   ☒   Amount or percentage authorized for payment at this time:  **$516.63**

c.   ☐   Application for Payment of Final Fees is approved in the amount of:

(1)   ☐   Total amount allowed: $

(2)   ☐   Amount or percentage authorized for payment at this time: $

d.   ☐   Application for Reimbursement of Final Expenses is approved and authorized for payment:

(1)   ☐   Total amount allowed: $

(2)   ☐   Amount or percentage authorized for payment at this time: $

e.   (1)   ☐   Application is denied

☐   in full

☐   in part

☐   without prejudice

☐   with prejudice

(2)   Grounds for denial *(specify):*

###

Date: October 30, 2025

Sheri Bluebond
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                           Page 2                           **F 2016-1.3.ORDER.PAYMENT.FEES**

1781107.1  27173

# EXHIBIT "8"

| In re<br><br>DAMIEN STEPHEN NAVARRO,<br><br><br><br>Debtor. | | Case No.<br>2:15-bk-12721-BB<br><br>Chapter 7 | Fees Previously Awarded<br>$23,175.00<br><br>Expenses Previously<br>Awarded<br>$516.13 | Name of Applicant:<br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br><br>Role in the Case:<br>Attorneys for Brad D. Krasnoff, Trustee<br><br>Current Application:<br>Fees Requested:  $21,525.00<br>Expenses Requested:  $239.12 |
|---|---|---|---|---|
| Attorneys | Year | Normal Hourly Billing Rate<br>(at time of services) | Hours | Extension<br>(hours x rate) |
| | | | | |
| See attached | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Total Blended Hourly Rate—Atty $766.01**<br>**(before No Charge time)** | | | |

1785701.1  27197

# PROFESSIONAL ACTIVITY SUMMARY

**Damien Stephen Navarro**                                                    *5/7/2026*

CASE # 10812

From Date    10/1/2025
To Date      4/29/2026

| | | | | | |
|---|---|---|---|---|---|
| **DAMON0** | 6.0 | Hours @ | 0.00 | | $0.00 |
| **EPI** | 18.1 | Hours @ | 750.00 | | $13,575.00 |
| **EPI** | 10.0 | Hours @ | 795.00 | | $7,950.00 |
| **Total Hours** | 34.1 | | | **Total Fees** | $21,525.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **SECOND AND FINAL APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL TO TRUSTEE; DECLARATIONS OF ERIC P. ISRAEL AND BRAD D. KRASNOFF IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 8, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eric P Israel     epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Leslie M Klott     Leslie.Klott@carringtonmh.com
- Brad D Krasnoff (TR)     bdktrustee@lnbyg.com, bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com
- Jeffrey S Kwong     jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Sam S Leslie    admin@leaaccountancy.com
- Christopher A, Minier     cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- Kurt Ramlo     RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Zev Shechtman     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Johnny White     JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**: On **May 8, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 8, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 8, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**