BRAD D. KRASNOFF
2818 LA CIENEGA AVENUE
LOS ANGELES, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: BDK@LNBYG.COM

CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| | |
|---|---|
| IN RE | ) Case No. 2:15-bk-12721-BB |
| | ) |
| | ) Chapter 7 |
| DAMIEN STEPHEN NAVARRO, | ) |
| | ) **NOTICE OF SUBMISSION OF** |
| | ) **TRUSTEE'S FINAL REPORT TO THE** |
| Debtor. | ) **OFFICE OF THE UNITED STATES** |
| | ) **TRUSTEE** |
| | ) |
| | ) [NO HEARING DATE SET] |

NOTICE IS HEREBY GIVEN that the Trustee's Final Report, Application for Trustee's Fees and Expenses, and Report of Proposed Distribution were submitted to the Office of the United States Trustee on June 8. 2026.

DATED:   June 8, 2026

_____
BRAD D. KRASNOFF, CHAPTER 7 TRUSTEE