BRAD D. KRASNOFF, TRUSTEE
2818 LA CIENEGA AVENUE
LOS ANGELES, CA  90034
(310) 229-1234
(310) 229-1244 - FAX
BDK@LNBYG.COM

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Damien Stephen Navarro | § | Case No. 2:15-bk-12721-BB |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/24/2015.   The undersigned trustee was appointed on 02/24/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $           783,839.36

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 373,769.59 |
| Bank service fees | 0.00 |
| Other payments to creditors | 103,136.72 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 127,929.42 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]           $ | 179,003.63 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was 09/01/2020 and the deadline for filing governmental claims was 08/24/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $35,306.42.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $35,306.42, for a total compensation of $35,306.42[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $126.43, for total expenses of $126.43[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 06/08/2026_____     By: /s/Brad D. Krasnoff_____
                                            Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-12721 | BB | Judge: | Sheri Bluebond | Trustee Name: | Brad D. Krasnoff |
|---|---|---|---|---|---|---|
| Case Name: | Damien Stephen Navarro | | | | Date Filed (f) or Converted (c): | 02/24/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/03/2015 |
| For Period Ending: | 06/08/2026 | | | | Claims Bar Date: | 09/01/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Residence: 8012 Happy Lane Los Angeles, Ca 90046 Value Based<br><br>C.C.P.  703.140(b)(5) | 690,462.00 | 0.00 | OA | 0.00 | FA |
| 2.  Cash On Hand<br><br>C.C.P.  703.140(b)(5) | 120.00 | 0.00 | | 0.00 | FA |
| 3.  Bank Of America - Checking Account ($4500 Was Levied By Judg<br><br>C.C.P.  703.140(b)(5) | 4,500.00 | 0.00 | | 0.00 | FA |
| 4.  Citibank Non-Filing Spouse's Checking/Savings Accounts<br><br>C.C.P.  703.140(b)(5) | 13,478.80 | 0.00 | | 0.00 | FA |
| 5.  Separate Property Art Work Owned By Non-Filing Spouse - Acqu<br><br>NO EXEMPTION CLAIMED.  NOT PROPERTY OF THE ESTATE. | 25,000.00 | 0.00 | | 0.00 | FA |
| 6.  Real And Costume Jewelry<br><br>C.C.P.  703.140(b)(4)C.C.P.  703.140(b)(4) C.C.P. 703.140(b)(5) | 5,000.00 | 0.00 | | 0.00 | FA |
| 7.  Debtor Has A Term Life Insurance Policy. There Is No Cash Va<br><br>TERM INSURANCE.  NO EXEMPTION CLAIMED.  NO VALUE TO THE ESTATE. | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Dna Agency Group - Debtor Is A 51% Owner Of This Business An<br><br>NO EXEMPTION CLAIMED.  NO VALUE TO THE ESTATE. | 1,530.00 | 0.00 | | 0.00 | FA |

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-12721 | BB | Judge: | Sheri Bluebond | Trustee Name: | Brad D. Krasnoff |
|---|---|---|---|---|---|---|
| Case Name: | Damien Stephen Navarro | | | | Date Filed (f) or Converted (c): | 02/24/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/03/2015 |
| For Period Ending: | 06/08/2026 | | | | Claims Bar Date: | 09/01/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9.  Debtor And Blaine Behringer Were Founders Of Earthbound Inte<br><br>TRUSTEE INVESTIGATING.   BC560991 - JUDGMENT IN TRUSTEE'S FAVOR FOR $1,705,242.98 PLUS INTEREST ON 11/20/15. | 1,500,000.00 | 0.00 | | 0.00 | FA |
| 10.  2011 Toyota Tacoma Mileage: 96,000 Pif<br><br>C.C.P.  703.140(b)(2)C.C.P.  703.140(b)(2) C.C.P.  703.140(b)(5) | 10,023.00 | 0.00 | | 0.00 | FA |
| 11.  2015 Mercedes Slk Leased By Non-Filing Spouse<br><br>NO EXEMPTION CLAIMED.  NOT PROPERTY OF THE ESTATE. | 0.00 | 0.00 | | 0.00 | FA |
| 12.  5 Goats 20 Chickens 1 French Bulldog 1 Chocolate Lab<br><br>NO EXEMPTION CLAIMED.  NO VALUE TO THE ESTATE. | 0.00 | 0.00 | | 0.00 | FA |
| 13.  Potential claim against Catholic Church (u) | 0.00 | 1.00 | | 783,839.36 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,250,113.80 | $1.00 | | $783,839.36 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee was an attorney both at Danning, Gill, Israel & Krasnoff ("DGIK") and Levene, Neale, Bender, Yoo & Golubchik ("LNBYG") during the pendency of this case. The trustee, throughout his tenure as trustee, has shared trustee fees with the firm at which he worked. The trustee, DGIK and LNBYG have agreed that with regard to the trustee fee ultimately awarded and paid, that 58.676% of such fee shall be remitted to LNBYG, and 41.324% of the fee shall be remitted to DGIK.

