BRAD D. KRASNOFF, TRUSTEE
2818 LA CIENEGA AVENUE
LOS ANGELES, CA  90034
(310) 229-1234
(310) 229-1244 - FAX
BDK@LNBYG.COM

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Damien Stephen Navarro | § | Case No. 2:15-bk-12721-BB |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRAD D. KRASNOFF, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building
255 E. Temple Street, Room 100
Los Angeles, California 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held on August 26, 2026 at 2:00 p.m. in Courtroom 1539, U.S. Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA  90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee.  Untimely objections may be deemed waived.  In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered.  See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 07/23/2026                    By: /s/ BRAD D. KRASNOFF
                                                              TRUSTEE

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Damien Stephen Navarro | § | Case No. 2:15-bk-12721-BB |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 783,839.36 |
| and approved disbursements of | $ | 604,835.73 |
| leaving a balance on hand of[1] | $ | 179,003.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| SECURED | US Claims | $ 103,136.72 | $ 103,136.72 | $ 103,136.72 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 179,003.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Brad D. Krasnoff (Tr) | $ 35,306.42 | $ 0.00 | $ 35,306.42 |
| Trustee Expenses: Brad D. Krasnoff (Tr) | $ 126.43 | $ 0.00 | $ 126.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: DANNING GILL ISRAEL & KRASNOFF | $ 31,443.00 | $ 22,010.10 | $ 9,432.90 |
| Attorney for Trustee Expenses: DANNING GILL ISRAEL & KRASNOFF | $ 622.12 | $ 622.12 | $ 0.00 |
| Accountant for Trustee Fees: LEA ACCOUNTANCY LLP | $ 11,066.00 | $ 5,634.50 | $ 5,431.50 |
| Accountant for Trustee Expenses: LEA ACCOUNTANCY LLP | $ 329.08 | $ 0.00 | $ 329.08 |
| Other: Edwards & de la Cerda, PLLC | $ 31,353.57 | $ 31,353.57 | $ 0.00 |
| Other: Ferrer Poirot & Wansbrough | $ 84,654.65 | $ 84,654.65 | $ 0.00 |
| Other: Freese & Goss PLLC | $ 70,545.55 | $ 70,545.55 | $ 0.00 |
| Other: Freese & Goss PLLC | $ 8,171.35 | $ 8,171.35 | $ 0.00 |
| Other: LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | $ 44,700.00 | $ 23,175.00 | $ 21,525.00 |
| Other: LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | $ 755.75 | $ 516.63 | $ 239.12 |
| Other: Matthews & Associates | $ 70,545.55 | $ 70,545.55 | $ 0.00 |
| Other: The Schroeder Firm, LLC | $ 56,436.43 | $ 56,436.43 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $            72,390.45

Remaining Balance          $            106,613.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $89,359.81 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FRANCHISE TAX BOARD | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Navitas Lease Corp | $ 63,938.93 | $ 0.00 | $ 63,938.93 |
| 3 | Pawnee Leasing Corporation | $ 25,420.88 | $ 0.00 | $ 25,420.88 |

Total to be paid to timely general unsecured creditors $ 89,359.81

Remaining Balance $ 17,253.37

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2,471.91. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $14,781.46.

Prepared By: /s/ BRAD D. KRASNOFF

TRUSTEE

*Brad D. Krasnoff*
*2818 La Cienega Avenue*
*Los Angeles, CA 90034*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.