United States Bankruptcy Court

Central District of California

In re:                                                                              Case No. 15-12721-BB

Damien Stephen Navarro                                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: pdf001 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damien Stephen Navarro, 8012 Happy Lane, Los Angeles, CA 90046-2013 |
| op | + | DANNING GILL DIAMOND & KOLLITZ, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067-2901 |
| cr | + | Frontier State Bank, c/o Law Offices of Les Zieve, 30 Corporate Park, Suite 450, Irvine, CA 92606-3401 |
| acc | + | LEA Accountancy, LLP, 1130 S. Flower Street, Suite 312, Los Angeles, CA 90015-2143 |
| 36048673 | + | Blaine Behringer, 10866 Washington Blvd, #188, Culver City, CA 90232-3610 |
| 36048676 | + | County of LA - Sheriff's Department, Court Services Division, Case #BC540637, 110 N. Grand Ave; Room 525, Los Angeles, CA 90012-3014 |
| 36048677 | | Dovenmuehle Mortgage, Inc, PO Box 7168, Pasadena, CA 91109-7168 |
| 36048678 | | EDD - Taxpayer Assistance Center, PO Box 856880, Sacramento, CA 94280-0001 |
| 36048679 | + | Eventful, Inc, 12626 High Bluff Drive, Ste 100, San Diego, CA 92130-2072 |
| 36254279 | ++ | FIRSTREX AGREEMENT CORP, P O BOX 26800, SAN FRANCISCO CA 94126-6800 address filed with court:, FirstREX Agreement Corp, Attn: Lisa Swanson, 50 California Street, Ste 1625, San Francisco, CA 94111 |
| 36048680 | + | Financial Pacific Leasing, Attn: Keith Tomasch, PO Box 4568, Federal Way, WA 98063-4568 |
| 40435517 | + | Google LLC, White and Williams LLP, c/o Amy Vulpio, 1650 Market st., Suite 1800, Philadelphia, PA 19103-7304 |
| 36048683 | + | Google, Inc, 1600 Amphitheatre Pkwy, Mountain View, CA 94043-1351 |
| 36048685 | + | Joyce J. Cho, Esq, Knaefsey & Friend, LLP, RE: BC540637, 800 Wilshire Blvd, Suite 710, Los Angeles, CA 90017-2612 |
| 36048686 | + | Law Office of Ellen Michele Stern, 17630 El Mineral Road, Perris, CA 92570-7400 |
| 36048687 | + | Law Office of Katherine Kane, 1009 WIlshire Blvd, Ste 221, Santa Monica, CA 90401-1931 |
| 36048688 | + | LinkedIn Corporation, 2029 Stierlin Cy, Mountain View, CA 94043-4655 |
| 36048689 | + | List Solutions, 800 West Main Street, Ste 206, Freehold, NJ 07728-2555 |
| 36048690 | + | Navitas Lease Corp, Attn: Ellen M. Stern, Esq., 111 Executive Center Drive, Ste 102, Columbia, SC 29210-8414 |
| 36048691 | + | PAI Contributions, 1300 Enterprise Drive, De Pere, WI 54115-4934 |
| 36048692 | + | Pandora Media, Inc, 2101 Webster Street, Oakland, CA 94612-3011 |
| 36048693 | + | Roger M Rosen, Rosenberg Mendlin & Rosen, LLP, 528 Colorado Ave, Santa Monica, CA 90401-2408 |
| 36048694 | + | Session M, 311 Summer Street, Ste 110, Boston, MA 02210-1700 |
| 36048695 | + | StorQuest, 12821 W Jefferson Blvd, Los Angeles, CA 90066-7022 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jul 25 2026 01:58:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 25 2026 01:58:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jul 25 2026 01:57:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 36048670 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2026 01:54:59 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 36048672 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 25 2026 01:57:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 36048674 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2026 01:54:59 | Capital One, N.a., Capital One Bank (USA) N.A., |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Po Box 30285, Salt Lake City, UT 84130-0285 |
| 36048675 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2026 02:06:20 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 36048671 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 25 2026 01:57:00 | Banc Of California/dov, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 40330453 | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 25 2026 01:58:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 36048681 | + Email/Text: BKBNCNotices@ftb.ca.gov | Jul 25 2026 01:58:00 | Franchise Tax Board, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 36048682 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 02:06:25 | GECRB/PayPal Cr, Attn:Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 36048684 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2026 01:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 21126, Philadelphia, PA 19114 |
| 36254280 | + Email/Text: FWBankruptcyTeam@mercedes-benz.com | Jul 25 2026 01:57:00 | Mercedes Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 40433844 | Email/Text: bankruptcy@pawneeleasing.com | Jul 25 2026 01:57:00 | Pawnee Leasing Corporation, 3801 Automation Way, Ste 207, Fort Collins, CO 80525 |
| 36048696 | + Email/Text: vci.bkcy@vwcredit.com | Jul 25 2026 01:58:00 | Volkswagon Credit Inc, National Bankruptcy Services, 9441 Lbj Freeway, Suite 250, Dallas, TX 75243-4640 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty |  | LEVENE NEALE BENDER YOO & GOLUBCHIK, L.L.P. |
| intp |  | Courtesy NEF |
| sp |  | Freese & Goss PLLC |
| acc |  | LEA Accountancy, LLP |
| cr |  | The Hercules Campus, LLC |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad D Krasnoff (TR) |  |

