Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address

BRAD D. KRASNOFF – SBN 125065
2818 LA CIENEGA AVENUE
LOS ANGELES, CA 90034
(310) 229-1234
(310) 229-1244 – FAX
BDK@LNBYG.COM

☐ *Attorney for chapter 7 trustee*
☒ *Chapter 7 trustee*

FOR COURT USE ONLY

FILED & ENTERED

AUG 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

DAMIEN STEPHEN NAVARRO,

Debtor.

CASE NO.: 2:15-bk-12721-BB

CHAPTER: 7

# ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF: (1) COURT AND U.S. TRUSTEE FEES; AND (2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS [LBR 2016-1(c)(4)]

DATE: August 26, 2026
TIME: 2:00 p.m.
COURTROOM: 1539
ADDRESS: United States Bankruptcy Court
255 E. Temple Street
Los Angeles, CA 90012

The chapter 7 trustee filed a Trustee's Final Report in this case. Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals. Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees: U.S. Bankruptcy Court and U.S. Trustee**

U.S. Bankruptcy Court fees *(specify)*

| | |
|---|---|
| | $ |
| | $ |
| | $ |

| | |
|---|---|
| Subtotal of court fees: | $0.00 |
| U.S. Trustee fees | $0.00 |
| Total allowed court and U.S. Trustee fees | $0.00 |

2. **Professional Fees and Expenses:**

a. Chapter 7 Professional Fees and Expenses:

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **DANNING, GILL, ISRAEL & KRASNOFF, Attorney for Trustee (former)** | | | | |
| Fees | $31,443.00 | $31,443.00 | $22,010.10 | $9,432.90 |
| Expenses | $622.12 | $622.12 | $622.12 | $0.00 |
| **LEA ACCOUNTANCY LLP, Accountant for Trustee** | | | | |
| Fees | $11,066.00 | $11,066.00 | $5,634.50 | $5,431.50 |
| Expenses | $329.08 | $329.08 | $0.00 | $329.08 |
| **LEVENE, NEALE, BENDER, YOO & GOLUBCHIP L.L.P., Attorney for Trustee (current)** | | | | |
| Fees | $44,700.00 | $44,700.00 | $23,175.00 | $21,525.00 |
| Expenses | $755.75 | $755.75 | $516.63 | $239.12 |
| **EDWARDS & DE LA CERDA, PLLC, Special Counsel for Trustee** | | | | |
| Fees | $31,353.57 | $31,353.57 | $31,353.57 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| **FERRER POIROT & WANSBROUGH, Special Counsel for Trustee** | | | | |
| Fees | $84,654.65 | $84,654.65 | $84,654.65 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| **FREESE & GOSS, PLLC, Special Counsel for Trustee** | | | | |
| Fees | $70,545.55 | $70,545.55 | $70,545.55 | $0.00 |
| Expenses | $8,171.35 | $8,171.35 | $8,171.35 | $0.00 |
| **MATTHEWS & ASSOCIATES, Special Counsel for Trustee** | | | | |
| Fees | $70,545.55 | $70,545.55 | $70,545.55 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| **THE SCHROEDER FIRM, LLC, Special Counsel for Trustee** | | | | |
| Fees | $56,436.43 | $56,436.43 | $56,436.43 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| (9) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| (10) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| (11) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |

☐ Additional professional fees and expenses attached.

b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| (1) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| (2) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| (3) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |

☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**

a. Chapter 7 Trustee Fees and Expenses:

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **BRAD D. KRASNOFF, Trustee** | | | | |
| Fees | $35,306.42 | $35,306.42 | $0.00 | $35,306.42 |
| Expenses | $126.43 | $126.43 | $0.00 | $126.43 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Bond | $104.14 | $104.14 | $104.14 | $0.00 |
| Taxes | $0.00 | $0.00 | $0.00 | $0.00 |

☐ Additional trustee fees and expenses attached.

b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| Bank Fees | $ | $ | $ | $ |
| Bond | $ | $ | $ | $ |
| Taxes | $ | $ | $ | $ |

☐ Additional trustee fees and expenses attached.

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☐ Other:

###

Date: August 27, 2026

Sheri Bluebond
United States Bankruptcy Judge