United States Bankruptcy Court
Central District of California

In re: Case No. 15-12721-BB
Damien Stephen Navarro Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2
Date Rcvd: Aug 27, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damien Stephen Navarro, 8012 Happy Lane, Los Angeles, CA 90046-2013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad D Krasnoff (TR) | bdktrustee@lnbyg.com bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com |
| Christopher A, Minier | on behalf of Interested Party Courtesy NEF cminier@go2.law kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law |
| Eric P Israel | on behalf of Trustee Brad D Krasnoff (TR) epi@lnbyg.com danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Jeffrey S Kwong | on behalf of Creditor The Hercules Campus LLC jsk@lnbyg.com, jsk@ecf.inforuptcy.com |
| Johnny White | on behalf of Debtor Damien Stephen Navarro JWhite@wrslawyers.com jlee@wrslawyers.com |
| Kurt Ramlo | on behalf of Creditor The Hercules Campus LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email |

| | |
|---|---|
| Kurt Ramlo | on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com;ramlo@recap.email |
| Leslie M Klott | on behalf of Creditor Frontier State Bank Leslie.Klott@carringtonmh.com |
| Sam S Leslie | admin@leaaccountancy.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com |
| Zev Shechtman | on behalf of Trustee Brad D Krasnoff (TR) Zev.Shechtman@saul.com Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com |

TOTAL: 12

Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address

BRAD D. KRASNOFF – SBN 125065
2818 LA CIENEGA AVENUE
LOS ANGELES, CA 90034
(310) 229-1234
(310) 229-1244 – FAX
BDK@LNBYG.COM

☐ *Attorney for chapter 7 trustee*
☒ *Chapter 7 trustee*

FOR COURT USE ONLY

FILED & ENTERED

AUG 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

DAMIEN STEPHEN NAVARRO,

Debtor.

CASE NO.: 2:15-bk-12721-BB

CHAPTER: 7

# ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF: (1) COURT AND U.S. TRUSTEE FEES; AND (2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS [LBR 2016-1(c)(4)]

DATE: August 26, 2026
TIME: 2:00 p.m.
COURTROOM: 1539
ADDRESS: United States Bankruptcy Court
255 E. Temple Street
Los Angeles, CA 90012

The chapter 7 trustee filed a Trustee's Final Report in this case. Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals. Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees: U.S. Bankruptcy Court and U.S. Trustee**
   U.S. Bankruptcy Court fees *(specify)*

| | |
|---|---|
| | $ |
| | $ |
| | $ |

| | |
|---|---|
| Subtotal of court fees: | $0.00 |
| U.S. Trustee fees | $0.00 |
| Total allowed court and U.S. Trustee fees | $0.00 |

2. **Professional Fees and Expenses:**

a. Chapter 7 Professional Fees and Expenses:

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **DANNING, GILL, ISRAEL & KRASNOFF, Attorney for Trustee (former)** | | | | |
| Fees | $31,443.00 | $31,443.00 | $22,010.10 | $9,432.90 |
| Expenses | $622.12 | $622.12 | $622.12 | $0.00 |
| **LEA ACCOUNTANCY LLP, Accountant for Trustee** | | | | |
| Fees | $11,066.00 | $11,066.00 | $5,634.50 | $5,431.50 |
| Expenses | $329.08 | $329.08 | $0.00 | $329.08 |
| **LEVENE, NEALE, BENDER, YOO & GOLUBCHIP L.L.P., Attorney for Trustee (current)** | | | | |
| Fees | $44,700.00 | $44,700.00 | $23,175.00 | $21,525.00 |
| Expenses | $755.75 | $755.75 | $516.63 | $239.12 |
| **EDWARDS & DE LA CERDA, PLLC, Special Counsel for Trustee** | | | | |
| Fees | $31,353.57 | $31,353.57 | $31,353.57 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| **FERRER POIROT & WANSBROUGH, Special Counsel for Trustee** | | | | |
| Fees | $84,654.65 | $84,654.65 | $84,654.65 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| **FREESE & GOSS, PLLC, Special Counsel for Trustee** | | | | |
| Fees | $70,545.55 | $70,545.55 | $70,545.55 | $0.00 |
| Expenses | $8,171.35 | $8,171.35 | $8,171.35 | $0.00 |
| **MATTHEWS & ASSOCIATES, Special Counsel for Trustee** | | | | |
| Fees | $70,545.55 | $70,545.55 | $70,545.55 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| **THE SCHROEDER FIRM, LLC, Special Counsel for Trustee** | | | | |
| Fees | $56,436.43 | $56,436.43 | $56,436.43 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| (9) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| (10) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| (11) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |

☐ Additional professional fees and expenses attached.

b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| (1) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| (2) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| (3) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |

☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**

a. Chapter 7 Trustee Fees and Expenses:

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **BRAD D. KRASNOFF, Trustee** | | | | |
| Fees | $35,306.42 | $35,306.42 | $0.00 | $35,306.42 |
| Expenses | $126.43 | $126.43 | $0.00 | $126.43 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Bond | $104.14 | $104.14 | $104.14 | $0.00 |
| Taxes | $0.00 | $0.00 | $0.00 | $0.00 |

☐ Additional trustee fees and expenses attached.

b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| Bank Fees | $ | $ | $ | $ |
| Bond | $ | $ | $ | $ |
| Taxes | $ | $ | $ | $ |

☐ Additional trustee fees and expenses attached.

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☐ Other:

###

Date: August 27, 2026

Sheri Bluebond
United States Bankruptcy Judge