BRAD D. KRASNOFF, TRUSTEE
2818 LA CIENEGA AVENUE
LOS ANGELES, CA 90034
(310) 229-1234
(310) 229-1244 - FAX
BDK@LNBYG.COM

**UNITED STATES BANKRUPTCY COURT**
CENTRAL **DISTRICT OF** CALIFORNIA
LOS ANGELES **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Damien Stephen Navarro | § | Case No. 2:15-bk-12721-BB |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Brad D. Krasnoff, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 634,706.20<br>*(Without deducting any secured claims)* | Assets Exempt: 115,407.60 |
| Total Distributions to Claimants: 194,968.44 | Claims Discharged<br>Without Payment: 1,513,048.28 |
| Total Expenses of Administration: 446,160.04 | |

3) Total gross receipts of $783,839.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $142,710.88 (see **Exhibit 2**), yielded net receipts of $641,128.48 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $934,105.44 | $103,136.72 | $103,136.72 | $103,136.72 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 446,160.04 | 446,160.04 | 446,160.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 84,478.11 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,527,510.14 | 89,359.81 | 89,359.81 | 91,831.72 |
| **TOTAL DISBURSEMENTS** | $2,546,093.69 | $638,656.57 | $638,656.57 | $641,128.48 |

4) This case was originally filed under chapter 7 on 02/24/2015. The case was pending for 141 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/15/2026 By:/s/Brad D. Krasnoff