The notice to professionals and request for Court costs were filed on 4/28/26.

QUARTERLY STATUS REPORT FOR THE P.E. 3/31/26
The trustee currently anticipates receiving the 25% remainder of the Diocese settlement proceeds in the Q2 of 2026. The trustee reviewed claims in the prior quarter, and on

UST Form 101-7-TFR (5/1/2011)          *(Page: 4)*          Exhibit A

12/23/25 filed an objection to Claim no 4. The Court entered an order sustaining the objection on 1/29/26. On 3/2/26, the trustee reviewed and executed estate tax returns.

QUARTERLY STATUS REPORT FOR THE P.E. 12/31/25
On or about 10/3/25, the trustee received the first payment regarding the Diocese settlement of $587,879.52, which is 75% of the base total settlement of $783,839.36. The remaining sum due the estate is to be paid after April 2026 per the settlement. Claims have been reviewed.


QUARTERLY STATUS REPORT FOR THE P.E. 9/30/25
On 8/14/25, the trustee filed a motion to compromise regarding the Diocese settlement ("Church Motion"). The settlement provided for a gross settlement concerning the debtor of $783,839.36 plus potential further sums depending on medical liens dispositions and other considerations. Of the settlement sum, 75% is to be paid after August 2025, while 25% is to be paid after April 2026. Per a compromise reached with the debtor in 2020 (doc. no. 79), the debtor and the estate will share equally the net proceeds of the settlement after litigation fees and costs (which fees and costs the trustee shall be authorized to pay upon receipt of funds). The hearing on the Church Motion was on 9/10/25. On 9/10/25, the Court entered an order granting the Church Motion. On 8/20/25, an application was filed to employ an estate accountant.

QUARTERLY STATUS REPORT FOR THE P.E. 6/30/25
The trustee was informed in May 2025 that the participation threshold regarding the Diocese settlement had been met.  Allocations regarding the various plaintiffs (including the debtor) are supposed to be determined during summer 2025.  The trustee currently anticipates that once the debtor allocation is determined, a motion to compromise will be filed.

ANNUAL STATUS REPORT FOR THE P.E. 3/31/25
The litigation of claims against the Catholic Church is ongoing. Special counsel informed the trustee on 3/4/25 that certain requisite settlement paperwork relating to the debtor had been submitted, and that it was awaiting notification whether the participation threshold had been met and whether the Diocese had confirmed the settlement.

QUARTERLY STATUS REPORT FOR THE P.E. 12/31/24
The litigation of claims against the Catholic Church is ongoing.  In October 2024, a proposed settlement of $880,000,000 by the L.A. Archdiocese with approximately 1,350 plaintiffs was publicized.  At this juncture, the settlement is not final, and it is not known what portion of the ultimate settlement proceeds will inure to the benefit of the debtor estate.  While again not established/final, if the current proposed settlement is reached, the funding of the settlement will possibly occur in summer 2025 and spring 2026.

QUARTERLY STATUS REPORT FOR THE P.E. 9/30/24
The litigation of claims against the Catholic Church is ongoing (asset #13).  The trustee is informed through special counsel that the Archdiocese is starting to settle some of the cases, and that there is an effort to settle as many cases as possible.  It is possible that settlement discussions regarding the within claim may be concluded this year, though that prospect is uncertain.

QUARTERLY STATUS REPORT FOR THE P.E. 6/30/24
The litigation of claims against the Catholic Church is ongoing (asset #3).  Negotiations with the Church are continuing.

ANNUAL STATUS REPORT FOR THE P.E. 3/31/24
The litigation of claims against the Catholic Church is ongoing (asset #13).  In January, 2024, special counsel informed the trustee that the Church was inviting defendants to make a settlement offer.  Special counsel recommended not to make such demand, which recommendation the trustee followed.