District/off: 0973-2                         User: admin                              Page 3 of 3

Date Rcvd: Jul 24, 2026                      Form ID: pdf001                          Total Noticed: 39

                        bdktrustee@lnbyg.com  bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com

Christopher A, Minier

on behalf of Interested Party Courtesy NEF cminier@go2.law  kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law

Eric P Israel

on behalf of Trustee Brad D Krasnoff (TR) epi@lnbyg.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Jeffrey S Kwong

on behalf of Creditor The Hercules Campus  LLC jsk@lnbyg.com, jsk@ecf.inforuptcy.com

Johnny White

on behalf of Debtor Damien Stephen Navarro JWhite@wrslawyers.com  jlee@wrslawyers.com

Kurt Ramlo

on behalf of Creditor The Hercules Campus  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo

on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com;ramlo@recap.email

Leslie M Klott

on behalf of Creditor Frontier State Bank Leslie.Klott@carringtonmh.com

Sam S Leslie

admin@leaaccountancy.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Zev Shechtman

on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

Zev Shechtman

on behalf of Trustee Brad D Krasnoff (TR) Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com


TOTAL: 12

BRAD D. KRASNOFF, TRUSTEE
2818 LA CIENEGA AVENUE
LOS ANGELES, CA  90034
(310) 229-1234
(310) 229-1244 - FAX
BDK@LNBYG.COM

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Damien Stephen Navarro | § | Case No. 2:15-bk-12721-BB |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRAD D. KRASNOFF, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building
255 E. Temple Street, Room 100
Los Angeles, California 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held on August 26, 2026 at 2:00 p.m. in Courtroom 1539, U.S. Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA  90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee.  Untimely objections may be deemed waived.  In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered.  See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 07/23/2026                          By: /s/ BRAD D. KRASNOFF
                                                                TRUSTEE

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| In Re: | § | |
| | § | |
| Damien Stephen Navarro | § | Case No. 2:15-bk-12721-BB |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 783,839.36 |
| and approved disbursements of | $ | 604,835.73 |
| leaving a balance on hand of[1] | $ | 179,003.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| SECURED | US Claims | $ 103,136.72 | $ 103,136.72 | $ 103,136.72 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 179,003.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Brad D. Krasnoff (Tr) | $ 35,306.42 | $ 0.00 | $ 35,306.42 |
| Trustee Expenses: Brad D. Krasnoff (Tr) | $ 126.43 | $ 0.00 | $ 126.43 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: DANNING GILL ISRAEL & KRASNOFF | $ 31,443.00 | $ 22,010.10 | $ 9,432.90 |
| Attorney for Trustee Expenses: DANNING GILL ISRAEL & KRASNOFF | $ 622.12 | $ 622.12 | $ 0.00 |
| Accountant for Trustee Fees: LEA ACCOUNTANCY LLP | $ 11,066.00 | $ 5,634.50 | $ 5,431.50 |
| Accountant for Trustee Expenses: LEA ACCOUNTANCY LLP | $ 329.08 | $ 0.00 | $ 329.08 |
| Other: Edwards & de la Cerda, PLLC | $ 31,353.57 | $ 31,353.57 | $ 0.00 |
| Other: Ferrer Poirot & Wansbrough | $ 84,654.65 | $ 84,654.65 | $ 0.00 |
| Other: Freese & Goss PLLC | $ 70,545.55 | $ 70,545.55 | $ 0.00 |
| Other: Freese & Goss PLLC | $ 8,171.35 | $ 8,171.35 | $ 0.00 |
| Other: LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | $ 44,700.00 | $ 23,175.00 | $ 21,525.00 |
| Other: LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | $ 755.75 | $ 516.63 | $ 239.12 |
| Other: Matthews & Associates | $ 70,545.55 | $ 70,545.55 | $ 0.00 |
| Other: The Schroeder Firm, LLC | $ 56,436.43 | $ 56,436.43 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 72,390.45

Remaining Balance     $ 106,613.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $89,359.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FRANCHISE TAX BOARD | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Navitas Lease Corp | $ 63,938.93 | $ 0.00 | $ 63,938.93 |
| 3 | Pawnee Leasing Corporation | $ 25,420.88 | $ 0.00 | $ 25,420.88 |

Total to be paid to timely general unsecured creditors        $        89,359.81

Remaining Balance        $        17,253.37

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2,471.91. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $14,781.46.

Prepared By: /s/ BRAD D. KRASNOFF
TRUSTEE

*Brad D. Krasnoff*
*2818 La Cienega Avenue*
*Los Angeles, CA 90034*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*