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential claim against Catholic Church | 1249-000 | 783,839.36 |
| **TOTAL GROSS RECEIPTS** | | $783,839.36 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Damien Stephen Navarro | Exemptions | 8100-002 | 127,929.42 |
| Damien Stephen Navarro | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 14,781.46 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $142,710.88 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Banc Of California/dov 1 Corporate Dr Ste 360 Lake Zurich, IL 60047 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | County of LA - Sheriff's Department Court Services Division Case #BC540637 110 N. Grand Ave; Room 525 Los Angeles, CA 90012 | | 0.00 | NA | NA | 0.00 |
| | Dovenmuehle Mortgage, Inc PO Box 7168 Pasadena, CA 91109-7168 | | 700,017.78 | NA | NA | 0.00 |
| | Joyce J. Cho, Esq Knaefsey & Friend, LLP RE: BC540637 800 Wilshire Blvd, Suite 710 Los Angeles, CA 90017 | | 206,567.98 | NA | NA | 0.00 |
| | Mercedes Benz Financial Svcs PO Box 685 Roanoke, TX 76262 | | 27,519.68 | NA | NA | 0.00 |
| | US Claims | 4210-000 | NA | 103,136.72 | 103,136.72 | 103,136.72 |
| TOTAL SECURED CLAIMS | | | $934,105.44 | $103,136.72 | $103,136.72 | $103,136.72 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brad D. Krasnoff (Tr) | 2100-000 | NA | 35,306.42 | 35,306.42 | 35,306.42 |
| Brad D. Krasnoff (Tr) | 2200-000 | NA | 126.43 | 126.43 | 126.43 |
| International Sureties LTD | 2300-000 | NA | 104.14 | 104.14 | 104.14 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANNING GILL ISRAEL & KRASNOFF | 3110-000 | NA | 31,443.00 | 31,443.00 | 31,443.00 |
| LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | 3110-000 | NA | 44,700.00 | 44,700.00 | 44,700.00 |
| DANNING GILL ISRAEL & KRASNOFF | 3120-000 | NA | 622.12 | 622.12 | 622.12 |
| LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | 3120-000 | NA | 755.75 | 755.75 | 755.75 |
| Edwards & de la Cerda, PLLC | 3210-000 | NA | 31,353.57 | 31,353.57 | 31,353.57 |
| Ferrer Poirot & Wansbrough | 3210-000 | NA | 84,654.65 | 84,654.65 | 84,654.65 |
| Freese & Goss PLLC | 3210-000 | NA | 70,545.55 | 70,545.55 | 70,545.55 |
| Matthews & Associates | 3210-000 | NA | 70,545.55 | 70,545.55 | 70,545.55 |
| The Schroeder Firm, LLC | 3210-000 | NA | 56,436.43 | 56,436.43 | 56,436.43 |
| Freese & Goss PLLC | 3220-000 | NA | 8,171.35 | 8,171.35 | 8,171.35 |
| LEA ACCOUNTANCY LLP | 3410-000 | NA | 11,066.00 | 11,066.00 | 11,066.00 |
| LEA ACCOUNTANCY LLP | 3420-000 | NA | 329.08 | 329.08 | 329.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $446,160.04 | $446,160.04 | $446,160.04 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114 | | 39,961.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114 | | 44,517.11 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $84,478.11 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 981537 El Paso, TX 79998 | | 67,153.82 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 3,539.00 | NA | NA | 0.00 |
| | Blaine Behringer 10866 Washington Blvd, #188 Culver City, CA 90232 | | 0.00 | NA | NA | 0.00 |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | 165.00 | NA | NA | 0.00 |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | 1,302.00 | NA | NA | 0.00 |
| | Citi Cards PO Box 6500 Sioux Falls, SD 57117 | | 51,000.00 | NA | NA | 0.00 |
| | EDD - Taxpayer Assistance Center PO Box 856880 Sacramento, CA 94280-0001 | | 143,200.00 | NA | NA | 0.00 |
| | Eventful, Inc 12626 High Bluff Drive, Ste 100 San Diego, CA 92130 | | 343,637.91 | NA | NA | 0.00 |
| | Financial Pacific Leasing Attn: Keith Tomasch PO Box 4568 Federal Way, WA 98063 | | 11,127.56 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/PayPal Cr Attn:Bankruptcy Po Box 103104 Roswell, GA 30076 | | 4,435.00 | NA | NA | 0.00 |
| | LinkedIn Corporation 2029 Stierlin Cy Mountain View, CA 94043 | | 50,792.72 | NA | NA | 0.00 |
| | List Solutions 800 West Main Street, Ste 206 Freehold, NJ 07728 | | 51,408.86 | NA | NA | 0.00 |
| | Navitas Lease Corp Attn: Ellen M. Stern, Esq. 111 Executive Center Drive, Ste 102 Columbia, SC 29210 | | 0.00 | NA | NA | 0.00 |
| | PAI Contributions 1300 Enterprise Drive De Pere, WI 54115-2795 | | 5,713.74 | NA | NA | 0.00 |
| | Pandora Media, Inc 2101 Webster Street Oakland, CA 94612 | | 238,783.96 | NA | NA | 0.00 |
| | Roger M Rosen Rosenberg Mendlin & Rosen, LLP 528 Colorado Ave Santa Monica, CA 90401 | | 5,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Session M 311 Summer Street, Ste 110 Boston, MA 02210 | | 445,787.60 | NA | NA | 0.00 |
| | StorQuest 12821 W Jefferson Blvd Los Angeles, CA 90065 | | 1,000.00 | NA | NA | 0.00 |
| | Volkswagon Credit Inc National Bankruptcy Services 9441 Lbj Freeway, Suite 250 Dallas, TX 75241 | | 4,523.00 | NA | NA | 0.00 |
| 1 | FRANCHISE TAX BOARD | 7100-000 | 15,711.28 | 0.00 | 0.00 | 0.00 |
| 2 | Navitas Lease Corp | 7100-000 | 63,228.69 | 63,938.93 | 63,938.93 | 63,938.93 |
| 3 | Pawnee Leasing Corporation | 7100-000 | 20,000.00 | 25,420.88 | 25,420.88 | 25,420.88 |
| | Navitas Lease Corp | 7990-000 | NA | NA | NA | 1,768.71 |
| | Pawnee Leasing Corporation | 7990-000 | NA | NA | NA | 703.20 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,527,510.14 | $89,359.81 | $89,359.81 | $91,831.72 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 15-12721 | BB | Judge: Sheri Bluebond | Trustee Name: | Brad D. Krasnoff |
| Case Name: | Damien Stephen Navarro | | | Date Filed (f) or Converted (c): | 02/24/2015 (f) |
| | | | | 341(a) Meeting Date: | 04/03/2015 |
| For Period Ending: | 09/15/2026 | | | Claims Bar Date: | 09/01/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 8012 Happy Lane Los Angeles, Ca 90046 Value Based<br><br>C.C.P. 703.140(b)(5) | 690,462.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash On Hand<br><br>C.C.P. 703.140(b)(5) | 120.00 | 0.00 | | 0.00 | FA |
| 3. Bank Of America - Checking Account ($4500 Was Levied By Judg<br><br>C.C.P. 703.140(b)(5) | 4,500.00 | 0.00 | | 0.00 | FA |
| 4. Citibank Non-Filing Spouse's Checking/Savings Accounts<br><br>C.C.P. 703.140(b)(5) | 13,478.80 | 0.00 | | 0.00 | FA |
| 5. Separate Property Art Work Owned By Non-Filing Spouse - Acqu<br><br>NO EXEMPTION CLAIMED. NOT PROPERTY OF THE ESTATE. | 25,000.00 | 0.00 | | 0.00 | FA |
| 6. Real And Costume Jewelry<br><br>C.C.P. 703.140(b)(4)C.C.P. 703.140(b)(4) C.C.P. 703.140(b)(5) | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. Debtor Has A Term Life Insurance Policy. There Is No Cash Va<br><br>TERM INSURANCE. NO EXEMPTION CLAIMED. NO VALUE TO THE ESTATE. | 0.00 | 0.00 | | 0.00 | FA |
| 8. Dna Agency Group - Debtor Is A 51% Owner Of This Business An<br><br>NO EXEMPTION CLAIMED. NO VALUE TO THE ESTATE. | 1,530.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 15-12721 BB | Judge: | Sheri Bluebond | Trustee Name: | Brad D. Krasnoff |
| Case Name: | Damien Stephen Navarro | | | Date Filed (f) or Converted (c): | 02/24/2015 (f) |
| | | | | 341(a) Meeting Date: | 04/03/2015 |
| For Period Ending: | 09/15/2026 | | | Claims Bar Date: | 09/01/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. Debtor And Blaine Behringer Were Founders Of Earthbound Inte<br><br>TRUSTEE INVESTIGATING. BC560991 - JUDGMENT IN TRUSTEE'S FAVOR FOR $1,705,242.98 PLUS INTEREST ON 11/20/15. | 1,500,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. 2011 Toyota Tacoma Mileage: 96,000 Pif<br><br>C.C.P. 703.140(b)(2)C.C.P. 703.140(b)(2) C.C.P. 703.140(b)(5) | 10,023.00 | 0.00 | | 0.00 | FA |
| 11. 2015 Mercedes Slk Leased By Non-Filing Spouse<br><br>NO EXEMPTION CLAIMED. NOT PROPERTY OF THE ESTATE. | 0.00 | 0.00 | | 0.00 | FA |
| 12. 5 Goats 20 Chickens 1 French Bulldog 1 Chocolate Lab<br><br>NO EXEMPTION CLAIMED. NO VALUE TO THE ESTATE. | 0.00 | 0.00 | | 0.00 | FA |
| 13. Potential claim against Catholic Church (u) | 0.00 | 1.00 | | 783,839.36 | FA |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,250,113.80 | $1.00 | | $783,839.36 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