QUARTERLY STATUS REPORT FOR THE P.E. 12/31/23
The litigation of claims against the Catholic Church is ongoing (asset #13).  The trustee is informed that mediation efforts with the Church (not including parties) has recently begun.

QUARTERLY STATUS REPORT FOR THE P.E. 9/30/23
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR THE P.E. 6/30/23
The litigation of claims against the Catholic Church is ongoing (asset #13).

ANNUAL STATUS REPORT FOR P.E. 3/31/23
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 12/31/22
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 9/30/22
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 6/30/22
The litigation of claims against the Catholic Church is ongoing (asset #13).

UST Form 101-7-TFR (5/1/2011)                    (Page: 5)                              Exhibit A

ANNUAL STATUS REPORT FOR P.E. 3/31/22
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 12/31/21
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 9/30/21
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 6/30/21
The litigation of claims against the Catholic Church is ongoing (asset #13).

ANNUAL STATUS REPORT FOR P.E. 3/31/21
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 12/31/20
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 9/30/20
On 7/27/20, an order was entered authorizing the trustee to compromise controversy with the debtor regarding disposition of certain litigation rights.  Also on 7/27/20, the Court entered its order authorizing the employment of special litigation counsel to prosecute the subject litigation claims (asset #13).  A claims bar date of 9/1/20 was established.

QUARTERLY REPORT FOR THE P.E. 6/30/20
The within case was initially closed on 1/25/17.  A motion to reopen the case was filed on 5/15/20, the primary purpose of which was for the trustee to endeavor to administer a previously undisclosed potential claim of the debtor against the Catholic Church (asset #13).  The motion to reopen was granted on 5/18/20.  The trustee has entered into an agreement with the debtor regarding the disposition of the claims vis-a-vis the debtor and the estate relating to this assets, including disposition of exemption rights.  The trustee will seek Court authority to enter into that agreement as well as to employ special counsel to prosecute the subject claim.  Ongoing.

ANNUAL STATUS REPORT FOR THE P.E. 3/31/16
During this reporting period the trustee, through counsel is pursuing the estate's interest in a pending lawsuit BC560991  (asset #9) whereby the debtor is owed the sum of approximately $1.5 million.  Trustee is employing Roger M. Rosen as the estates special counsel.  A judgment was entered in the trustee's favor and against Earthbound Interactive, LLC and all execution and judgment liens thereunder on 11/20/15.  Because the judgment appears to be uncollectible at this time the trustee filed a notice of motion and motion of trustee to leave asset unadministered on 3/24/16.  Once the time period has passed for objection, the trustee will close the bankruptcy case.   Based upon the information above, the projected date for submission of the final report has been changed from 12/31/15 to 4/30/16.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 12/31/2026

UST Form 101-7-TFR (5/1/2011)                    *(Page: 6)*                    Exhibit A

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-12721

Case Name: Damien Stephen Navarro

Taxpayer ID No: XX-XXX8815

For Period Ending: 06/08/2026

Trustee Name: Brad D. Krasnoff

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1311

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/25 | 13 | MATTHEWS & ASSOCIATES 2905 SACKETT STREET HOUSTON, TX 77098 | SETTLEMENT FUNDS FROM CLAIM AGAINST CATHOLIC CHURCH. | 1249-000 | $587,879.52 | | $587,879.52 |
| 10/10/25 | 2001 | Damien Stephen Navarro 4328 Edenhurst Avenue Los Angeles, CA 90039 | Partial payment of exemption pursuant to Order ent. 9-10-25. | 8100-002 | | $69,141.46 | $518,738.06 |
| 10/10/25 | 2002 | Matthews & Associates 2905 Sackett Street Houston, TX 77098 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $52,909.16 | $465,828.90 |
| 10/10/25 | 2003 | Freese & Goss PLLC 3500 Maple Avenue Suite 1100 Dallas, TX 75219 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $52,909.16 | $412,919.74 |
| 10/10/25 | 2004 | Ferrer Poirot & Wansbrough 2603 Oak Lawn Avenue Suite 300 Dallas, TX 75219-9109 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $63,490.99 | $349,428.75 |
| 10/10/25 | 2005 | The Schroeder Firm, LLC 138 33rd Avenue S. Jacksonville Beach, FL 32250 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $42,327.33 | $307,101.42 |
| 10/10/25 | 2006 | Edwards & de la Cerda, PLLC 1341 W. Mockingbird Lane, 580W Dallas, TX 75247-4928 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $23,515.18 | $283,586.24 |
| 10/10/25 | 2007 | Freese & Goss PLLC 3500 Maple Avenue Suite 1100 Dallas, TX 75219 | Payment of special counsel expenses pursuant to Order ent. 9-10-25. | 3220-000 | | $8,171.35 | $275,414.89 |
| 10/10/25 | 2008 | US Claims P.O. Box 789867 Philadelphia, PA 19178 | Payment of secured claim pursuant to Order ent. 9-24-25. | 4210-000 | | $103,136.72 | $172,278.17 |
| 10/31/25 | 2009 | LEA ACCOUNTANCY LLP 1130 S. FLOWER STREET, SUITE 312 LOS ANGELES, CA 90015 | ACCOUNTANT FOR TRUSTEE FEES (INTERIM) PER ORDER ENT. 10/30/25. | 3410-000 | | $5,634.50 | $166,643.67 |
| 10/31/25 | 2010 | LEVENE NEALE BENDER YOO & GOLUBCHIK L.L.P. 2818 LA CIENEGA AVENUE LOS ANGELES, CA 90034 | ATTORNEY FOR TRUSTEE FEES (INTERIM) PER ORDER ENT. 10/30/25. | 3110-000 | | $23,175.00 | $143,468.67 |