QUARTERLY REPORT FOR THE P.E. 6/30/26

The trustee was an attorney both at Danning, Gill, Israel & Krasnoff ("DGIK") and Levene, Neale, Bender, Yoo & Golubchik ("LNBYG") during the pendency of this case. The trustee, throughout his tenure as trustee, has shared trustee fees with the firm at which he worked. The trustee, DGIK and LNBYG have agreed that with regard to the trustee fee ultimately awarded and paid, that 58.676% of such fee shall be remitted to LNBYG, and 41.324% of the fee shall be remitted to DGIK. With a total trustee fee of $35,306.42 being sought, LNBYG's share would total $20,716.40, while DGIK's share would total $14,590.02.

The notice to professionals and request for Court costs were filed on 4/28/26.

The TFR was submitted to the OUST on 6/8/26.

Exhibit 8

QUARTERLY STATUS REPORT FOR THE P.E. 3/31/26
The trustee currently anticipates receiving the 25% remainder of the Diocese settlement proceeds in the Q2 of 2026. The trustee reviewed claims in the prior quarter, and on 12/23/25 filed an objection to Claim no 4. The Court entered an order sustaining the objection on 1/29/26. On 3/2/26, the trustee reviewed and executed estate tax returns.

QUARTERLY STATUS REPORT FOR THE P.E. 12/31/25
On or about 10/3/25, the trustee received the first payment regarding the Diocese settlement of $587,879.52, which is 75% of the base total settlement of $783,839.36. The remaining sum due the estate is to be paid after April 2026 per the settlement. Claims have been reviewed.