UST Form 101-7-TFR (5/1/2011)                    (Page: 7)                    Page Subtotals:                    **Exhibit B**                    $587,879.52          $444,410.85

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-12721

Case Name: Damien Stephen Navarro

Taxpayer ID No: XX-XXX8815

For Period Ending: 06/08/2026

Trustee Name: Brad D. Krasnoff

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1311

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/25 | 2011 | LEVENE NEALE BENDER YOO & GOLUBCHIK L.L.P. 2818 LA CIENEGA AVENUE LOS ANGELES, CA  90034 | ATTORNEY FOR TRUSTEE EXPENSES (INTERIM) PER ORDER ENT. 10/30/25. | 3120-000 | | $516.63 | $142,952.04 |
| 10/31/25 | 2012 | DANNING GILL ISRAEL & KRASNOFF 1901 AVENUE OF THE STARS, SUITE 450 LOS ANGELES, CA  90067 | ATTORNEY FOR TRUSTEE FEES (PARTIAL PAYMENT OF FINAL) PER ORDER ENT. 10/31/25. | 3110-000 | | $22,010.10 | $120,941.94 |
| 10/31/25 | 2013 | DANNING GILL ISRAEL & KRASNOFF 1901 AVENUE OF THE STARS, SUITE 450 LOS ANGELES, CA  90067 | ATTORNEY FOR TRUSTEE EXPENSES (FINAL) PER ORDER ENT. 10/31/25. | 3120-000 | | $622.12 | $120,319.82 |
| 01/14/26 | 2014 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA  70139 | Trustee Bond Premium 1/4/26 - 1/4/27, Bond #612419603 Per LBR 2016-2(c) | 2300-000 | | $104.14 | $120,215.68 |
| 04/22/26 | 13 | MATTHEWS & ASSOCIATES 2905 SACKETT STREET HOUSTON, TX  77098 | SETTLEMENT FUNDS FROM CLAIM AGAINST CATHOLIC CHURCH. | 1249-000 | $195,959.84 | | $316,175.52 |
| 04/27/26 | 2015 | Matthews & Associates 2905 Sackett Street Houston, TX  77098 | Payment of speical counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $17,636.39 | $298,539.13 |
| 04/27/26 | 2016 | Freese & Goss PLLC 3500 Maple Avenue Suite 1100 Dallas, TX  75219 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $17,636.39 | $280,902.74 |
| 04/27/26 | 2017 | Ferrer, Poirot & Wansbrough 2603 Oak Lawn Avenue Suite 300 Dallas, TX  75219-9109 | Payment of speical counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $21,163.66 | $259,739.08 |
| 04/27/26 | 2018 | THE SCHROEDER FIRM, LLC 138 33rd Avenue S. Jacksonville Beach, FL 32250 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $14,109.10 | $245,629.98 |
| 04/27/26 | 2019 | Edwards & de la Cerda, PLLC 1341 W. Mockingbird Lane, 580W Dallas, TX  75247-4928 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $7,838.39 | $237,791.59 |