QUARTERLY STATUS REPORT FOR THE P.E. 9/30/25
On 8/14/25, the trustee filed a motion to compromise regarding the Diocese settlement ("Church Motion"). The settlement provided for a gross settlement concerning the debtor of $783,839.36 plus potential further sums depending on medical liens dispositions and other considerations. Of the settlement sum, 75% is to be paid after August 2025, while 25% is to be paid after April 2026. Per a compromise reached with the debtor in 2020 (doc. no. 79), the debtor and the estate will share equally the net proceeds of the settlement after litigation fees and costs (which fees and costs the trustee shall be authorized to pay upon receipt of funds). The hearing on the Church Motion was on 9/10/25. On 9/10/25, the Court entered an order granting the Church Motion. On 8/20/25, an application was filed to employ an estate accountant.

QUARTERLY STATUS REPORT FOR THE P.E. 6/30/25
The trustee was informed in May 2025 that the participation threshold regarding the Diocese settlement had been met. Allocations regarding the various plaintiffs (including the debtor) are supposed to be determined during summer 2025. The trustee currently anticipates that once the debtor allocation is determined, a motion to compromise will be filed.

ANNUAL STATUS REPORT FOR THE P.E. 3/31/25
The litigation of claims against the Catholic Church is ongoing. Special counsel informed the trustee on 3/4/25 that certain requisite settlement paperwork relating to the debtor had been submitted, and that it was awaiting notification whether the participation threshold had been met and whether the Diocese had confirmed the settlement.

QUARTERLY STATUS REPORT FOR THE P.E. 12/31/24
The litigation of claims against the Catholic Church is ongoing. In October 2024, a proposed settlement of $880,000,000 by the L.A. Archdiocese with approximately 1,350 plaintiffs was publicized. At this juncture, the settlement is not final, and it is not known what portion of the ultimate settlement proceeds will inure to the benefit of the debtor estate. While again not established/final, if the current proposed settlement is reached, the funding of the settlement will possibly occur in summer 2025 and spring 2026.

QUARTERLY STATUS REPORT FOR THE P.E. 9/30/24
The litigation of claims against the Catholic Church is ongoing (asset #13). The trustee is informed through special counsel that the Archdiocese is starting to settle some of the cases, and that there is an effort to settle as many cases as possible. It is possible that settlement discussions regarding the within claim may be concluded this year, though that prospect is uncertain.

QUARTERLY STATUS REPORT FOR THE P.E. 6/30/24
The litigation of claims against the Catholic Church is ongoing (asset #3). Negotiations with the Church are continuing.

ANNUAL STATUS REPORT FOR THE P.E. 3/31/24
The litigation of claims against the Catholic Church is ongoing (asset #13). In January, 2024, special counsel informed the trustee that the Church was inviting defendants to make a settlement offer. Special counsel recommended not to make such demand, which recommendation the trustee followed.

QUARTERLY STATUS REPORT FOR THE P.E. 12/31/23
The litigation of claims against the Catholic Church is ongoing (asset #13). The trustee is informed that mediation efforts with the Church (not including parties) has recently begun.

QUARTERLY STATUS REPORT FOR THE P.E. 9/30/23
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR THE P.E. 6/30/23
The litigation of claims against the Catholic Church is ongoing (asset #13).

ANNUAL STATUS REPORT FOR P.E. 3/31/23
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 12/31/22
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 9/30/22
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 6/30/22
The litigation of claims against the Catholic Church is ongoing (asset #13).

ANNUAL STATUS REPORT FOR P.E. 3/31/22
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 12/31/21
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 9/30/21
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 6/30/21
The litigation of claims against the Catholic Church is ongoing (asset #13).

ANNUAL STATUS REPORT FOR P.E. 3/31/21
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 12/31/20
The litigation of claims against the Catholic Church is ongoing (asset #13).

QUARTERLY STATUS REPORT FOR P.E. 9/30/20
On 7/27/20, an order was entered authorizing the trustee to compromise controversy with the debtor regarding disposition of certain litigation rights. Also on 7/27/20, the Court entered its order authorizing the employment of special litigation counsel to prosecute the subject litigation claims (asset #13). A claims bar date of 9/1/20 was established.

QUARTERLY REPORT FOR THE P.E. 6/30/20
The within case was initially closed on 1/25/17. A motion to reopen the case was filed on 5/15/20, the primary purpose of which was for the trustee to endeavor to administer a previously undisclosed potential claim of the debtor against the Catholic Church (asset #13). The motion to reopen was granted on 5/18/20. The trustee has entered into an agreement with the debtor regarding the disposition of the claims vis-a-vis the debtor and the estate relating to this assets, including disposition of exemption rights. The trustee will seek Court authority to enter into that agreement as well as to employ special counsel to prosecute the subject claim. Ongoing.