UST Form 101-7-TFR (5/1/2011)          *(Page: 8)*          Page Subtotals:          **Exhibit B**          $195,959.84          $101,636.92

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 15-12721 | Trustee Name: Brad D. Krasnoff |
|---|---|
| Case Name: Damien Stephen Navarro | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX1311 |
| | Checking |
| Taxpayer ID No: XX-XXX8815 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2026 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/26 | 2020 | DAMIEN STEPHEN NAVARRO 4328 EDENHURST AVENUE LOS ANGELES, CA  90039 | SECOND PAYMENT OF EXEMPTION PURSUANT TO ORDER ENT. 9-10-25. | 8100-002 | | $58,787.96 | $179,003.63 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $783,839.36 | $604,835.73 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $783,839.36 | $604,835.73 |
| Less: Payments to Debtors | $0.00 | $127,929.42 |
| Net | $783,839.36 | $476,906.31 |

UST Form 101-7-TFR (5/1/2011)          *(Page: 9)*          Page Subtotals:          **Exhibit B**          $0.00          $58,787.96

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1311 - Checking | $783,839.36 | $476,906.31 | $179,003.63 |
|  | $783,839.36 | $476,906.31 | $179,003.63 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $783,839.36 |
| Total Gross Receipts: | $783,839.36 |

# Central District of California
# Claims Register

## 2:15-bk-12721-BB Damien Stephen Navarro

| | |
|---|---|
| **Judge:** Sheri Bluebond | **Chapter:** 7 |
| **Office:** Los Angeles | **Last Date to file claims:** 09/01/2020 |
| **Trustee:** Brad D Krasnoff (TR) | **Last Date to file (Govt):** 08/24/2015 |

| Creditor:    (40330453)<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **Claim No: 1**<br>*Original Filed*<br>*Date:* 06/08/2020<br>*Original Entered*<br>*Date:* 06/08/2020<br>*Last Amendment*<br>*Filed:* 05/08/2025<br>*Last Amendment*<br>*Entered:* 05/08/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Joshua E Dubins<br>*Modified:* |
|---|---|---|

Amount claimed: $0.00

Priority claimed: $0.00

*History:*

| Details | | 1-1 | 06/08/2020 | Claim #1 filed by FRANCHISE TAX BOARD, Amount claimed: $19060.16 (Takhar, Parminderjit) |
|---|---|---|---|---|
| Details | | 1-2 | 05/08/2025 | Amended Claim #1 filed by FRANCHISE TAX BOARD, Amount claimed: $0.00 (Dubins, Joshua) |

*Description:* (1-1) Claim Filed
(1-2) Claim Filed

*Remarks:*

| Creditor:    (36048690)<br>Navitas Lease Corp<br>Attn: Ellen M. Stern, Esq.<br>111 Executive Center Drive, Ste 102<br>Columbia, SC 29210 | **Claim No: 2**<br>*Original Filed*<br>*Date:* 08/05/2020<br>*Original Entered*<br>*Date:* 08/05/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |
|---|---|---|

Amount claimed: $63938.93      OK. General unsecured.

*History:*

| Details | | 2-1 | 08/05/2020 Claim #2 filed by Navitas Lease Corp, Amount claimed: $63938.93 (AUTP) |
|---|---|---|---|

*Description:*

*Remarks:* (2-1) Account Number (last 4 digits):8794

| Creditor:    (40433844)<br>Pawnee Leasing Corporation<br>3801 Automation Way, Ste 207<br>Fort Collins, CO 80525 | **Claim No: 3**<br>*Original Filed*<br>*Date:* 08/18/2020<br>*Original Entered*<br>*Date:* 08/18/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sandi Carr<br>*Modified:* |
|---|---|---|

Amount claimed: $25420.88      OK. General unsecured.

*History:*

| Details | | 3-1 | 08/18/2020 Claim #3 filed by Pawnee Leasing Corporation, Amount claimed: $25420.88 (Carr, Sandi) |
|---|---|---|---|

*Description:* (3-1) EQUIPMENT LEASE

*Remarks:* (3-1) BREACH OF CONTRACT- UCC1 FINANCING STATEMENT

UST Form 101-7-TFR (5/1/2011)                    *(Page: 11)*                    **Exhibit C**

| | | |
|---|---|---|
| Creditor:    (40435517)<br>Google LLC<br>White and Williams LLP, c/o Amy Vulpio<br>1650 Market st.<br>Suite 1800<br>Philadelphia, PA 19103 | Claim No: 4<br>Original Filed<br>Date: 08/19/2020<br>Original Entered<br>Date: 08/19/2020 | Status:<br>Filed by: CR<br>Entered by: AUTP<br>Modified: |