ANNUAL STATUS REPORT FOR THE P.E. 3/31/16
During this reporting period the trustee, through counsel is pursuing the estate's interest in a pending lawsuit BC560991 (asset #9) whereby the debtor is owed the sum of approximately $1.5 million. Trustee is employing Roger M. Rosen as the estates special counsel. A judgment was entered in the trustee's favor and against Earthbound Interactive, LLC and all execution and judgment liens thereunder on 11/20/15. Because the judgment appears to be uncollectible at this time the trustee filed a notice of motion and motion of trustee to leave asset unadministered on 3/24/16. Once the time period has passed for objection, the trustee will close the bankruptcy case. Based upon the information above, the projected date for submission of the final report has been changed from 12/31/15 to 4/30/16.

Initial Projected Date of Final Report (TFR): 12/31/2015 Current Projected Date of Final Report (TFR): 12/31/2026

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-12721
Case Name: Damien Stephen Navarro
Taxpayer ID No: XX-XXX8815
For Period Ending: 09/15/2026

Trustee Name: Brad D. Krasnoff
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1311
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/25 | 13 | MATTHEWS & ASSOCIATES<br>2905 SACKETT STREET<br>HOUSTON, TX 77098 | SETTLEMENT FUNDS FROM CLAIM AGAINST CATHOLIC CHURCH. | 1249-000 | $587,879.52 | | $587,879.52 |
| 10/10/25 | 2001 | Damien Stephen Navarro<br>4328 Edenhurst Avenue<br>Los Angeles, CA 90039 | Partial payment of exemption pursuant to Order ent. 9-10-25. | 8100-002 | | $69,141.46 | $518,738.06 |
| 10/10/25 | 2002 | Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $52,909.16 | $465,828.90 |
| 10/10/25 | 2003 | Freese & Goss PLLC<br>3500 Maple Avenue<br>Suite 1100<br>Dallas, TX 75219 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $52,909.16 | $412,919.74 |
| 10/10/25 | 2004 | Ferrer Poirot & Wansbrough<br>2603 Oak Lawn Avenue<br>Suite 300<br>Dallas, TX 75219-9109 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $63,490.99 | $349,428.75 |
| 10/10/25 | 2005 | The Schroeder Firm, LLC<br>138 33rd Avenue S.<br>Jacksonville Beach, FL 32250 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $42,327.33 | $307,101.42 |
| 10/10/25 | 2006 | Edwards & de la Cerda, PLLC<br>1341 W. Mockingbird Lane, 580W<br>Dallas, TX 75247-4928 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $23,515.18 | $283,586.24 |
| 10/10/25 | 2007 | Freese & Goss PLLC<br>3500 Maple Avenue<br>Suite 1100<br>Dallas, TX 75219 | Payment of special counsel expenses pursuant to Order ent. 9-10-25. | 3220-000 | | $8,171.35 | $275,414.89 |
| 10/10/25 | 2008 | US Claims<br>P.O. Box 789867<br>Philadelphia, PA 19178 | Payment of secured claim pursuant to Order ent. 9-24-25. | 4210-000 | | $103,136.72 | $172,278.17 |
| 10/31/25 | 2009 | LEA ACCOUNTANCY LLP<br>1130 S. FLOWER STREET, SUITE 312<br>LOS ANGELES, CA 90015 | ACCOUNTANT FOR TRUSTEE FEES (INTERIM) PER ORDER ENT. 10/30/25. | 3410-000 | | $5,634.50 | $166,643.67 |
| 10/31/25 | 2010 | LEVENE NEALE BENDER YOO & GOLUBCHIK L.L.P.<br>2818 LA CIENEGA AVENUE<br>LOS ANGELES, CA 90034 | ATTORNEY FOR TRUSTEE FEES (INTERIM) PER ORDER ENT. 10/30/25. | 3110-000 | | $23,175.00 | $143,468.67 |

| | | |
|---|---|---|
| Page Subtotals: | $587,879.52 | $444,410.85 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-12721
Case Name: Damien Stephen Navarro

Trustee Name: Brad D. Krasnoff
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1311
Checking