Amount claimed: $102662.86

*Disallowed per court order entered 1/29/26.*

History:

Details  🌐  4-1   08/19/2020 Claim #4 filed by Google LLC, Amount claimed: $102662.86 (AUTP)

129   12/23/2025 Objection to Claim #4 by Claimant Google LLC. in the amount of $ 102,662.86 Filed by
Trustee Brad D Krasnoff (TR). (Israel, Eric)

Description:

Remarks: (4-1) Account Number (last 4 digits):0119

## Claims Register Summary

Case Name: Damien Stephen Navarro
Case Number: 2:15-bk-12721-BB
Chapter: 7
Date Filed: 02/24/2015
Total Number Of Claims: 4

| Total Amount Claimed* | $192022.67 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | | |
| Priority | $0.00 | |
| Administrative | | |

| | | | |
|---|---|---|---|
| **PACER Service Center** | | | |
| **Transaction Receipt** | | | |
| 06/08/2026 08:36:29 | | | |
| PACER Login: | bkrasnoff | Client Code: | |
| Description: | Claims Register | Search Criteria: | 2:15-bk-12721-BB Filed or Entered From: 1/1/1900 Filed or Entered To: 6/8/2026 |
| Billable Pages: | 1 | Cost: | 0.10 |
| Exempt flag: | Exempt | Exempt reason: | Exempt Court Order |

UST Form 101-7-TFR (5/1/2011)          *(Page: 12)*          **Exhibit C**

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:15-bk-12721-BB
Case Name: Damien Stephen Navarro
Trustee Name: Brad D. Krasnoff

Balance on hand                                               $          179,003.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| SECURED | US Claims | $ 103,136.72 | $ 103,136.72 | $ 103,136.72 | $ 0.00 |

Total to be paid to secured creditors                         $          0.00

Remaining Balance                                             $          179,003.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Brad D. Krasnoff (Tr) | $ 35,306.42 | $ 0.00 | $ 35,306.42 |
| Trustee Expenses: Brad D. Krasnoff (Tr) | $ 126.43 | $ 0.00 | $ 126.43 |
| Attorney for Trustee Fees: DANNING GILL ISRAEL & KRASNOFF | $ 31,443.00 | $ 22,010.10 | $ 9,432.90 |
| Attorney for Trustee Expenses: DANNING GILL ISRAEL & KRASNOFF | $ 622.12 | $ 622.12 | $ 0.00 |
| Accountant for Trustee Fees: LEA ACCOUNTANCY LLP | $ 11,066.00 | $ 5,634.50 | $ 5,431.50 |
| Accountant for Trustee Expenses: LEA ACCOUNTANCY LLP | $ 329.08 | $ 0.00 | $ 329.08 |
| Other: Edwards & de la Cerda, PLLC | $ 31,353.57 | $ 31,353.57 | $ 0.00 |
| Other: Ferrer Poirot & Wansbrough | $ 84,654.65 | $ 84,654.65 | $ 0.00 |
| Other: Freese & Goss PLLC | $ 70,545.55 | $ 70,545.55 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Freese & Goss PLLC | $ 8,171.35 | $ 8,171.35 | $ 0.00 |
| Other: LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | $ 44,700.00 | $ 23,175.00 | $ 21,525.00 |
| Other: LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | $ 755.75 | $ 516.63 | $ 239.12 |
| Other: Matthews & Associates | $ 70,545.55 | $ 70,545.55 | $ 0.00 |
| Other: The Schroeder Firm, LLC | $ 56,436.43 | $ 56,436.43 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $ 72,390.45

Remaining Balance        $ 106,613.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $89,359.81 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FRANCHISE TAX BOARD | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Navitas Lease Corp | $ 63,938.93 | $ 0.00 | $ 63,938.93 |
| 3 | Pawnee Leasing Corporation | $ 25,420.88 | $ 0.00 | $ 25,420.88 |

Total to be paid to timely general unsecured creditors                  $            89,359.81

Remaining Balance                                                                              $            17,253.37

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2,471.91. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

UST Form 101-7-TFR (5/1/2011)                    *(Page: 15)*                    **Exhibit D**

The amount of surplus returned to the debtor after payment of all claims and interest is $14,781.46.