Taxpayer ID No: XX-XXX8815
For Period Ending: 09/15/2026

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/25 | 2011 | LEVENE NEALE BENDER YOO & GOLUBCHIK L.L.P.<br>2818 LA CIENEGA AVENUE<br>LOS ANGELES, CA 90034 | ATTORNEY FOR TRUSTEE EXPENSES (INTERIM) PER ORDER ENT. 10/30/25. | 3120-000 | | $516.63 | $142,952.04 |
| 10/31/25 | 2012 | DANNING GILL ISRAEL & KRASNOFF<br>1901 AVENUE OF THE STARS, SUITE 450<br>LOS ANGELES, CA 90067 | ATTORNEY FOR TRUSTEE FEES (PARTIAL PAYMENT OF FINAL) PER ORDER ENT. 10/31/25. | 3110-000 | | $22,010.10 | $120,941.94 |
| 10/31/25 | 2013 | DANNING GILL ISRAEL & KRASNOFF<br>1901 AVENUE OF THE STARS, SUITE 450<br>LOS ANGELES, CA 90067 | ATTORNEY FOR TRUSTEE EXPENSES (FINAL) PER ORDER ENT. 10/31/25. | 3120-000 | | $622.12 | $120,319.82 |
| 01/14/26 | 2014 | International Sureties LTD<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Trustee Bond Premium 1/4/26 - 1/4/27, Bond #612419603 Per LBR 2016-2(c) | 2300-000 | | $104.14 | $120,215.68 |
| 04/22/26 | 13 | MATTHEWS & ASSOCIATES<br>2905 SACKETT STREET<br>HOUSTON, TX 77098 | SETTLEMENT FUNDS FROM CLAIM AGAINST CATHOLIC CHURCH. | 1249-000 | $195,959.84 | | $316,175.52 |
| 04/27/26 | 2015 | Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098 | Payment of speical counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $17,636.39 | $298,539.13 |
| 04/27/26 | 2016 | Freese & Goss PLLC<br>3500 Maple Avenue<br>Suite 1100<br>Dallas, TX 75219 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $17,636.39 | $280,902.74 |
| 04/27/26 | 2017 | Ferrer, Poirot & Wansbrough<br>2603 Oak Lawn Avenue<br>Suite 300<br>Dallas, TX 75219-9109 | Payment of speical counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $21,163.66 | $259,739.08 |
| 04/27/26 | 2018 | THE SCHROEDER FIRM, LLC<br>138 33rd Avenue S.<br>Jacksonville Beach, FL 32250 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $14,109.10 | $245,629.98 |
| 04/27/26 | 2019 | Edwards & de la Cerda, PLLC<br>1341 W. Mockingbird Lane, 580W<br>Dallas, TX 75247-4928 | Payment of special counsel fees pursuant to Order ent. 9-10-25. | 3210-000 | | $7,838.39 | $237,791.59 |

| | | |
|---|---|---|
| Page Subtotals: | $195,959.84 | $101,636.92 |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-12721
Case Name: Damien Stephen Navarro

Taxpayer ID No: XX-XXX8815
For Period Ending: 09/15/2026

Trustee Name: Brad D. Krasnoff
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1311
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/26 | 2020 | DAMIEN STEPHEN NAVARRO<br>4328 EDENHURST AVENUE<br>LOS ANGELES, CA 90039 | SECOND PAYMENT OF EXEMPTION PURSUANT TO ORDER ENT. 9-10-25. | | 8100-002 | | $58,787.96 | $179,003.63 |
| 08/28/26 | 2021 | DANNING GILL ISRAEL & KRASNOFF<br>1901 AVENUE OF THE STARS, SUITE 450<br>LOS ANGELES, CA 90067 | ATTORNEY FOR TRUSTEE FEE (FINAL) PER ORDER ENTERED 8/27/26. | | 3110-000 | | $9,432.90 | $169,570.73 |
| 08/28/26 | 2022 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P<br>2818 LA CIENEGA AVENUE<br>LOS ANGELES, CA 90034 | ATTORNEY FOR TRUSTEE FEE (FINAL) PER ORDER ENTERED 8/27/26. | | 3110-000 | | $21,525.00 | $148,045.73 |
| 08/28/26 | 2023 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P<br>2818 LA CIENEGA AVENUE<br>LOS ANGELES, CA 90034 | ATTORNEY FOR TRUSTEE EXPENSES (FINAL) PER ORDER ENTERED 8/27/26. | | 3120-000 | | $239.12 | $147,806.61 |
| 08/28/26 | 2024 | LEA ACCOUNTANCY LLP<br>1130 S. FLOWER STREET, SUITE 312<br>LOS ANGELES, CA 90015 | ACCOUNTANT FOR TRUSTEE FEE (FINAL) PER ORDER ENTERED 8/27/26. | | 3410-000 | | $5,431.50 | $142,375.11 |
| 08/28/26 | 2025 | LEA ACCOUNTANCY LLP<br>1130 S. FLOWER STREET, SUITE 312<br>LOS ANGELES, CA 90015 | ACCOUNTANT FOR TRUSTEE EXPENSES (FINAL) PER ORDER ENTERED 8/27/26. | | 3420-000 | | $329.08 | $142,046.03 |
| 08/28/26 | 2026 | Navitas Lease Corp<br>Attn: Ellen M. Stern, Esq.<br>111 Executive Center Drive, Ste 102<br>Columbia, SC 29210 | Final distribution to claim 2 creditor account # representing a payment of 100.00% per court order entered 8/26/26. | | | | $65,707.64 | $76,338.39 |
| | | | | ($1,768.71) | 7990-000 | | | |
| | | Navitas Lease Corp | Final distribution to claim 2 creditor account # representing a payment of 100.00% per court order entered 8/26/26. | ($63,938.93) | 7100-000 | | | |
| 08/28/26 | 2027 | Pawnee Leasing Corporation<br>3801 Automation Way, Ste 207<br>Fort Collins, CO 80525 | Final distribution to claim 3 creditor account # representing a payment of 100.00% per court order entered 8/26/26. | | | | $26,124.08 | $50,214.31 |
| | | | | ($703.20) | 7990-000 | | | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals: | $0.00 | $187,577.28 |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-12721
Case Name: Damien Stephen Navarro

Taxpayer ID No: XX-XXX8815
For Period Ending: 09/15/2026

Trustee Name: Brad D. Krasnoff
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1311
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pawnee Leasing Corporation | Final distribution to claim 3 creditor account # representing a payment of 100.00% per court order entered 8/26/26. ($25,420.88) | 7100-000 | | | |
| 08/28/26 | 2028 | Damien Stephen Navarro<br>4328 Edenhurst Avenue<br>Los Angeles, CA 90039 | Distribution of surplus funds to debtor. | 8200-002 | | $14,781.46 | $35,432.85 |
| 08/28/26 | 2029 | Brad D. Krasnoff (Tr)<br>2818 LA CIENEGA AVENUE<br>LOS ANGELES, CA 90034 | TRUSTEE FEE (FINAL) PER ORDER ENTERED 8/27/26. | 2100-000 | | $20,716.40 | $14,716.45 |
| 08/28/26 | 2030 | Brad D. Krasnoff (Tr)<br>2818 LA CIENEGA AVENUE<br>LOS ANGELES, CA 90034 | TRUSTEE FEE (FINAL) PER ORDER ENTERED 8/27/26. | 2100-000 | | $14,590.02 | $126.43 |
| 08/28/26 | 2031 | Brad D. Krasnoff (Tr)<br>2818 LA CIENEGA AVENUE<br>LOS ANGELES, CA 90034 | TRUSTEE EXPENSES (FINAL) PER ORDER ENTERED 8/27/26. | 2200-000 | | $79.06 | $47.37 |
| 08/28/26 | 2032 | Brad D. Krasnoff (Tr)<br>2818 LA CIENEGA AVENUE<br>LOS ANGELES, CA 90034 | TRUSTEE EXPENSES (FINAL) PER ORDER ENTERED 8/27/26. | 2200-000 | | $47.37 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $783,839.36 | $783,839.36 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $783,839.36 | $783,839.36 |
| Less: Payments to Debtors | $0.00 | $142,710.88 |
| Net | $783,839.36 | $641,128.48 |

Page Subtotals: $0.00 $50,214.31

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| XXXXXX1311 - Checking | | $783,839.36 | $641,128.48 | $0.00 |
| | | $783,839.36 | $641,128.48 | $0.00 |
| | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |
| Total Allocation Receipts: | $0.00 | | | |
| Total Net Deposits: | $783,839.36 | | | |
| Total Gross Receipts: | $783,839.36 | | | |

Page Subtotals: $0.00 $0.00